# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE No. 8:09-CR-572-T-30TGW | DATE: MARCH 4, 2010 |

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA James Preston |
| -v- | |
| MARK MYRIE | David Markus, Marc Seildts |
| COURT RPTR _____ | DEPUTY CLERK: Carrie A. Williams |
| TAPE: DIGITAL   TIME: 10:44 - 11:11 | COURTROOM 12A |

PROCEEDINGS: HEARING on Ms/DISCLOSE, COMPEL (38, 40)

M/Disclose Confidential Informant is now moot because Government has given disclosure. Oral argument by defendant on M/Compel (10:46); Government's reply (10:57); response by defendant (11:03); Court to require Government to disclose any memo or communication from a criminal law enforcement officer or prosecutor recommending favorable benefits shall be disclosed (cases in which he testified, any favorable recommendations or communications in immigration and tax matters), to be submitted in 14 days.