UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-CR-572-T-30TGW

MARK ANTHONY MYRIE

# THE UNITED STATES' RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR BOND OR FOR ALTERNATIVE RELIEF

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, responds to the defendant's Emergency Motion for Bond or for Alternative Relief (Doc. # 57) as follows:

While the government opposes the relief requested in the Defendant's motion, the government welcomes the opportunity for a hearing at which the Defendant can testify, under oath, as to his dietary restrictions, weight loss, and opinions as to the rules and regulations at the Pinellas County Jail.

Should the court wish a more detailed response from the government prior to any such hearing, the government will further address the defendant's contentions.

    Respectfully submitted,

    A. BRIAN ALBRITTON
    United States Attorney

By:    *s/James C. Preston, Jr.*
    JAMES C. PRESTON, JR.
    Assistant United States Attorney
    Florida Bar No. 0383155
    400 North Tampa Street, Suite 3200
    Tampa, Florida  33602
    Telephone:   (813) 274-6326
    Facsimile:    (813) 274-6125
    Email: james.preston@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Oscar Markus, Esq.

|  |  |
|---|---|
| By: | *s/James C. Preston, Jr.*<br>JAMES C. PRESTON, JR.<br>Assistant United States Attorney<br>Florida Bar No. 0383155<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida  33602<br>Telephone:   (813) 274-6326<br>Facsimile:    (813) 274-6125<br>Email: james.preston@usdoj.gov |