UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:09-CR-572-T-30TGW | **DATE:** | 3/26/10 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | NONE |
| UNITED STATES OF AMERICA v. MARK ANTHONY MYRIE | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL** JAMES PRESTON, AUSA | |
| | | **DEFENSE COUNSEL** DAVID O. MARKUS, ESQ. MARC DAVID SEITLES, ESQ. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:01 - 11:32 | **TOTAL:** 1.31 | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: HEARING ON DEFENDANT'S EMERGENCY MOTION FOR BOND OR FOR ALTERNATIVE RELIEF (#57). GOVERNMENT RESPONSE (#58)**

**PROFFER OF GOVERNMENT**

**PROFFER OF DEFENDANT (DAVID MARKUS, ESQ.)**

**ORDER TO BE ENTERED DETAINING DEFENDANT PENDING THE OUTCOME OF THIS CASE, UNDER THE REBUTTAL PRESUMPTIONS AND THERE IS A RISK OF FLIGHT.**

**PROFFER OF DEFENDANT, DAVID MARKUS, ESQ., REGARDING THE ISSUE OF HOUSING OF DEFENDANT.**

**CAPTAIN MARK FLETCHER SWORN. GOVERNMENT EXHIBITS 1, 2, 3, 4 AND 5 IDENTIFIED AND MOVED INTO EVIDENCE.**

**ORAL OPINION RENDERED. ORDER TO BE ENTERED DIRECTING THAT THE DEFENDANT AND COUNSEL HAVE ALL AVAILABILITY TO PROPERLY PREPARE FOR TRIAL.**

**ORDER MOTION DENIED. ORDER TO BE ENTERED.**