**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:09-cr-572-T-30EAJ

MARK ANTHONY MYRIE
IAN THOMAS
JAMES JACKSON MACK
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Mack's Motion for Continuance of Trial (Dkt. #104). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Said Motion for continuance is GRANTED in part. A one week continuance of trial is granted.

2. Trial is rescheduled to **MONDAY, SEPTEMBER 20, 2010, at 9:00 a.m.** at the U. S. Sam Gibbons Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida 33602.

3. The Court grants this continuance to allow Defendant Mack additional time to prepare for trial. The Court finds the ends of justice served by the continuance to allow the Defendant(s) more time to prepare outweighs the best interest of the public and the Defendant(s) in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

**DONE** and **ORDERED** in Tampa, Florida on August 26, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record