UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:09-CR-572-T-30-TGW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARK ANTHONY MYRIE,
    Defendant.
_____/

### MARK ANTHONY MYRIE'S PROPOSED *VOIR DIRE* QUESTIONS

Mark Anthony Myrie through counsel respectfully requests the following *voir dire* questions in addition to the court's standard questions:

**CONTACTS WITH PROSECUTION**

Do you know anyone who currently works for the the United States Attorney's Office or the United States Department of Justice? If yes

    A.    Whom do you know?

    B.    Where does this person work?

    C.    How do you know this person?

    D.    Will that relationship cause you to start out believing that the defendant is guilty of the charges in this case?

**JAMAICA**

Has anyone on the jury panel ever worked in or vacationed in Jamaica or any other Caribbean

country?   If yes

    A.    What country or countries did you work in?

    B.    How long did you work there?

    C.    What was your job?

    D.    Did you have any type of bad experiences?

    E.    Is there anything about that experience that would cause you to believe the Defendant is guilty of the drug charges brought in this case?

**PUBLICITY**

The defendant in this case is a well known reggae artist. His stage name is Buju Banton. Consequently, there has been a fair amount of publicity about this case. Is there anyone on the jury panel that remembers reading or hearing about this case? If Yes, have you formed the opinion that the Defendant is guilty of the charges brought in this case?

**STRONG OPINION ABOUT DRUGS**

It would not be unusual if there are members of the jury panel that have very strong or very negative opinions about a person accused of a drug offense. Please raise your hand if you have very strong or very negative opinions about a person accused of a drug offense.

Would your strong or negative opinions about drugs affect your ability to be a fair juror in this case.

**PRESUMPTION OF INNOCENCE**

Would you have any difficulty following the principle that the defendant on trial is presumed to be innocent and must be found not guilty of that charge unless each and every essential element

of an offense charged is proved beyond a reasonable doubt?

The indictment is not evidence of guilt. It is simply a charging document.

Would the fact that the defendant has been arrested and indicted, and is here in court facing these charges, cause you to have preconceived opinions on the defendant's guilt or innocence?

**BURDEN OF PROOF**

The burden of proving each element of a crime beyond a reasonable doubt rests upon the prosecution and that burden never shifts to the defendant.

The defendant in a criminal case has no obligation or duty to prove his innocence or offer any proof relating to his innocence. Would any of you have any difficulty in following these principles?

**PROOF BEYOND A REASONABLE DOUBT**

Would any of you have any difficulty in voting not guilty if the government fails to prove the charge beyond a reasonable doubt?

**RIGHT NOT TO TESTIFY**

Since the defendant has the right to remain silent, the law prohibits you from arriving at your verdict by considering that the defendant may not have testified.  Some people believe that they must hear from a defendant before deciding whether he is guilty or not guilty.  If Mr. Myrie does not testify, will you be able to follow my instruction that you may not consider that fact in determining whether the government has proved its case beyond a reasonable doubt.

**GUILT BY ASSOCIATION**

Does anyone on the jury panel agree with the following statement of the law: Since several

people have pleaded guilty to this drug crime, I would start out believing that Mr. Myrie must also be guilty.

Let me ask this question a different way. The law requires a jury to consider the evidence against each defendant individually. Is there anyone on the panel who would have a difficult time considering the evidence against each defendant individually?

**CATCH-ALL QUESTIONS**

This next question is very important. I need each and every member of the jury panel to think long and hard before you answer. What I want to know is this - Is there anyone on the panel who already feels like you have formed the opinion that this defendant is guilty of the charges. If you feel that way, it is your duty and obligation to let me know.

Is there anyone on the panel who feels that if the United States Attorney's office has brought these charges, the defendants are probably guilty?

My final question is this – Is there anyone on the jury panel who is, for whatever reason, unwilling or unable to serve as a totally fair and impartial juror in this case?   If YES, please tell me about that.

                                                  Respectfully Submitted,

                                                  MARKUS & MARKUS, PLLC
                                                  Courthouse Center
                                                  40 N.W. 3rd Street
                                                  Penthouse One
                                                  Miami, Florida 33128
                                                  Telephone (305) 379-6667
                                                  Facsimile (305) 379-6668
                                                  www.markuslaw.com

                                        By:     /s/ David Oscar Markus
                                                     DAVID OSCAR MARKUS
                                                     Florida Bar Number 119318
                                                     DMarkus@MarkusLaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 17th day of September 2010, and served on all appropriate parties through that system.

                                                                      /s/ David Oscar Markus
                                                                      David Oscar Markus