UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:09-CR-572-T-30-TGW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ANTHONY MYRIE,

    Defendant.
_____/

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:  ANY UNITED STATES MARSHAL, and
MAJOR ALEXIS DAVIS, PINELLAS COUNTY JAIL
14400 49th Street North
Clearwater, Florida 33762-2877

It appearing that, MARK ANTHONY MYRIE, the Petitioner in the above captioned case, requires the presence of witness JAMES JACKSON MACK at trial, who is confined in the Pinellas County Jail located at 14400 49th Street North, Clearwater, Florida 33762-2877, and that said case is set for trial on Monday, September 20, 2010, at 9:00 a.m. at Tampa, Florida before United States District Judge James S. Moody Jr., 801 North Florida Avenue, Tampa, Florida 33601, Courtroom 13A, and that it is necessary for the said witness to be before this Court for the purpose of giving testimony at said trial.

This is to command you, the United States Marshal for the Middle District of Florida, that you have the body of the witness, JAMES JACKSON MACK, PINELLAS COUNTY JAIL DOCKET NUMBER 1384059 now in custody as foresaid, under safe and secure

conduct before this 801 North Florida Avenue, Tampa, Florida 33601, Courtroom 13A on Wednesday, September 22, 2010, at 9:00 a.m. and thereafter until his testimony has been completed as he may be called for the purpose of testifying in the above case, and upon completion of testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the aforesaid penal institution.

And this is to command you, Major Alexis Davis, Commander of the Pinellas County Jail, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of JAMES JACKSON MACK, PINELLAS COUNTY JAIL DOCKET NUMBER 1384059 , for safe and secure conduct to this District for the purpose aforesaid.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of September 2010.

JAMES S. MOODY
UNITED STATES DISTRICT JUDGE
Magistrate Judge

cc:  U.S. Marshals Service/BOP
     (3 cert. copies)
     Major Davis,
     Pinellas County Jail
     (3 cert. copies)(by FAX also)