IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 8:09-CR-572-T-30-TGW

UNITED STATES OF AMERICA,

                    Plaintiff,

VS.

MARK ANTHONY MYRIE,

                    Defendant.
_____/

**NOTICE OF FILING REGARDING COMPLIANCE WITH BOND CONDITIONS**

1.      On October 14, 2010, this Court ordered a $250,000 bond to be co-signed by Joseph Chavalier, secured by his residence located at 4372 14th St. NE, St. Petersburg, Florida 33703. After doing a recent appraisal on the property, undersigned counsel learned that there was not $250,000 in equity in Mr. Chavalier's home.

2.      Mr. Myrie hereby notifies the Court that Stephen Marley, well-known entertainer and son of Bob Marley, and his wife Kertia DeCosta Marley, are willing to substitute as the signator for the bond in lieu of Mr. Chavalier. His property is located in Miami-Dade county and has an approximate equity of $350,000. As evidence, Mr. Myrie will provide the Court with a recent appraisal of the residence, a title search, a copy of deed and mortgages, outstanding mortgage balances, and affidavits from Mr. Marley and his wife. AUSA Preston objects.

3.      Mr. Myrie has contacted two security companies that are capable of providing professional, experienced, effective, and affordable 24 hour security detail at Mr. Myrie's residence. Information concerning the two companies are set forth below. The owner of Florida Agency Of Investigations, Inc. will be present at the hearing on Wednesday, October 27, 2010 to address any

inquires the Court or the government may have.  The resume of the owner is attached.  AUSA

Preston objects to either of these security companies and has informed undersigned counsel that he

will object to any company that does not employ off-duty law enforcement officers (even though

such a requirement was not ordered by the Court).  Undersigned has researched hiring off-duty law

enforcement officers, and the cost is prohibitive.

Florida Agency Of Investigations, Inc.
103301 Overseas Highway
Key Largo, Florida 33037
305-451-2593 Office
President : Adalberto Vigil
Fla. State License Agency 89-00128
Established 1989
Agency License: Adalberto J. Vigil,  C92-000392 issued 1992
Bail License Number: A2773793 , issued 1992


Guardian Professional Security, LLC
4700 Sheridan Street, Suite J
Hollywood, Florida 33021
(954) 960-6142 Office
(954) 337-2840 Fax
CEO: Anton Kalaydjian

Respectfully submitted,

/s/ David Oscar Markus

_____

DAVID OSCAR MARKUS
Florida Bar Number 119318

MARKUS & MARKUS, PLLC
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
Telephone (305) 379-6667
Facsimile (305) 379-6668
www.markuslaw.com

2

/s/ Marc David Seitles
_____

Marc David Seitles
Florida Bar Number 0178284

The Law Offices of Marc David Seitles, P.A.
Courthouse Center
40 N.W. 3rd Street, Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010, undersigned electronically filed the foregoing

document with the Clerk of the Court using CM/ECF which will send notification of such filing

to Assistant United States Attorney Jim Preston.

/s/ Marc David Seitles
_____

Marc David Seitles, Esq.

3