UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:09-cr-572-T-30TGW

**UNITED STATES OF AMERICA**

-vs-                                          21 September 2010
                                                   9:15 a.m.
**MARK MYRIE,**                                Courtroom 13A
**a/k/a BUJU BANTON,**

        Defendant.
------------------------/

**VOLUME II**

TRANSCRIPT OF PROCEEDINGS
*(JURY TRIAL)*
**BEFORE THE HONORABLE JAMES S. MOODY, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

<u>APPEARANCES</u>

**For the Government:  JAMES C. PRESTON, JR., ESQUIRE**
        *Assistant United States Attorney*
        *United States Attorney's Office*
        400 North Tampa Street
        Suite 3200
        Tampa, Florida 33602
        Phone: (813) 274-6000
        james.preston@usdoj.gov

**For the Defendant:   DAVID O. MARKUS, ESQUIRE**
        *David Oscar Markus, PLLC*
        PH 1
        40 Northwest 3rd Street
        Miami, Florida 33128
        Phone: (305) 379-6667
        Fax: (305) 379-6668
        dmarkus@markuslaw.com

**\*\*NOTE:  ALL QUOTED WIRETAP AND PHONE CONVERSATIONS ARE EXACTLY AS THEY APPEAR IN THE ORIGINAL TRANSCRIPTS.  THE PUNCTUATION HAS NOT BEEN CHANGED OR CORRECTED IN ANY WAY.\*\***

*(appearances continued on next page)*
STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

**MARC DAVID SEITLES, ESQUIRE**
*Law Offices of Marc D. Seitles*
Courthouse Center
40 Northwest 3rd Street
Penthouse 1
Miami, Florida 33128
Phone: (305) 403-8070
Fax: (305) 403-8210
mseitles@seitleslaw.com

ALSO PRESENT

**MARK MYRIE (Defendant)**
DANIEL McCAFFREY (Case Agent)
SARA BOSWELL (Courtroom Deputy Clerk)
DAVID ADKINS (Court Security Officer)

REPORTED BY

SHERRILL L. JACKSON, RPR, FPR
*Federal Official Court Reporter*
801 North Florida Avenue
Suite 13A
Tampa, Florida 33602
Phone:  (813) 301-5041

### INDEX TO PROCEEDINGS

Page

ALEXANDER JOHNSON

  Direct Examination by Mr. Preston........................4

  Cross-Examination by Mr. Markus.......................216

CERTIFICATE OF REPORTER................................238

### INDEX TO EXHIBITS

Government Exhibit 1......................................12
Government Exhibit R1.....................................34
Government Exhibit R1B....................................34
Government Exhibit R2.....................................34
Government Exhibit R2B....................................34
Government Exhibit R3.....................................87
Government Exhibit R3B....................................87
Government Exhibit R4.....................................87
Government Exhibit R4B....................................87
Government Exhibit R5.....................................89
Government Exhibit R5B....................................89
Government Exhibit R6.....................................91

```
Government Exhibit R6B...................................91
Government Exhibit R7....................................93
Government Exhibit R7B...................................93
Government Exhibit R8....................................89
Government Exhibit R8B...................................89
Government Exhibit R9....................................90
Government Exhibit R9B...................................90
Government Exhibit R10...................................93
Government Exhibit R10B..................................93
Government Exhibit R12..................................213
Government Exhibit R12B.................................213
Government Exhibit R13..................................152
Government Exhibit R13B.................................152
Government Exhibit R14..................................155
Government Exhibit R14B.................................155
Government Exhibit R15..................................156
Government Exhibit R15B.................................156
Government Exhibit R16..................................157
Government Exhibit R16B.................................157
Government Exhibit R17..................................161
Government Exhibit R17B.................................161
Government Exhibit R18..................................163
Government Exhibit R18B.................................163
Government Exhibit R19..................................205
Government Exhibit R19B.................................205
Government Exhibit R20...................................24
Government Exhibit R20B..................................24
Government Exhibit R20C..................................24
Government Exhibit R21...................................41
Government Exhibit R21B..................................41
Government Exhibit R21C..................................41
Government Exhibit R22..................................103
Government Exhibit R22A.................................103
Government Exhibit R22C.................................103
Government Exhibit R23..................................122
Government Exhibit R23B.................................122
Government Exhibit R24..................................166
Government Exhibit R24B.................................166
Government Exhibit R24C.................................166
Government Exhibit R25..................................208
Government Exhibit R25B.................................208
Government Exhibit R25C.................................208
Defense Exhibit 19.....................................234
```

1               P R O C E E D I N G S        (9:15 a.m.)

2          THE COURT:  All right.  Bring in the jury, please.

3          (The jury entered the courtroom and was seated.)

4          THE COURT:  Good morning.

5          THE JURY:  Good morning.

6          THE COURT:  The Government may proceed with their

7  next witness.

8          MR. PRESTON:  Yes, Your Honor.  Government calls

9  Alexander Johnson.

10         (The witness was duly sworn or affirmed and

11 responded as follows:)

12         THE WITNESS:  I do.

13         THE CLERK:  Thank you.  Please be seated.

14         THE WITNESS:  (Seated.)

15         THE CLERK:  Please be seated.

16         (Witness seated.)

17         THE CLERK:  Would you please state your full name

18 and spell your first and last name for the record.

19         THE WITNESS:  Alexander Johnson,

20 A-L-E-X-A-N-D-E-R, Johnson, J-O-H-N-S-O-N.

21         THE COURT:  Proceed.

22                    **ALEXANDER JOHNSON,**

23 the witness, being sworn or affirmed, testified as follows:

24                    *DIRECT EXAMINATION*

25 BY MR. PRESTON:

```
 1  Q    Sir, are you a paid confidential source working with

 2  the United States Drug Enforcement Administration and other

 3  state, federal, and international law-enforcement agencies?

 4  A    Yes, I am.

 5  Q    How long have you been a cooperating source, or CS?

 6  A    I have been a cooperating source, or CS, since 1986.

 7  However, I started cooperating with the Government since

 8  1984.

 9  Q    In your approximate 14 years as a confidential source,

10  approximately how much money have you been paid?

11  A    Over $3 million.

12  Q    Do you know a person named "Mark Myrie," also known as

13  "Buju Banton"?

14  A    I do.

15  Q    Do you see him in court today?

16  A    Yes, I do.

17  Q    Is that the gentleman standing to my left, the black

18  male wearing the blue shirt and blue jacket?

19  A    Yes, it is.

20       MR. PRESTON:  Let the record reflect he is

21  identifying the Defendant, Your Honor.

22       THE COURT:  Let the record so reflect.

23  BY MR. PRESTON:

24  Q    When did you first meet the Defendant?

25  A    I met him on -- on a flight from Madrid to Miami,
```

1  Florida, on July 8, 2009.

2  Q    Were you meeting him on that flight in your capacity as

3  a confidential source, or was your initial meeting just a

4  chance encounter?

5  A    It was a casual meeting sitting next to a passenger on

6  board.

7  Q    Was it a planned meeting?

8  A    Just a meeting -- well, it -- not a planned meeting.

9  We just ran into each other on the same seating on the

10  airplane.

11  Q    You were seated next to each other?

12  A    Yes, sir.

13  Q    Who was seated in which seat?

14  A    He was in the window seat, and I was the aisle seat.

15  Q    Had you ever heard of the Defendant before?

16  A    No, sir.

17  Q    After meeting the Defendant, at some point in time, did

18  you adopt an undercover role in your discussions and

19  dealings with him?

20  A    I did.

21  Q    Could you describe your first encounter, how you met

22  the Defendant?

23  A    Excuse me.  I was sitting on the aisle side on the

24  business class of an American Airlines plane, and I was kind

25  of distracted when Mark Myrie, now that I know him, jumped

```
 1  over me and stretched out his legs next to me, and he

 2  approached me and told me -- asked me do I know who he was?

 3  I told him, "I don't know."

 4  Q    Did he tell you who he was?

 5  A    I'm sorry?

 6  Q    Did he tell you who he was?

 7  A    Yes.

 8  Q    Did he tell you why you should know who he was?

 9  A    Because he was a famous person and he was a reggae

10  artist.

11  Q    Did the Defendant ask you where you were from?

12  A    Yes, he did.

13  Q    What did you tell him?

14  A    I was from Colombia.

15  Q    How long was the flight?

16  A    Over eight hours.

17  Q    During that flight, did the conversation that you were

18  having with the Defendant turn to drug-related business?

19  A    Yes.

20  Q    Approximately how long into this eight-hour flight did

21  the conversation turn in that direction?

22  A    About less than an hour into the flight when they

23  started serving the drinks.

24  Q    In your work as a confidential source, had you ever met

25  somebody from Jamaica who was in the entertainment industry?
```

1   A     Yes.

2   Q     Did you mention that name to the Defendant?

3   A     Yes, I did.

4   Q     What name did you mention?

5   A     Lloyd Evans.

6   Q     And when you mentioned to the Defendant that you knew a

7   Lloyd Evans from Jamaica, how did he respond to that?

8   A     He knew Lloyd Evans, and he also knew that I needed to

9   be careful with Lloyd Evans because Lloyd Evans was now a

10  snitch.

11  Q     Did the conversation then proceed to what you did in

12  the drug business?

13  A     Yes.

14  Q     Would you tell the jury about that?

15  A     I'm sorry.  Repeat that.

16  Q     Could you tell the jury about that, please, about how

17  the conversation went and what you did in the drug business?

18  A     After that, I told him that I was Colombian, and he

19  told me he was a reggae artist and he sees me wearing

20  jewelry.

21  Q     Just tell us about the conversation that you had after

22  Lloyd Evans and how it pertained to what you did in the

23  business -- drug business?

24  A     Well, he went ahead and asked me if I knew Lloyd Evans,

25  and he asked me what I was doing in Spain, and I told him I

1  was taking care of some business.

2       "What kind of business?"

3       "Money -- pick up money through a drug transaction."

4  Q    Did you discuss with the Defendant anything else that

5  you did in the drug business aside from what you were --

6  this money pickup that you were doing in Spain?

7  A    I was a transporter.  That's what I told him.

8  Q    What is a transporter?

9  A    A transporter is a person who organizes the pickup of

10 drugs from Colombia or any other country that produces drugs

11 and brings it to the United States and Europe.

12 Q    Now, if you're taking the undercover role of

13 transporter of drugs or cocaine, what are you saying you'll

14 do for somebody?

15 A    I will transport drugs for the -- who is talking to me.

16 Q    If you are a transporter of drugs, are you to be paid

17 money for that service?

18 A    Yes.

19 Q    Have you taken this undercover role before in

20 operations with law enforcement?

21 A    Yes, I have.

22 Q    Has that resulted in actual pickups of drugs overseas

23 from your contacts?

24 A    Yes, sir.

25 Q    Have those drugs been delivered to individuals when

1   they've arrived to their destination point?

2   A    They have.

3   Q    And have those individuals brought money for the

4   operation to pay your transportation fees at the time that

5   the drugs are delivered?

6   A    Yes, they have.

7   Q    Have those persons been arrested at the time?

8   A    Yes, they have been.

9   Q    Money was seized?

10  A    Yes.

11  Q    As a result of those type of cases, have you received

12  payments which are part of that 3 -- over $3 million that

13  you've talked about?

14  A    Yes, sir.

15  Q    And this is the role that you presented to the

16  Defendant that you served in the drug business?

17  A    Yes, sir.

18  Q    Did the Defendant tell you that he was involved in any

19  smuggling operations?

20  A    Yes, he did.

21  Q    Would you please tell the jury about that?

22  A    He told me that he was involved in the

23  transportation -- smuggling, transportation, of drugs for --

24  kilos of cocaine, that is, from Venezuela to the island of

25  St. Martin.  Three thousand kilos.

1  Q    You also told the Defendant that you moved money?

2  A    Yes, I did.

3  Q    Did he have any response to that information that you

4  were capable of moving money from country to country?

5  A    Yes.  His comment was that he moved money himself for

6  traffickers out of especially London, England, by bringing

7  the cash, because he could cover his tracks because he was

8  an artist and they pay him in cash and he have a -- a group

9  that travels with him all the time.

10 Q    Did you indicate to the Defendant that you could assist

11 him in any way in the smuggling venture that involved

12 Venezuela, as well from St. Martin to Europe?

13 A    Yes, I did.

14 Q    What did you tell him that you could do for him in that

15 regard?

16 A    That I have a sailboat available on which I could put

17 those kilos of cocaine and transport them for him.

18 Q    Did you and the Defendant discuss meeting in the future

19 about some of these plans?

20 A    Yes, we did.  We discussed it.

21 Q    When did you agree to meet?

22 A    The next day.

23 Q    Did you exchange contact information with the Defendant

24 before the flight was over?

25 A    Yes.

```
 1   Q     Could you tell the jury about that, please?

 2   A     He gave me his -- he wrote his phone number on a napkin

 3   and provided it to me, and -- and I give him my number.  He

 4   wrote my number himself.

 5             MR. PRESTON:  May I approach the witness,

 6   Your Honor?

 7             THE COURT:  Yes.

 8   BY MR. PRESTON:

 9   Q    Mr. Johnson, could you take a look at Government's

10   Exhibit Number 1 and just tell me if you recognize what's in

11   that plastic envelope.

12   A     This is the napkin that Mr. Myrie give me on that

13   flight with his number and name.

14             MR. PRESTON:  Government moves Number 1 into

15   evidence, Your Honor.

16             MR. MARKUS:  No objection.

17             THE COURT:  Be admitted.

18             MR. PRESTON:  May I publish it at this time?

19             THE COURT:  Yes.

20             (Government Exhibit 1 was received in evidence.)

21   BY MR. PRESTON:

22   Q    (Changes overhead exhibit.)  Did you use the telephone

23   number (718) 207-0741 to communicate with the Defendant?

24   A     Yes, sir.

25   Q     And these are the two names that he used or told you he
```

```
 1   had while you were on the flight?

 2   A    Yes, sir.

 3   Q    During your entire conversation on the flight, did you

 4   ever advise the Defendant that you could sell him cocaine?

 5   A    No.

 6   Q    The role you presented was as a transporter; correct?

 7   A    That's correct.

 8   Q    Did you and the Defendant meet the next day?

 9   A    Yes, we did.

10   Q    Before we get to that meeting, let's talk about how you

11   became a confidential source.  As a confidential source, do

12   you play various roles as someone in a drug business?

13   A    Yes, sir.

14   Q    Do you have real-life experience in the drug business?

15   A    Yes, sir.

16   Q    Were you involved in the distribution of cocaine?

17   A    Yes, sir.

18   Q    Were you also involved in the distribution of

19   marijuana?

20   A    Yes, sir.

21   Q    When were you involved in the distribution of drugs?

22   A    In the '80s.

23   Q    Did that lead into the early 1990s?

24   A    Yes, sir.

25   Q    What did you do in the cocaine trade?
```

```
 1   A     I transported cocaine from Colombia to the
 2   United States.
 3   Q     When you say you transported, did you physically drive
 4   the plane or the boat or -- what did you do in the
 5   transportation end of things?
 6   A     I was the organizer of the operation.
 7   Q     And where were you based?
 8   A     In the United States.
 9   Q     And as a result of your years of participating as a
10   transporter of loads of cocaine, thousands of kilograms of
11   cocaine made it to the United States; correct?
12   A     Yes.
13   Q     When and how did your appearance in this business come
14   to an end, Mr. Johnson?
15   A     October 21, 1993.
16   Q     How did that come to an end?
17   A     I was met by DEA agents and U.S. marshals in the
18   parking lot of a motel and got arrested.
19   Q     Were you indicted and prosecuted by the United States
20   in South Florida?
21   A     Yes.
22   Q     Did you plead guilty?
23   A     Yes, I did.
24   Q     Did you cooperate at that time with the United States?
25   A     Yes, I did.
```

```
 1   Q    Did you receive a reduced sentence for your

 2   cooperation?

 3   A    Yes, I did.

 4   Q    Did you continue to assist the Government after you

 5   went to prison?

 6   A    Yes.

 7   Q    And did you receive further reductions of your

 8   sentence?

 9   A    Yes, sir.

10   Q    Was your supervised release also terminated so you

11   could continue working -- your work with law enforcement?

12   A    Yes, sir.

13   Q    Has that continued -- cooperation continued to date?

14   A    Yes.

15   Q    What is your citizenship?

16   A    Colombian.

17   Q    What is your status in the United States?

18   A    I'm a legal resident alien.

19   Q    Did law enforcement assist you in not being deported to

20   Colombia after you served your sentence?

21   A    Yes, they did.

22   Q    Is it safe to say, if you had not cooperated, you'd

23   either still be in prison or you'd be back in Colombia?

24   A    Yes, sir.

25   Q    What agencies have you worked with as a confidential
```

1  source?

2  A    I'm sorry?

3  Q    What agencies have you worked with as a confidential

4  source?

5  A    DEA, ICE, FBI, Sarasota Police Department, and overseas

6  police, law-enforcement institutions.

7  Q    What overseas law-enforcement agencies have you worked

8  for, for which countries?

9  A    The Cayman Islands, Bahamas, England.

10  Q    Have you testified before?

11  A    Yes, I have.

12  Q    In your work as a confidential source, has law

13  enforcement asked you to participate in ongoing

14  investigations, investigations that they already had in

15  progress?

16  A    Yes, sir.

17  Q    Have you brought cases to law enforcement for

18  investigation --

19  A    Yes.

20  Q    -- which was employed in this case in regard to the

21  Defendant Myrie?

22  A    I brought the case to law enforcement.

23  Q    You talked about your deportation issues.  Due to the

24  nature of your work, did law enforcement also assist your

25  ex-wife in staying in the United States?

1    A    Yes, they did.

2    Q    Was this before or after your divorce?

3    A    After the divorce.

4    Q    Mr. Johnson, you indicated that you have made over $3

5    million during the past 14 years.  Do you have any idea of

6    how many cases, how many arrests, that that figure

7    represents?

8    A    (Shakes head.)  Multiple arrests and multiple cases.

9    Q    Do you have a guess at a number?

10   A    Cases, perhaps -- I don't keep track, but it's got to

11   be dozens of cases.

12   Q    Dozens?

13   A    Yes, sir.

14   Q    Arrests?

15   A    Lots of arrests.

16   Q    Were seizures of money and assets made in any of those

17   cases?

18   A    Yes.

19   Q    And do seizures figure into the payments that are made

20   to you?

21   A    Yes.

22   Q    How much money was seized in the case involving the

23   Defendant Myrie?

24   A    One hundred thirty-five thousand dollars plus.

25   Q    And do you recall how much you've been paid for your

```
 1  work in the case?

 2  A    A little bit over $50,000.

 3  Q    What agencies paid you?

 4  A    DEA and the Sarasota Police Department.

 5  Q    Have you paid taxes on the monies that you've earned as

 6  a confidential source?

 7  A    Yes, I have.

 8  Q    Was the amount that you paid or owed the United States

 9  in taxes disputed by the IRS?

10  A    Yes, sir.

11  Q    Are you currently in bankruptcy proceedings?

12  A    Yes, I am.

13  Q    Before that, how long were you in this dispute with the

14  IRS about taxes owed?

15  A    From 1989.

16  Q    And from 1999 [sic] to the present before the

17  bankruptcy proceedings, the IRS said that you owed in the

18  area of $100,000 in taxes; correct?

19  A    Yes.

20  Q    For that 14 years or a period of that; right?

21  A    Yes.

22  Q    And on that $100,000, there -- there were assessments

23  and penalties and interest that jacked it up another hundred

24  thousand dollars; correct?

25            MR. MARKUS:  Judge, I am going to object to
```

```
 1    leading.
 2              THE COURT:  Sustained.  Use one or two words.  For
 3    example, "Objection, leading."
 4              MR. MARKUS:   Okay.
 5    BY MR. PRESTON:
 6    Q    As part of the bankruptcy process, are you finalizing a
 7    payment plan with the IRS at this time?
 8    A    Yes, sir.
 9    Q    Did you advise the Drug Enforcement Administration of
10    your contact with the Defendant Myrie on the flight from
11    Madrid?
12    A    Immediately upon landing in the United States.
13    Q    Were you given permission to record phone calls and
14    meetings with the Defendant?
15    A    Yes, sir.
16    Q    Did you record every contact that you had with the
17    Defendant during the course of this investigation?
18    A    No, sir.
19    Q    Why not?
20    A    On occasions I was just told just to keep in touch.  On
21    occasions I just didn't record it because it was more of a
22    contact phone call, and sometimes I was not in the proper
23    location to do that when I decided to make that phone call.
24    Q    How about when you received phone calls?  Were you ever
25    in a position not to record?
```

```
 1  A    If I was able to record, I always recorded phone calls.
 2  If I'm not -- I'm not always able to pull the recorder and
 3  do so.
 4  Q    Did you meet with the Defendant on July 7th of 2009,
 5  the day after your flight?
 6  A    Yes, I did.
 7  Q    Where?
 8  A    On Las Olas Boulevard in Fort Lauderdale, Florida, at a
 9  restaurant named "Bova Prime."
10  Q    Was anyone with the Defendant when he arrived at that
11  location?
12  A    Yes, sir.
13  Q    Could you describe any details you remember in regard
14  to the arrival as far as vehicles or people?
15  A    When we met at the valet station, I was -- I just
16  pulled ahead of him.  He was on the phone, and I indicated
17  where I was at.  He came in a dark-colored Range Rover that
18  was -- he was driving the Ranger, and an individual was with
19  him, a male person, and then a vehicle -- I can't remember
20  what vehicle.  It was a female that came behind them.  We
21  joined those in the valet area.
22  Q    So, how many were in your party when you first went
23  into the restaurant?
24  A    Including myself, four people.
25  Q    Were food and drinks ordered?
```

```
 1   A    Yes, sir.
 2   Q    At some point during that encounter, did you and the
 3   Defendant have an opportunity to address the drug issues
 4   that were discussed on the plane?
 5   A    Yes.
 6   Q    Did that take place immediately upon meeting the
 7   Defendant and the other individuals?
 8   A    I'm sorry?
 9   Q    Did that drug discussion take place immediately upon
10   meeting the Defendant and the other individuals in the
11   restaurant?
12   A    No.  We probably have a drink or two, order food, and
13   then him and I start talking about the drug transaction we
14   discussed the previous day.
15   Q    Was that in front of other people that were at the
16   lunch?
17   A    They were at the table, but they pretty much stayed to
18   themselves while he and I talk about it.
19   Q    Did you discuss what was discussed on the plane?
20   A    Yes, sir.
21   Q    Did the Defendant also ask you if you could obtain
22   cocaine for him?
23            MR. MARKUS:  Objection, leading.
24            THE WITNESS:  Yes.
25            THE COURT:  Sustained.
```

1  BY MR. PRESTON:

2  Q    What else did the Defendant discuss with you aside from

3  what was discussed on the plane?

4  A    He wanted to know if I could get cocaine for him to be

5  transported.

6  Q    Was that conversation recorded?

7  A    Yes, sir.

8  Q    When the Defendant asked if you could get cocaine for

9  him, what did you tell him?

10  A    That I wasn't in the transportation business; if he

11  needed to get the cocaine, he needed to get it for me to

12  transport it.

13  Q    Did you review the recording of that conversation?

14  A    Yes, I have.

15  Q    Did you review a clip of the conversation, along with a

16  transcript of that portion?

17  A    Yes, sir, I did.

18  Q    Were the recordings accurate?

19  A    Yes, sir.

20  Q    Was the transcript substantially accurate?

21  A    Yes, sir.

22          MR. PRESTON:  Judge, I'm going to have a number of

23  exhibits to go through with this witness.  Is it all right

24  if I maintain approaching?

25          THE COURT:  That's fine.

1            MR. PRESTON:   Thank you, Your Honor.

2   BY MR. PRESTON:

3   Q    Mr. Johnson, I am going to hand you what's marked as

4   Government's 20A, 20B, and 20C (handing items to the

5   witness).   Do you recognize those, sir?

6   A    Yes, I did.

7   Q    Are these the exhibits that you reviewed?

8   A    Yes, they are.

9   Q    And you indicated already that you found them to be

10  accurate; is that correct?

11  A    Yes, sir.

12            MR. PRESTON:   The Government would move at this

13  time into evidence Government's Exhibits 20, 20B, and 20C,

14  20 being the recording, 20C is the clip that we referred to,

15  and 20B is the transcript of that portion of the recording.

16            THE COURT:   Be admitted.

17            MR. PRESTON:   May we publish at this time,

18  Your Honor?

19            THE COURT:   The boss is telling me it's R20

20  instead of 20 --

21            MR. PRESTON:   Thank you.   Yes, Your Honor.   We

22  tried to designate the recordings with other numbers.   So,

23  these are our R20, R20B, and R20C.   I would move those into

24  evidence.

25            THE COURT:   Be admitted.

```
 1            (Government Exhibits R20, R20B, and R20C were
 2  received in evidence.)
 3            MR. PRESTON:  Thank you, Your Honor.
 4            Thank you, Miss Boswell.
 5            May we publish at this time?
 6            THE COURT:  Yes.
 7            MR. PRESTON:  Technical difficulty.
 8            (Pause.)
 9            THE COURT:  Those of you who want headphones to
10  assist in hearing, you're welcome to use them.
11            (Tape played as follows:)
12            "CS:  Let me ask you.  With the.  I hate to say,
13  ask, with the cocaine, cocaina.
14            "MYRIE:  Yeah.
15            "CS:  You friends.  They wanna bring it here to
16  the, the states?  Or they wanna buy here?
17            "MYRIE:  They wanna, uh, they wanna bring it to
18  Europe.
19            "CS:  They want to bring it to Europe?
20            "MYRIE:  Sell it in Europe.  (inaudible) buyers in
21  Europe.
22            "CS:  You told me you were waiting for some money
23  but it didn't come through.
24            "MYRIE:  Yeah.
25            "CS:  What happened?
```

```
 1              "MYRIE:  (inaudible)

 2              "CS:  Okay, what we can do, okay?  I have the

 3  boat.  I can show you the boat.  I can send the boat to

 4  Europe, no problem, no problem.

 5              "MYRIE:  I just, I just gave him thirty six

 6  thousand ($36,000) to fix (inaudible) the sailboat

 7  (inaudible)

 8              "CS:  The sailboat to fix it?

 9              "MYRIE:  Yeah, I gave him thirty six thousand

10  ($36,000) dollars.

11              "CS:  Where?

12              "MYRIE:  In Venezuela, to (inaudible), to fix it.

13  (inaudible) on the way to St. Martin, to wait on some guys.

14              "CS:  Oh, that's what you tell me about St.

15  Martin.

16              "MYRIE:  Yes.  From St. Martin they go to,

17  fucking, (inaudible) or (inaudible) one (1) of these two (2)

18  places.  I'm not interested in (inaudible) in my returns.  I

19  pray for them.

20              "CS:  (laughing) I love it!  But, I wanna invite

21  you, okay?  Ahh, Thursday, Friday, Saturday, Sunday.

22  Whenever you have a chance.  Cuz' I know you more busy than

23  me.

24              "MYRIE:  No, not now.  Fucking nothing now.  Just

25  relaxing.
```

```
 1              "CS:  Okay.

 2              "MYRIE:  (inaudible) relax.

 3              "CS:  Okay you come with me.  I let you know.  You

 4  take a look at, at, at, at the sailboat I have.

 5              "MYRIE:  So, what, do you do anything outta

 6  Columbia?  Are you doin' anything?

 7              "CS:  You want me to pick up in Columbia?

 8              "MYRIE:  Ain't got (inaudible) nowhere.  Got no

 9  contracts over there... (inaudible)

10              "CS:  When you tell me when you want me to pick it

11  up.

12              "MYRIE:  I ain't got no contacts over Columbia.

13  My boys are (inaudible).  So if anything has to happen

14  Colombia it has do with me and you.

15              "CS:  No, but your boys gotta pick up in, in,

16  he...

17              "MYRIE:  St. Martin.

18              "CS:  I, I come to St. Martin.

19              "MYRIE:  Yeah.

20              "CS:  Yeah.

21              "MYRIE:  (inaudible)

22              "CS:  That's better.  That's better.

23              "MYRIE:  (inaudible) Buy three thousand (3,000)

24  for one (1.  (inaudible) buy three thousand (3,000) a key.

25              "CS:  No, okay.  This is what I do.  So let's be
```

 1  clear.  I only transport."

 2            (Tape stopped.)

 3  BY MR. PRESTON:

 4  Q    When the Defendant Myrie mentions $3,000 a key, what

 5  did you understand him to be asking you or telling you?

 6  A    That he wanted to -- me to purchase kilos for 3,000 a

 7  kilo.

 8  Q    Where could you purchase a kilo for $3,000?

 9  A    In Colombia.

10  Q    What did you tell him?

11  A    That I wasn't to sell kilos.  I was to transport kilos.

12            (Tape played as follows:)

13            "MYRIE:  Yeah, I know.

14            "CS:  You tell me how many to pick up for you.

15  And then I transport it to Europe.  Or Madrid.  Or whatever.

16  I give it to you to, to vigo.

17            "MYRIE:  I never touch.

18            "CS:  Well you don't have to.  Okay?  But I take,

19  you give me so many, eh, pieces, and I deliver you pieces, I

20  charge you.  25 percent (25%).  No thirty (30%), no 35 (35%)

21  percent, twenty-five percent (25%).  And you, you, you

22  people pay me the money.  Okay?

23            "MYRIE:  Do you have contacts where I can get, get

24  the shit?  Do you have any contacts that, that shit?  Do you

25  have any contacts where I can get cocaine?

1            "CS:  I do, okay?  But I rather buy you own stuff

2  and give it me because..."

3  BY MR. PRESTON:

4  Q    Mr. Johnson, have you ever in your role as an

5  undercover confidential source posed as a seller of

6  cocaine --

7  A    No.

8  Q    -- in other cases?

9  A    No.

10 Q    Have you ever represented yourself to be somebody who

11 could broker a sale of cocaine?

12 A    No.

13 Q    In your undercover capacity as a confidential source,

14 did you ever, on behalf of law enforcement, pose as a seller

15 of cocaine?

16 A    Yes, I have.

17 Q    In those cases -- from those cases, were you aware --

18 back up a moment here.  If you knew you could establish

19 yourself as a seller of cocaine, why did you maintain your

20 position as a transporter here?

21 A    Because that was what I had discussed previously

22 under -- in the case and generally what we spoke about in

23 the airplane.

24            (Tape played as follows:)

25            "CS:  Yes I can have it, yes.

```
 1              "MYRIE:  How many you want?  I never buy.

 2              "CS: You ne...

 3              "MYRIE:  But you people, they always do.  Never

 4   touch.  First thing (inaudible)

 5              "CS:  I, I don't want you to do...

 6              "MYRIE:  Yeah, yeah mon.

 7              "CS:  I don't want you to do any, do any of that.

 8   (inaudible)

 9              "MYRIE:  This is what I'm saying to you is, if you

10   have a contact.  They, they sell.

11              "CS:  Yes.

12              "MYRIE:  Buy?

13              "CS:  I do.

14              "MYRIE:  You buy from them?  They work with you.

15   I trust you.

16              "CS:  I will...

17              "MYRIE:  I give you my money, you buy, you sell.

18   (inaudible) enough give me money.

19              "CS:  Okay?

20              "MYRIE:  (inaudible)

21              "CS:  What, how about the people in St. Martin?

22              "MYRIE:  People in, people, people in Venezuela

23   they're buying in Venezuela, taking it to St. Martin,

24   (inaudible) putting it on a big ship in St. Martin, bring it

25   to England.
```

```
 1            "CS:  You tell them not to bring any, and not to,
 2  move it to St. Martin.
 3            "MYRIE:  (inaudible)
 4            "CS: Hold on, hold on, li, li, listen to me a
 5  second.  They buy in Venezuela, I can come from Venezuela.
 6  Up the coast of...
 7            "MYRIE:  It's not my move.  Hitchin' a ride,
 8  (inaudible)
 9            "CS:  You put me with the people.  I keep you
10  safe.
11            "MYRIE:  No, no.  It's not my move.  Not at all.
12  Have nothing to do with it.  I don't know nobody,
13  (inaudible) all I do is finance.  It's not my move."
14            (Tape stopped.)
15  BY MR. PRESTON:
16  Q    What did you understand the Defendant to be telling you
17  when he said, "All I do is finance"?
18  A    That he uses the power of his money to buy cocaine and
19  ship it.
20            (Tape played as follows:)
21            "CS:  So you give the money buy dope?
22            "MYRIE:  Yes.
23            "CS:  To buy the cocaine?
24            "MYRIE:  Yes. (inaudible)
25            "CS:  Okay.
```

```
 1              "MYRIE:  This, this is what I do.

 2              "CS:  So, if they buy the cocaine with you money,

 3   that's good.  I take ca, I take care of business.

 4              "MYRIE:  But, what I want to do is between me and

 5   you.  (inaudible)  Your money up front...

 6              "CS:  I will.

 7              "MYRIE:  (inaudible)  Rest of... (inaudible)

 8              "CS:  Absolutely.  You...

 9              "MYRIE:  (inaudible)  Need some water.

10              "CS:  Want something different?

11              "MYRIE:  Some water.

12              "CS:  Okay.  He needs come back.

13              "MYRIE:  So what he needs is (clears throat) how

14   much you can get it for?

15              "CS:  Where?  Depends on where.

16              "MYRIE:  How much you can get it for Colombia,

17   Venezuela (inaudible).

18              "CS:  In Colombia I can if for two (2), two

19   thousand (2,000), twenty five hundred (2500), three thousand

20   (3,000) at the most.  At the most.

21              "MYRIE: (inaudible)

22              "CS:  No, Venezuela, Colombia.

23              "MYRIE:  That's what we need work on.  That's what

24   we need to work on.

25              "CS:  Yes.
```

 1              "MYRIE:  Give you the money, you buy for both of

 2    us.

 3              "CS:  And I send it.

 4              "MYRIE:  Anyway, anyway you want to send it.

 5    (inaudible)  Is honor, honor (inaudible) honor.

 6              "CS:  Brothers!  Honor!

 7              "MYRIE:  Honor!  The Japanese way.  Honor.

 8              "CS:  Honor.

 9              "MYRIE:  Honor.  Those guys (inaudible) most

10    beautiful (inaudible) in the world.  (inaudible) go inside

11    and use the restroom.  Get some water for me."

12              (Tape stopped.)

13    BY MR. PRESTON:

14    Q    Mr. Johnson, would you describe the Defendant as drunk

15    during this conversation?

16    A    No.

17    Q    Do you feel after listening to that conversation that

18    his speech was slurred in any way?

19    A    Yes.

20    Q    Is that his accent in that regard?

21              MR. MARKUS:  Objection, leading.

22    BY MR. PRESTON:

23    Q    Were you drunk?

24              THE COURT:  Sustained.

25    BY MR. PRESTON:

```
 1   Q     Was your speech slurred in any way?

 2   A     No.

 3   Q     When you say yes to the question about the Defendant's

 4   speech being slurred, was that because of the drinking?

 5             MR. MARKUS:  Objection.

 6             THE COURT:  Sustained.

 7   BY MR. PRESTON:

 8   Q     Was the Defendant drunk?

 9   A     No, sir.

10   Q     Following your July 27th, 2009, meeting, did you have

11   telephone conversations with the Defendant leading to a

12   second meeting with the Defendant?

13   A     Yes, sir.

14   Q     And that second meeting was when?

15   A     August 1st.

16   Q     Did you record conversations -- phone conversations

17   leading to that August 1st meeting?

18   A     Yes.

19   Q     I'm handing you what has been marked as Government R1,

20   R1B, R2, and R2B.  Could you take a look at those and see if

21   you recognize them, please (handing item to the witness).

22   A     Yes, I do recognize them.

23   Q     (Changes overhead exhibit.)  Did you review these

24   telephone conversations recorded on July 30th of '09 at

25   1:21 p.m. and at 9:30 p.m?
```

```
 1   A     Yes, sir.

 2   Q     Did you find them to be accurate?

 3   A     Yes, sir.

 4   Q     Did you review them with the transcripts that were

 5   prepared?

 6   A     Yes.

 7   Q     Did you find the transcripts to be substantially

 8   accurate?

 9   A     Yes.

10         MR. PRESTON:  The United States moves R1, R1B, R2,

11   and R2B into evidence at this time.

12         MR. MARKUS:  No objection; and just for the

13   future, I have no objection to any of the tapes or

14   transcripts.

15         THE COURT:  All right.  Be admitted.

16         (Government Exhibits R1, R1B, R2, and R2B were

17   received in evidence.)

18         MR. PRESTON:  May I publish R1 at this time?

19         THE COURT:  Yes.

20         MR. PRESTON:  And this will be with the aid of

21   R1B, Your Honor.

22         (Tape played as follows:)

23         "CS:  Hello?

24         "MYRIE:  Hey, hola.

25         "CS:  How are you?  Como estas?
```

```
 1                "MYRIE:  Bien, bien y tu.

 2                "CS:  Muy bien amigo.  Muy bien mi hermano.

 3   (laughing)

 4                "MYRIE:  Okay hermano.

 5                "CS:  Oh yeah (inaudible) just...

 6                "MYRIE:  (inaudible)  I'm okay.

 7                "CS:  Confirming the, the luncheon for tomorrow.

 8   That business lunch, tomorrow.

 9                "MYRIE:  Eh but (inaudible) some plans have come

10   up on me this morning.  My kids are flying from Los Angeles

11   tomorrow, twelve (12) o'clock.

12                "CS:  I'm sorry?

13                "MYRIE:  My children are flying in tomorrow from

14   Los Angeles tomorrow at twelve (12) o'clock.

15                "CS:  Oh, okay.

16                "MYRIE:  Now (inaudible) they send me an e-mail

17   but I couldn't retrieve it.

18                "CS:  Uh-huh.

19                "MYRIE:  Yeah, so they call me with that this

20   morning.

21                "CS:  So when you could do it you think?  Whe,

22   when, when we can get together?

23                "MYRIE:  Yeah I'm busy thinking about that right

24   now.  What about Saturday.

25                "CS:  Saturday?
```

1      "MYRIE:  Yeah.

2      "CS:  Sure!  Perfect, perfect (inaudible) be

3  perfect.  Okay?

4      "MYRIE:  How is everything?

5      "CS:  Everything is good,man.  I been busy working

6  on uh, on the boat and uh, not me but, you know, making sure

7  that the things are moving a, along the way I need them to

8  move.  And uh, I'm planning on going to uh, I gotta go to

9  Houston soon but I probably have to go, next week, to Panama

10  for a couple, three (3) days.

11      "MYRIE:  Okay.

12      "CS:  Yep.  So what, what we do then, uh, I gonna

13  make, definitely, arrangements to see you on Saturday.  Some

14  time around noon, twelve (12), one (1) o'clock.

15      "MYRIE:  Yeah.

16      "CS:  What you need to do is take, uh, "I"

17  seventy-five (I-75), north.

18      "MYRIE:  (inaudible)  When I ready I call you.

19      "CS:  Yeah, yeah.  I call you and uh, uh, give you

20  directions.

21      "MYRIE:  (inaudible)

22      "CS:  Alright.  So we, we talk tomorr, tomorrow

23  again or Saturday morning.  Okay?

24      "MYRIE:  Alright.  Bye (inaudible)

25      "CS:  Take care, brother.  Bye-bye.

1          "MYRIE:  Alright."

2          (Tape stopped.)

3          MR. PRESTON:  May I publish R2 with the aid of

4    R2B, Your Honor?

5          THE COURT:  Yes.

6          (Tape played as follows:)

7          "MYRIE:  What's up, boss?

8          "CS:  Hey man, how are you?

9          "MYRIE:  I'm okay.  You back in town?

10         "CS:  No.  I coming back tomorrow.  But this is

11   the thing, I want to tell you.  Uh, I apr, I come tomorrow

12   evening, maybe I call you, if not Saturday, maybe we can

13   have a drink, chat a little but, but, I would like to move,

14   uh, the uh, the, for you to check the uh, uh, the fishing

15   boats and all that.  Until next Wednesday.  You think you

16   can make it Wednesday?

17         "MYRIE:  Next week Wednesday?

18         "CS:  Yeah.  Yeah.

19         "MYRIE:  Yeah mon.

20         "CS:  Alright.  But I call you tomorrow if you

21   (inaudible) if I don't get to town too late maybe we can

22   have a drink.  If not we, we, we do some...

23         "MYRIE:  It's never too late.  How are you?  How's

24   wifie?  Is she okay?  Everybody alright?

25         "CS:  She's great man.  (inaudible) day.  You

1   know, uh, the, you part, now you part of the conversation

2   every single day.  You the, you the, you part, you fit into

3   the family already.  Let's put it that way. (laugh)

4          "MYRIE:  Ahhhh, part of the family.

5          "CS: (laughing) Yeah but (inaudible) you, you,

6   everybody's call and uh, everybody's, is, is, is good and

7   everybody's, uh, happy because I'm around and, uh.  When I

8   travel, the still happy but you know how that goes.  You

9   gotta travel, you gotta work.

10          "MYRIE:  Yes.

11          "CS:  Yeah.  Okay, so you gonna pick up your kids

12   tomorrow, right?

13          "MYRIE:  Yes.  At the airport, twelve thirty

14   (12:30)

15          "CS:  Good, good, good, good.  Alright I call when

16   I, I, tomorrow afternoon sometime when I get in.  Evening,

17   six (6), seven (7) o'clock.

18          "MYRIE:  Alright.

19          "CS:  Alright brother.  Thank you for calling

20   back.  Bye-bye.

21          "MYRIE:  Yeah."

22          (Tape stopped.)

23   BY MR. PRESTON:

24   Q   Mr. Johnson, you indicated that your next face-to-face

25   meeting with the Defendant was when?

```
 1   A      August 1st.

 2   Q      Where did that occur?

 3   A      The Marriott Bay Harbor Hotel in Fort Lauderdale,

 4   Florida.

 5   Q      Was anyone else at that meeting?

 6   A      I'm sorry.

 7   Q      Was anyone else at that meeting?

 8   A      Yes, sir.

 9   Q      Who else?

10   A      A friend of Mr. Myrie.

11   Q      Was drug business discussed during that meeting?

12   A      Yes, sir.

13   Q      Was that meeting recorded?

14   A      Yes, it was.

15   Q      Did you review a recording of that meeting and a clip

16   with portions of the meeting --

17   A      Yes, I did.

18   Q      As well as a transcript --

19   A      Yes, sir.

20   Q      And, again, did you confirm the accuracy of those

21   items?

22   A      Yes, sir.

23   Q      I now hand you items identified as R21, R21B, and R21C.

24   Are those the recordings and transcripts that we just

25   discussed?
```

```
 1   A    Yes, sir.

 2           MR. PRESTON:  At this time, Your Honor, I move

 3   R21, R21B, and R21C into evidence.

 4           THE COURT:  Be admitted.

 5           (Government Exhibits R21, R21B, and R21C were

 6   received in evidence.)

 7           MR. PRESTON:  May I publish R21 with the aid of

 8   R21C, Your Honor?

 9           THE COURT:  Yes.

10           MR. PRESTON:  I'm sorry.  May I publish R21C with

11   the aid of R21B?

12           THE COURT:  Yes.

13           MR. PRESTON:  Thank you, Your Honor.

14           (Tape played as follows:)

15           "CS:  You come Wednesday to see me.  I wanna come,

16   I want, I want you to see the sailboat.

17           "MYRIE:  Yeah.

18           "CS:  And then we can borrow a small boat from

19   somebody, (inaudible) we can go out on, or we can

20   (inaudible) the seafood and all that, and we can have a

21   couple drinks.  But I wanna see, I wanna show you...

22           "MYRIE:  Yeah.

23           "CS:  What's it all about.  It's not just like you

24   and me talking.

25           "MYRIE:  No, I'm gonna...
```

```
1              "CS:  To me, it's important.

2              "MYRIE:  I'm gonna come see you, Papi.

3              "CS:  Okay.

4              "MYRIE:  I told you.  Wednesday, we gotta leave

5     out early.  I gotta fly Thursday to New York."

6              (Tape stopped.)

7     BY MR. PRESTON:

8     Q    So, Mr. Johnson, you indicate there was another person

9     present during this meeting.  Is this person present during

10    this part of the conversation?

11    A    It was there from the beginning.

12    Q    Did he also come and go during parts of the

13    conversation?

14    A    Yes, he did.

15    Q    All right.  Thank you.

16             (Tape played as follows:)

17             "MYRIE:  Thursday, I go to New Your for my show

18    Friday night.

19             "CS:  Already, huh?  Your show is, is on the

20    seventh (7th), no?

21             "MYRIE:  Sixth (6th).

22             "CS:  I thought you told me the seventh (7th).

23             "MYRIE:  I was, I, I mixed up sixth (6th)

24    (inaudible) Madison Square Gardens.

25             "CS:  Now, can I talk a little bit?
```

```
 1              "UNK 1:  Yeah.  You can talk, yeah.

 2              "CS:  Can't I?

 3              "UNK 1:  Yeah, it's okay.

 4              "CS:  Have you discussed with your friends what

 5     about what we can do?  No, when you get a, okay.  But this

 6     is the plan.  When we talk on the plane.  We can do it from

 7     point 'A,' to the point where we came from."

 8              (Tape stopped.)

 9     BY MR. PRESTON:

10     Q    You say "the point where we came from."  Where are you

11     talking about?

12     A    Europe.

13              (Tape played as follows:)

14              "CS:  You know?  Because, uh, uh, dollar is...

15              "MYRIE:  (inaudible) a knock.  (inaudible)

16              "CS:  Yeah, right.

17              "UNK 1:  Did I tell you how much trouble I have

18     trying to change those euros since I got back?

19              "UNK:  What up, Papi?

20              "MYRIE:  (inaudible)  Open to foreign countries.

21     So they give...

22              "CS:  No, is, is, is, is, because...

23              "MYRIE:  Have to send that money to Jamaica, and

24     have them put it into m account little by little, and,

25     hopefully, I can get it back into America.  I mean I can't
```

```
 1  get it back in because...

 2            "CS:  But if you want...

 3            "MYRIE:  Eight (8) weeks.

 4            "CS:  You should told me.  I coulda gave you some

 5  mon.  Coulda put it into a bank for you.  Or you can, you do

 6  a wire transfer to me and I, I, I give you the money here.

 7  You know?

 8            "UNK:  Yeah.

 9            "CS:  You let me know.

10            "UNK 1:  But that's no problem.  When we get

11  (inaudible) we talk.

12            "CS:  Yeah.

13            "UNK 1: yeah.  I need to see.  Like I was telling

14  you officially.

15            "CS:  Thank you.  (to waitress)

16            "MYRIE:  Like I told you.  I have no connection

17  with these guys in Venezuela.  I know the guys in Jamaica

18  because they needed finance.  What I'm saying to you, as the

19  big man, is why can't we buy our shipment, do our shipment?

20            "CS:  No, because I don't.  Listen, you're a

21  singer right?

22            "MYRIE:  Yeah.  Stay sing.

23            "CS:  You love to sing?

24            "MYRIE:  Always.

25            "CS:  Okay, all I do is transport.
```

```
 1                "MYRIE:  Okay.

 2                "CS:  I don't sell.  I don't get in the middle of

 3     the, every, you know why?

 4                "MYRIE:  Yeah.

 5                "CS:  Because it's trouble.  I get fucking

 6     stopped...

 7                "MYRIE:  Yeah.

 8                "CS:  Or I get my guys and, and, then I lose

 9     everything.

10                "MYRIE:  Yeah.

11                "CS:  I can't, I can't.  If you got someone...

12     like I told you in the airplane.

13                "MYRIE:  (inaudible)

14                "CS:  I could go the airplane, uh, uh, American,

15     you can tell me, hey, we do this.  You give me the five

16     hundred (500) kilos and say a thousand (1,000) kilos,

17     whatever you can find, and we do, we do it.  Than I give it

18     to you.  You pay me my transportation and that's it, we

19     finished.  It's better.  What happened to the people in, in

20     Dominican?  I mean, eh, not Dominican but, uh, what you call

21     it? (inaudible)

22                "MYRIE:  St. Martin.

23                "CS:  St. Martin, yeah.

24                "MYRIE:  Like I'm telling you they are not my,

25     they aren't my friends.  (inaudible) because, because the
```

1  guys going to St. Martin, the fools who were supposed to

2  come from, from, from Europe, that didn't come on time.  So

3  the went back to Venezuela.  So they haven't been able to

4  move yet.

5          "CS:  How many kilos they supposed to bring you?

6          "MYRIE:  I think about three thousand (3,000).

7          "CS:  Three thousand (3,000)?

8          "MYRIE:  Yeah.

9          "CS:  I like that!  I like that very much.  Hey...

10          "MYRIE:  Hey listen.

11          "CS:  We meet in Panama if you want.

12          "MYRIE:  Huh?

13          "CS:  You, you come to the, uh, this is what I

14  like to do.  I wanna be clear with you.  If we pick up on

15  the, the sailboat, I can either send it to the sailboat, or

16  I can bring (inaudible) my company.  I told you (inaudible)

17  a big company.  I can bring it from, wherever we pick up,

18  put on the sailboat, bring it here and, where, and bring it

19  to Panama, and put it on, on a container.  With my company

20  name, Frozen Fish.  And we send it to, to Spain.

21          "MYRIE:  (inaudible)

22          "CS:  Huh?

23          "MYRIE:  Cocaina?

24          "CS:  Yeah, cocaina, yeah.

25          "MYRIE:  Do you know what's happening with.  Do

1   you know what's happening in, in that game right now?

2            "CS:  In which?

3            "MYRIE:   In that game.   Do you know what is

4   happening with that?

5            "CS:   In the game?

6            "MYRIE:   Do you know what's happening right now?

7   Lotta snitches.

8            "CS:  The snitches are all over the fucking place.

9   That's why I don't want to talk to you on the phone.   I want

10  to talk you in person.   And then we'll talk about...

11           "MYRIE:   Lot of fucking snitches.   I'm even scared

12  myself.   To be even be discussing this.

13           "CS:  Don't discuss it.   We can go over, since

14  it's better (inaudible) we can talk it over here.   Okay?

15  That's what I'm telling you.

16           "MYRIE:   What I'm saying...

17           "CS:  All I wanna do is show you the sailboat, and

18  we gonna have dinner.   Who's this guy?   Who's this guy?

19           "MYRIE:   He's a friend of mine.   He's a surfer

20  type.

21           "CS:   He's a surfer?

22           "MYRIE:   He's a surfer.

23           "CS:  How are you?

24           "MYRIE:   But he doesn't know what you're about.

25           "CS:  Okay.

1        "MYRIE:  What I'm saying to you is this,
2  (inaudible) in my country I'm an investor who attracts
3  (inaudible).  I am an investor.  Guys wanna make
4  (inaudible).  It's what I do.  Now, you're sending me out to
5  find someone we can meet together, so we can pick up some...
6        "CS:  No, no, no.  You, you, you, you invest your
7  money.
8        "MYRIE:  I'm saying.  I'm saying.  I'm saying, I
9  don't work with, with these cats like that.  Now, you ever
10 had anything, like, (inaudible)  Want to pay for this.  Then
11 go put myself on the line.  These guys, who I don't know,
12 who'll pull through.  But now, my eyes are on them.  I every
13 way.  Okay?  My eyes are them, I'm watching like hawk.  Cuz
14 you wait one (1) case and come to the point of origin.
15 Okay?  And that's not good.  Why do come up from the point
16 of origin?  Evidently, you guy who was supposed to come,
17 kept fucking up!  Evident!
18        "CS:  So, so, so...
19        "MYRIE:  So, what happened in the first (1st)
20 place why this, why you do business like that?  It wasn't,
21 it wasn't secure.  Someone is fucking up, and not pulling
22 their weight.  And it's, it's cost.  Cost to come back and
23 forth.  Cost.  And that's that.  I cannot go to there mon.
24 Cuz I do no know them.  The folks who I know...
25        "CS:  Yeah.

1                  "MYRIE:  Are the folks who I know.  (inaudible)
2    With their folks.

3                  "CS:  Yeah.

4                  "MYRIE:  I've never dealt with their folk before.
5    I recognize that (inaudible) you understand?  If we know
6    (inaudible) have our own connection ourself (inaudible).

7                  "CS:  Yeah.

8                  "MYRIE:  Have our own connection.  Your telling me
9    we, we our a team.  To transport, to buy.

10                 "CS:  But, I, I (inaudible) have the
11   facilitator...

12                 "MYRIE:  The buyer.

13                 "CS:  The buyer, (inaudible) you know.

14                 "MYRIE:  I could check.  Make (inaudible) calls.
15   Met anyone?  Spoke to anyone?

16                 "CS:  Not much.  Some.  But I can go and look,
17   starting Monday and start call, big people.

18                 "MYRIE:  That's it.

19                 "CS:  Yeah, that's, that's...

20                 "MYRIE:  We'll sit down and talk privately.

21                 "CS:  Yes.

22                 "MYRIE:  Three (3) of us.  We can't lose Holmes.
23   (inaudible) come to America.  We stop in London and make
24   that money, right?  Straight.

25                 "CS:  The thing is that I don't know anything

```
 1   about that.
 2           "MYRIE:  She will teach you.  Buy your fucking
 3   thing and know what to look for.  (inaudible)  Go into a
 4   jewelry store and ask him.  When I'm buying diamonds what do
 5   I look for?  We can fly.  We can go to, can go to Morocco.
 6   Or, can go close to the border.  (inaudible)  We're going...
 7           "CS:  From, from Morocco to Marvella.  It's close.
 8           "MYRIE:  Can go to Morocco.  Then, they go and get
 9   it and bring it back to Morocco.  Coming from Morocco to
10   Spain and don't come back here.  I would take from Morocco
11   to London.  I don't want.  Bartering these things are more
12   in London.
13           "CS:  That's, that's the good kind, no?
14           "MYRIE:  What about Spain?
15           "CS:  I don't have it.  I have to do, find
16   something tomorrow or Monday that I can do.  I have to be
17   honest with you, I don't, tell, I can tell you I had, the
18   only...
19           "MYRIE:  And I'm being honest with you.  And
20   that's what I love about you.  You, I don't want,
21   (inaudible) I can't pull a fucking rabbit from my hat.
22           "CS:  No.
23           "MYRIE:  We're not fucking con.
24           "CS:  No.
25           "MYRIE:  Yes?
```

1          "CS:  Yes, absolutely.

2          "MYRIE:  Yes?  So when we go, when we go, we don't

3   go thinking different things.

4          "CS:  No, no, no.

5          "MYRIE:  We are on the same page.

6          "CS:  I, I, I'll tell you yes or no.  Yes, no, in

7   between, let me think about it, maybe, no.  No or yes.

8          "MYRIE:  Okay.  But, um...

9          "CS:  The best thing we can do, before I can do

10  business...

11         "MYRIE:  My friend has been outta the game for

12  quire some time.  And I'd like to introduce him to the

13  conversation.  But he's been out of the game, but, he told

14  me, when I know, the playing game once in his life or twice,

15  but (inaudible)

16         "CS:  Smart man.  Play and leave.  Win and

17  (inaudible) just like, just like roulette.

18         "MYRIE:  (inaudible)  I mean.  He's here with us

19  and I would like to sit him across the board as, as three

20  (3) adults cuz, I'm about making money, straight up.

21         "UNK 2:  Same here."

22  BY MR. PRESTON:

23  Q    Who is the Defendant explaining this process to again

24  at this time?

25  A    To his friends.

```
 1              (Tape played as follows:)

 2              "MYRIE:  So my friend has a transportation.  What

 3    he's saying clearly...

 4              "UNK 2:  Lotta money there to be made.  And if you

 5    can, my friends, yeah, they're moving things from Venezuela

 6    to St. Martin to Europe.  He didn't have the money and I

 7    financed that.  He didn't have the connection with the guys

 8    who are buying it from.  (inaudible) ya understand?"

 9    BY MR. PRESTON:

10    Q    Who's the Defendant explaining this process to again at

11    this time?

12    A    To his friends.

13              (Tape played as follows:)

14              "MYRIE:  I've never done that.  I've always been a

15    investor.  From the old (inaudible).  Fix that vessel, buy

16    an engine.  Give 'em lemme give em ten (10), lemme give 'em

17    five (5).  Inaudible) take that from em.  (inaudible)  Take

18    the cash.

19              "MYRIE:  So my friend here is saying if could have

20    a nice something, come, (inaudible) pick it up and take it

21    to Europe (inaudible) pick it up and take it to Europe

22    (inaudible).  And I trust it.

23              "CS:  But you told me you were waiting for

24    something to come to you.  They may come in.

25              "MYRIE:  Yes.  They, I'm waiting form them to go
```

```
 1   to Europe because (inaudible) about thirteen hundred (1,300)

 2   from me.  From me (inaudible) have thirteen hundred from me.

 3   Yeah?

 4           "CS:  Yep.

 5           "MYRIE:  But that's a different story because I

 6   don't know them.  So they can go and tell me any bullshit.

 7   But, the initially what I'm saying is, if we can organize

 8   our own shit like I been saying from the other day, our own

 9   shit, you, maybe, fine, you get me the connect.  We do the

10   buying.  If you get me the connect we do the buying and you

11   do, all the rest that stuff.  We pick up that shit

12   (inaudible) stuff you bring the money home.

13           "CS:  This is what I, (inaudible) I gonna suggest.

14   If I might.  If you, you, you people, are in the business,

15   right?

16           "MYRIE:  Yeah.

17           "CS:  You tell you people, I have this man, that I

18   can do this business with.  You don't have to tell them

19   nothing.  Tell them they, they put it to me.  They find the

20   kilos either in, in, in Panama, okay?  Or, in, uh, the

21   island you told me.  What's the name?

22           "MYRIE:  St. Martin.

23           "CS:  St. Martin.

24           "MYRIE:  But what I'm saying to you Papi...

25           "CS:  Okay.  You but, then you buy yourself in
```

```
 1   Panama.
 2          "MYRIE:  See, if you can find me someone in Panama
 3   who sells the shit for a reasonable price, (inaudible) I
 4   mean it's like fronted for us, that's like it's yours.  Give
 5   you the money, you buy.  Or we buy.  We come, or we send,
 6   and we buy.  You can stay anywhere you want to stay.
 7          "CS:  How many kilos you think you wanna buy?  So
 8   it's worse how many kilos you think you wanna buy?  So it's
 9   worse because, he, I tell you...
10          "MYRIE:  I know your going far so it's gotta worth
11   it.  It all depends on how much they selling for.  Because
12   (inaudible) so many things.  I know...
13          "CS:  In Panama...
14          "MYRIE:  Invited him in, into a conversation...
15          "CS:  In Panama is about four (4) thousand.
16          "MYRIE:  Listen.  No, no, no, it's not.
17          "CS:  Three (3), thirty (30)...
18          "MYRIE:  It's three (3).
19          "CS:  Yeah, thirty (30), thirty six (36)...
20          "MYRIE:  Before I went to Europe it was three
21   thousand (3,000).
22          "CS:  Okay."
23          (Tape stopped.)
24   BY MR. PRESTON:
25   Q    What did you understand the Defendant to be saying to
```

1  you when he said, "Before I went to Europe, it was 3,000"?

2  What did that represent?

3  A    He's saying before we went to Europe that the price for

4  a kilo was 3,000.

5  Q    Where?

6  A    In Panama.

7            (Tape played as follows:)

8            "MYRIE:  If you are buying in bulk you get two

9  thousand five hundred (2,500).

10            "CS:  Okay.

11            "MYRIE:  If you are buying a poind you get to

12  thirty five hundred (3,500).

13            "CS:  Okay.  Then you need to buy, and then you

14  give it to me, and this, this is the way it's gonna work.

15  Okay so you, uh, you know.  If we pick up, pick it up in, in

16  Panama, okay?  This is.  You buy the bulk you need.  And you

17  need to pay me before we depart, before we take off, one

18  thousand three hundred and fifty dollars ($1,350) per unit.

19  You know why?  The container rental.  Eh, (inaudible) forty

20  (40) foot container, that we need to have frozen seafood in

21  it.  That costs almost two hundred thousand dollars

22  ($200,000).  Okay?

23            "MYRIE:  Yeah.

24            "CS:  And we need to weigh that (inaudible).  You

25  know, eh, (inaudible) I have the connection.  And I have my

```
 1   own company that is, is, the company show.

 2              "UNK 2:  I would love to really start smart.  I'd

 3   love to really start smart.

 4              "CS:  How many you want, eh?  You told me.

 5              "UNK 2:  Yeah.  Let's say.  How much you got?  How

 6   ever many I can (inaudible) transportation.  (inaudible) the

 7   transportation, and the business in Europe.  Yes?  We ain't

 8   touching shit.  (inaudible) some money...

 9              "CS:  Yeah.

10              "UNK 2:  I'm (inaudible) with this.

11              "CS:  Then I give it you there.

12              "MYRIE:  No, no.  We don't want it.  You give it

13   to the contact over there.

14              "CS:  The contact?  But the contact will have to

15   pay me when I get there, my percentage.

16              "MYRIE:  Yeah but (inaudible) this.  I have no

17   contact in Spain.  Like I told you, I never deal,I'm always

18   an investor.  In terms of investing my money.  So...

19              "CS:  What you can.  Can you find a contact in,

20   uh, Spain?  To pay me?

21              "MYRIE:  No.  Can you find a contact in Spain for

22   us to buy over there?

23              "CS:  That's a problem.  I can not do that.

24   Because that's compromise.  You know why?  Li, li, listen...

25              "MYRIE:  I understand your point, (inaudible).
```

1  You, you stay way from the business.  You just do what you

2  do, I understand.

3          "CS:  You see me.  You saw me fly in...

4          "MYRIE:  Yeah.

5          "CS:  The business class openly.

6          "MYRIE:  Yeah.

7          "CS:  No problem.  Okay?  Only because I don't

8  want to get involved in something on the street.  You know

9  what I mean?  If I get on the street, then I'm, I'm opening

10 myself to be in trouble.  You need to have that person there

11 to pick it up from me.  I give you the money to pay the

12 people and the company that receives it over there.  You

13 don't have to give me all the money right away.  I take,

14 the, the, the, the pieces, and you give me some, uh, some

15 money to pay them, hold them happy.  When you finished you

16 give me the rest of the money.  Simple.  I don't want all

17 the money.  I don't want all the money.  I don't want all

18 the, I don't want the pieces.

19         "MYRIE:  What ya think?

20         "UNK 2:  (inaudible) say no.

21         "MYRIE:  (inaudible) ask us still.  My son.  I

22 mean, don't you think it's a little bit too much for each

23 piece?

24         "CS:  What, thirteen fifty (1,350)?  No.  You go

25 into Panama and, uh, you ask around, or you ask any of you

```
 1   friends to check how much they charge in Panama.  Two
 2   thousand dollars ($2,000).
 3              "MYRIE:  And you want, what, give me, how much you
 4   me to pay you, one thousand (1,000) what?"
 5              (Tape stopped.)
 6   BY MR. PRESTON:
 7   Q    You mentioned the price of a kilo of cocaine is $3,000
 8   in Panama.  What would cost 2,000 that you're talking about
 9   here?
10   A    The same kilos.
11   Q    What was -- what did the 1350 represent?
12   A    Thirteen fifty represents the expenses that have to be
13   spent in Panama to be able to ship a container of frozen
14   seafood to Europe with the cocaine hiding inside.
15   Q    Thirteen fifty for what?
16   A    For each kilo.
17   Q    And what did they the figure $2,000 represents when you
18   say, "Ask your friends to check how much they charge in
19   Panama, $2,000"?
20   A    That -- the going rate in Panama was $2,000 per kilo to
21   transport those kilos out of the country in a container, and
22   I was giving him a better price.
23              (Tape played as follows:)
24              "CS:  Three hundred and fifty dollars ($350).
25              "UNK 2:  Per piece.
```

1          "CS:  Let me tell you what, what takes.  I'd

2     rather, I pay, I buy, okay?  Perhaps, thirty five (35) ehhhh

3     to fill up a forty (40), eh, a forty (40) feet long

4     container.  Full of frozen seafood.  That costs me,

5     anywhere, from a hundred and thirty (130) to a hundred and

6     ninety thousand dollars ($190,000).

7          "MYRIE:  You are going to make it back.  You are

8     selling your goods.

9          "CS:  I, yeah.  That, that I can sell.  But I have

10    to put it there.  Or you can take it yourself and, and, and

11    sell it.  I don't want it.

12         "MYRIE:  What, the seafood?

13         "CS:  The seafood.  We can sell, I can keep it.

14    Yes, I can keep it.

15         "MYRIE:  Suppose you have customers in, in, in

16    Spain.

17         "CS: I do.  But I take that when I get there.  In

18    the meantime,I have to buy the, the seafood and ship it over

19    to Spain.  Then, I have to rent the container, and I have to

20    pay, freaking, policemen there.  The customs guys, advana.

21    Okay?  Over there to, to take off.  Don't forget now.  Now

22    they have, and you should know this...

23         "MYRIE:  The scanner.

24         "CS:  The scanner, yes.  I pay for the scanner

25    both ways.

```
 1              "UNK:  Yeah.

 2              "CS:  And that's firm money.  Okay?  And when we

 3     get there, I have to pay the, the, the people in Spain

 4     because I can give them a little bit of money, not all.  But

 5     when you get in you have to case. (inaudible)

 6              "MYRIE:  (inaudible)  How much.  (Inaudible)  The

 7     one, the one.  How much percent they want to do?

 8              "CS:  Where?  I, I, I would charge you twenty five

 9     percent (25%).

10              "MYRIE:  That's that's on top of the (inaudible)?

11              "CS:  Of course, (inaudible) of course.  So if you

12     buy a kilo at three thousand ($3,000), and you put you in

13     thirteen fifty (1,350), okay, now you paying at thirty five

14     (35), four thousand dollars ($4,000).  And you give me

15     twenty five percent...

16              "MYRIE: (inaudible)

17              "CS:  But you know how much you pay, you selling

18     each kilo there?  You know that.

19              "MYRIE:  They say thirty thousand (30,000) Euro.

20     How much wholesale now?"

21              (Tape stopped.)

22     BY MR. PRESTON:

23     Q    Who says what the price is in Europe at that point?

24     A    He does.

25     Q    "He" being the Defendant?
```

```
 1   A     Yes, sir.
 2              (Tape played as follows:)
 3              "CS:  Wholesale thirty thousand (30,000).  Twenty
 4   eight (28), thirty thousand (30.000).  So you sell, let's
 5   say at twenty eight (28).  Or, (inaudible) one (1) number
 6   thirty thousand (30,000).  Out of the, eh, out, out.  Id you
 7   sell a thousand (1,000), give me twenty five percent (25%).
 8   Okay?  For fifty (inaudible), you still gonna sell it for.
 9   I'm giving you the money.  And then when you sell them, you
10   give me the money.  Right?  You sell a thousand kilos.
11   Okay?  At thirty thousand (30,000), how much, eh, money
12   left?
13              "UNK 2:  Three million (3,000,000).
14              "CS:  Three million (3,000,000).  Thirty million
15   (30,000,000).
16              "UNK 2:  Thirty million (30,000,000) I mean.
17              "CS:  Times point, one point four one (1.41).  One
18   dollar and forty one cents ($1.41) each.  How much, now you
19   divide another forty (40) or thirty (30).  We talking fifty
20   million dollars ($50,000,000)...
21              "UNK 2:  (inaudible)  Yeah.
22              "MYRIE:  Sure shot, right?
23              "CS:  Nothing is sure in life.  We could be, eh,
24   struck by, by lightning while the sun is out.
25              "UNK 2: (laughing).
```

```
 1          "CS:  You know that.  But yes.  Because my
 2  company.  You can go, on the internet.  You can have
 3  anybody, okay?  To check and have the companies.  Check it,
 4  with the score.  The license to import in, to the Union,
 5  European Union.  Okay.  Now nobody has that.  I have that.
 6  That's where I make my money.  And I have my money only by
 7  going back and forth, okay?  And I don't want to go crazy,
 8  but, doing, selling this, selling that.  No I don't.  Cuz
 9  that's not the type of business I do.  I'm too old for that.
10          "MYRIE:  Yeah.
11          "CS:  Notta old.  But I have to be on, on the case
12  I show my (inaudible).  I cannot be selling.
13          "MYRIE:  That is why I tell you I cannot be in the
14  field negotiating on (inaudible) the people...
15          "CS:  No, you gotta pro-keep it.  You gotta put
16  your own people.  I know, I know what you saying.
17          "MYRIE:  They know.  In this age and in this time
18  it's hard for me to find people to trust like that.  It's
19  very hard.  We are talking about money of high value.
20  Trust.
21          "CS:  Too, too many friends for the money.
22  (inaudible)  I can do it but it won't take the money, right?
23  (laughing).
24          "MYRIE:  Trust comes (inaudible) blood.  We are
25  talking about money of high value.  (inaudible) you know?  I
```

1   don't want to fuck around that shit.  I told you man.

2   Diamonds are king now.

3            "CS:  I don't have (inaudible) diamonds.

4            "MYRIE:  Huh?

5            "CS:  I told you that on the plane.  You told me

6   you, you told me that you have, have the people, and I can

7   do the cocaine.

8            "UNK 2:  Yeah son.

9            "CS:  This, this, is what we do.  You come, I

10  want, I want you to see my boat.  Because my boat is gonna

11  give you a better, clear position where I am.  I have a boat

12  here.  Listen to me, listen to me for a second.  So.  The

13  Pacific.  I don't want to tell you where it's from, but it's

14  not raised here in the Atlantic.  It's raised in the

15  Pacific.  Just by coming across, okay?  From the Pacific to

16  the Atlantic, that costs fifty six thousand dollars

17  ($56,000).  To the Pana, the Panama Canal.  You hear me?

18            "MYRIE:  Mijo, fluent?

19            "CS:  No, no, no I pay.

20            "MYRIE:  Fee, the fee.

21            "CS:  The fee.  (inaudible)  Any boat that comes

22  through the Panama Canal have to pay a fee.  Pay, by weight.

23  Goes from anything into, eh, the boat we saw a little bit

24  ago, they pay ninety six thousand dollars ($96,000), or a

25  hundred and twenty (120) or a hundred and fifty thousand

```
 1   dollars ($150,000).  And there's, eh, like ninety, eh, eh,
 2   eh, nine hundred (900) boats come in there a month.
 3              "UNK 2:  Yeah, yeah, (inaudible).
 4              "CS:  My boat is based in the Pacific.
 5              "UNK 2:  It's a chance.  In a sense.  Papa is
 6   saying whatever he does (inaudible).
 7              "CS:  (inaudible)  Stones.  She is ready to take
 8   it off whenever you ask her.
 9              "MYRIE:  What?
10              "UNK 2:  (inaudible)  The one (1) right there.
11              "MYRIE:  The dirtiest one (1).  What he's saying
12   is, (inaudible), yeah?  (inaudible), yeah?  Can make some
13   phone call.  Doin' (inaudible) on the phone.
14              "UNK 2:  That's it.  Like that (inaudible)
15              "MYRIE:  Understand?  See mon I have a go home.
16   Have to go to Jamaica and time some people, yeah.  Cuz...
17              "UNK 2:  (inaudible).
18              "MYRIE:  Heh?
19              "UNK 2:  (inaudible).
20              "MYRIE:  Can we git it in England?
21              "CS:  Hard.
22              "MYRIE:  Chance for some speed...
23              "CS:  Only if you have someone to receive it in
24   England.  I'd rather put it to, eh, Spain and you take it
25   from there.  These, these, these people have control.
```

1   Because if I tell you I can, you have a company in England

2   that can receive it, I have a company in Spain.  And then

3   when I get it to Spain you take you time, you take six (6)

4   months and take it one (1) by one (1) by.  Not by one (1)

5   but ...

6           "UNK 2:  Little by little.

7           "CS:  Little bit, little by little.  And you won't

8   lose anything.  Instead of taking it all one (1) shot and

9   lose it all.  You never know what's gonna happen.  This is

10  my business.  I, this, this is a business of brains.

11          "UNK 2: (inaudible).

12          "CS:  Huh?  Right?

13          "MYRIE:  (inaudible)  This thing is so fucking set

14  I cannot see, you know?  But I wanna test it though.  Before

15  I jump into the water like a fool.  Cuz listen.  Like I told

16  you, I'm not lying to you.  I don't, I don't do that shit.

17  I am the best in terms of, I, I stay on the outside...

18          "UNK 2:  Yeah.

19          "MYRIE:  Excuse me.  But if I'm gonna do this one,

20  put my money up front, I want to test it.  How much do you

21  think is a good number (inaudible) to test the shipment?

22          "CS:  Five hundred (500).

23          "MYRIE:  We are talking about five million

24  ($5,000,000) U.S. dollars.  Support (inaudible) with you.

25          "CS:  That's what you gonna make.

```
 1              "MYRIE:  No.  That's not what I'm gonna make,
 2  (inaudible) costs.  They're spending, we're spending...
 3              "CS:  No, if you buy, if you buy...
 4              "MYRIE:  Four...
 5              "UNK 2:  (inaudible).
 6              "CS:  This is a, this is a big game.  This is not,
 7  this is not...
 8              "MYRIE:  That's what I'm saying.  That's what I'm
 9  saying homie.  (inaudible)
10              "CS:  How many?
11              "MYRIE:  This about two hundred (200) boss.
12  (inaudible).
13              "CS:  Two hundred (200)?
14              "MYRIE:  Cuz listen.  Let me tell you this
15  straight up.  I'm not hungry.  I don't think my friend over
16  there is hungry either.  So if we do two hundred (200) we
17  can afford to reinvest out money...
18              "CS:  But...
19              "MYRIE:  In, into getting more.
20              "CS:  But you have someone there when I arrive.
21              "MYRIE:  To take it?
22              "CS:  To take it?
23              "MYRIE:  No, we don't.
24              "CS:  I don't have it.
25              "MYRIE:  Okay.  So now you give me extra work.
```

```
 1   Okay?  So now...
 2             "CS:  No, I don't give you extra work.  I can tell
 3   you I can promise you nothing.  I, I don't have it.
 4             "MYRIE:  No, no, no, no.  And that's honest.
 5   That's honest sir.
 6             "UNK 2:  Damn!
 7             "MYRIE:  Breasts are too large.  (inaudible).
 8             "CS:  (laughing).
 9             "MYRIE:  (inaudible)  Breasts too large.  And,
10   son.  And I, I respect that.  But (inaudible) that does to
11   me is put me out there also.  Cuz then I've gotta call
12   someone to find out...
13             "UNK 2:  What time, yeah.
14             "MYRIE:  Yeah son.  And I didn't want to do that.
15   I didn't ever want to do that.
16             "CS:  Okay this is the deal.  This is the deal.  I
17   sell it for you if you, if you have me cash money.  To pay
18   the company over there in Spain.
19             "MYRIE:  How much cash money you need?
20             "CS:  Depends on how many you want to sell.
21             "MYRIE: You said two hundred (200).
22             "CS:  You said two hundred (200).  I don't need.
23   I don't know.  I gotta figure out.  (inaudible).  Two
24   hundred (200) is, is not too many.  Is not too much and I
25   take a little bit of money just to pay the (inaudible).
```

```
 1              "UNK:  Papa.  It's not about too many.

 2              "CS:  No...

 3              "MYRIE:  Do you believe in growth?

 4              "CS:  (inaudible)  Wanna grow, grow up.

 5              "MYRIE:  So let me start small and grow.

 6              "CS:  No problem.  No problem.

 7              "MYRIE:  I've got, cuz I've got faith, yeah.  If

 8  we can do the two hundred (200) a month, two hundred (200)

 9  for the first (1st) time (inaudible) and invest by that

10  money then.

11              "CS:  Okay, okay.  Listen to me.

12              "MYRIE:  Invest by that two hundred (200) money,

13  and (inaudible) our shit that's different.  But I can't be

14  running out there with five hundred (500) first (1st) time.

15  It's not easy like that anymore.  I've fifteen (15) kids.

16  I've gotta use my head.  To lose and to, to gain is

17  something I've gotta balance.  Rationalize and balance.

18              "CS:  Let me ask you this.  If we do this, okay?

19  Two hundred (200)...

20              "MYRIE:  You're not doing anything for me either.

21  We do it together.  Or, or so we know.

22              "CS:  No, no, no.  We don't want to do it

23  together.  But, I can't, I, I, I have to find out a way to

24  pay, the.  We need to have the meeting with the people, to

25  pay to them first (1st).  And then we can find the people to
```

```
 1  sell it.  That, in the meantime we gotta find, oh, by the
 2  way, I was going to say this.  It takes twenty six (26) day.
 3            "MYRIE:  It doesn't fucking matter.
 4            "CS:  Together.
 5            "UNK 2:  You're not saying any, you're not saying
 6  anything (inaudible).  What I need you to tell me is that
 7  two hundred (200) is good and we can do it.  And we can end
 8  with it and we can find a fucking buyer.  Cuz that's the
 9  important because two hundred thousand (200,000), two (2)
10  four's (4's) what?
11            "CS:  (inaudible).
12            "MYRIE:  Yeah.
13            "CS:  What?
14            "UNK 2:  (inaudible) idea.
15            "MYRIE:  It's, what, eight hundred thousand
16  dollars ($800,000)?
17            "CS:  That I can do.
18            "MYRIE:  It's two hundred (200) fucking keys is
19  eight hundred thousand dollars ($800,000) right?  That's one
20  thousand, three hundred (1,300) for you.
21            "CS:  Huh.
22            "UNK 2:  (inaudible) or what?  Two million
23  (2,000,000)?  Two million three hundred thousand (2,300,000)
24            "CS:  I don't have my numbers right now but I
25  feel...
```

```
 1            "UNK 2:  No, no, no, no let's talk.  Man a man run
 2  the world.  As long as it never stops.
 3            "MYRIE:  (inaudible).
 4            "CS:  Okay, this is what I do.  If you do that,
 5  you need to find a way to help me with the (inaudible) of
 6  the money.
 7            "MYRIE:  Listen.
 8            "CS:  Please.  If you want to sent it to England I
 9  send...
10            ""MYRIE:  Listen.  Papi.  Settled on two hundred
11  (200).  Give you thirty (30).
12            "CS:  Thirty, no.  No (inaudible).  You give me
13  sixty.
14            "MYRIE:  Sixty percent (60%)?
15            "CS:  Thirty percent (30%).  Thirty five percent
16  (35%).  I don't want, I don't want thirty (30).  I want an
17  even thirty five percent (35%), (inaudible) you my friend.
18  I told you already.  Leave me thirty percent (30%), and it's
19  two (2) times three (3), is sixty (60).
20            "MYRIE:  Okay, you right.
21            "CS:  It's not fifty.
22            "MYRIE:  (inaudible) thirty percent (30%).  Thirty
23  five percent (35%).  I want an even thirty five percent
24  (35%), (inaudible) you my friend.  I told you already.
25  Leave me thirty percent (30%), and it's two (2) times three
```

1 (3), is sixty (60).

2          "MYRIE:  Okay, you right.

3          "CS:  It's not fifty.

4          "MYRIE:  (inaudible) thirty percent (30%).  Or

5 twenty percent (20%).  How much, what's twenty five percent

6 (25%)?

7          "CS:  Okay.

8          "MYRIE:  You do twenty five percent (25%).  Twenty

9 five percent (25%)?  That's (inaudible).

10          "CS:  Twenty five percent (25%) on, on two hundred

11 (200) is, uh, fifty (50.

12          "MYRIE:  So, you saying two hundred (200) I will

13 give you fifty (50) of it.

14          "CS:  Right.

15          "MYRIE:  Huh?

16          "CS:  You confused...

17          "MYRIE:  We split everything half, uh, now.  Down

18 the middle.  Al expenses, everything.  You, at the end of

19 the day you getting fifty (50) fucking keys.  (inaudible)

20 pay me money for.

21          "CS:  No, no, no you got in wrong.  I'm the

22 transporter.

23          "MYRIE:  Yeah but come on Papi.  Transporter you

24 getting fifty (50) keys.  And you getting paid to

25 transport...

```
 1           "CS:  No, no because you don't understand.  I have
 2  to pay the people the, I have to pay the people in Panama.
 3  You wanna come through?  I can pay..."
 4           (Tape stopped.)
 5  BY MR. PRESTON:
 6  Q    Let's talk about the money and what you're being paid
 7  with the 50 keys and you say you don't understand.  What are
 8  you explaining to the Defendant here?
 9  A    The percentage we're talking about.
10  Q    In addition to what you'd be paid for transporting, do
11  you have other costs that you're relating to him?
12  A    To pay the people at the other end in Europe.
13           (Tape played as follows:)
14           "MYRIE:  So, so let me ask you a question...
15           "CS:  Hold on, hold on, wait, wait, (inaudible)
16  pay...
17           "MYRIE:  No, no, we're working.  Working together.
18  We split everything across the board...
19           "CS:  No, I don't want, I cannot be a part.
20  Cannot be a part of it because I have someone that I have to
21  pay to have you in Panama.  And have someone I have to pay,
22  partners to pay.
23           "MYRIE:  No, no, no, alright.  Listen to me.  What
24  I'm saying, not partner in that sense.  So, you gotta pay
25  him in Panama.  And his money is like thirty, forty thousand
```

```
 1  ($30/$40,000)."

 2          THE COURT:  Stop the tape just a minute.  Stop the

 3  tape just a minute.  How much longer is this one?

 4          MR. PRESTON:  Fifteen to 20 minutes, Your Honor.

 5          THE COURT:  All right.  Well, it's time to take a

 6  break.  When you find a convenient stopping place, let's

 7  take a break.

 8          MR. PRESTON:  (Nods head.)

 9          THE COURT:  Is that good?  I said when you find a

10  convenient stopping place, we'll take a break.

11          MR. PRESTON:  We just stopped, Your Honor.  It

12  would be convenient.  Thank you.

13          THE COURT:  Let's take a 15-minute break.

14          COURT SECURITY OFFICER:  All rise.

15          (The jury exited the courtroom.)

16          THE COURT:  Approach the bench, please.

17          Some of the jurors were complaining that some

18  photographers out on the sidewalk are trying to take their

19  picture coming into the courthouse.  I don't know how they

20  know who the jurors are.  They were asking to see the jurors

21  during jury selection down in the overflow room, and I told

22  them we purposely don't have cameras pointing at the jury

23  box.  So, I told them that we won't aim the cameras at the

24  jury box.

25          I told Frank for lunch we can take the jurors down
```

```
 1   the judge's elevator, not the parking garage, so they don't
 2   go down the front.  They've still got to go down sometime,
 3   and apparently there's a lot of stuff on the Internet, so
 4   I'm concerned about the exhibits coming in, getting on the
 5   Internet if the media gets a copy.
 6           So, if you have exhibits that you don't want out
 7   there on the Internet, you need to let me know so I can put
 8   them under seal or something.  I'm still trying to figure
 9   out about that house issue.  I was inclined to let you use
10   it; but if it's going to show up on the Internet or
11   something, that's another reason not to let it in evidence.
12   So --
13           MR. MARKUS:  I have no problem with it under seal,
14   Judge.
15           THE COURT:  Well, anything you guys want to be
16   careful about, you need to let me know in advance so we can
17   enter it under seal.
18           MR. PRESTON:  I can tell you that the videos I
19   wouldn't -- it's -- it's a conundrum, because they're public
20   records once they're introduced into evidence, Your Honor;
21   but as the Court expressed, there is a concern about the
22   videos being all over the world, too.
23           MR. MARKUS:  We can wait till -- I think we can
24   bring this up after trial.  We can sort of keep all the
25   exhibits with the Court, and then maybe we can reach an
```

1    agreement with the Court about what to do with them after

2    the trial; but maybe the safest course is to hold them with

3    the Court under seal until the end of the case.

4          THE COURT:  Well, exhibits that are not sensitive

5    I'm just about going to let it be in the public record, like

6    these transcripts; but the videos, I think, would be harmful

7    to both Mr. Banton and Mr. Johnson.  So, the videos -- why

8    don't we enter under seal?  And I will let you use the

9    picture of the house if you can establish that he bought the

10   house with money that he got from law enforcement and not

11   from prior money or other money, but it will be under seal.

12         MR. MARKUS:  Judge, as for jurors being

13   photographed, I think they're photographing everybody coming

14   into the courthouse.  I don't think they're trying to pick

15   on the jurors, because I saw them and they have a camera on

16   the front door.

17         Maybe we can tell the jurors they're filming

18   everybody so they're not concerned that their faces are

19   going to pop up.  I agree with you there's no way they'd

20   know who the jurors are.

21         THE COURT:  Unless they come in here and get a

22   look at the jurors and then match them up to the

23   photographs.

24         MR. MARKUS:  Yeah.  I don't think I've seen the

25   video guy in here, but I don't know.

```
 1          MR. PRESTON:  I think one of the concerns,

 2   Your Honor, is there's typical news cameras that are on

 3   tripods or whatever, but there was also a gentleman out

 4   there this morning who didn't look like a member of the

 5   press necessarily who had a handheld video recorder, and he

 6   was in -- at least he filmed me coming in.

 7          THE COURT:  I think there's an independent guy

 8   here that's causing most of the problems.

 9          MR. PRESTON:  The back-door issue of leaving may

10   solve that problem.

11          THE COURT:  Okay.

12          MR. PRESTON:  Thank you, Your Honor.

13          MR. MARKUS:  Thank you, Your Honor.

14          (Recess from 10:38 a.m. until 11:00 a.m.)

15          (The jury entered the courtroom and was seated.)

16          THE COURT:  You may proceed.

17          MR. PRESTON:  Your Honor, we'll just pick up where

18   we left off, please.

19          (Tape played as follows:)

20          "CS:  But think about all that.  Okay?

21          "MYRIE:  So, so say the guy in, in fucking Spain

22   need two hundred thousand (200,000).  We split three (3)

23   ways among us and pay him three hundred thousand.  We still

24   have three hundred (300) keys.  So we, we have a hundred, I

25   thought we give you your fifty (50),  we have a hundred
```

```
 1  (100,  (inaudible)...
 2           "CS:  I see where you coming from.  I see where
 3  you coming from.  I can't do it.  Hey, I will not fucking
 4  tell you wait a minute, let me think about it.  We, we do
 5  the numbers, when the time comes...
 6           "MYRIE:  (inaudible)  The boat.
 7           "CS:  No, well, uh, the boat.
 8           "MYRIE:  We sit down and do numbers on the boat.
 9           "CS:  Okay, no problem.
10           "MYRIE:  I still need a constant...
11           "CS:  If you get ready, if you get.  Listen to me.
12  The best time is right now, okay?  Only because of winter
13  comes the delay of the summer and (inaudible) come.
14           "MYRIE:  Listen.
15           "CS:  And things slow down.
16           "MYRIE:  Listen.
17           "CS:  When you...
18           "MYRIE:  We gotta connect.  We gotta connect.
19           "CS:  We gotta connect.
20           "MYRIE:  I don't wanna rush.  I don't wanna rush.
21           "CS:  If not we do it...
22           "MYRIE:  Cuz this things gonna take a lot, a lot
23  of collateral.
24           "CS:  Yeah.
25           "UNK 2:  Yeah.
```

1      "MYRIE:  First (1st) and foremost two hundred
2  (200) keys at three thousand dollars ($3,000),  six hundred
3  (600) thousand.

4      "CS:  Alright.

5      "MYRIE:  Okay?

6      "CS:  Alright.  But if you could find someone to
7  buy and to help us sell some of that over there that I keep,
8  I can keep the, some keys it's good.

9      "MYRIE:  To sell?

10      "CS:  To sell.

11      "MYRIE:  I cannot find no one.  Literally, tell
12  you that one (1) more time too.

13      "CS:  Then don't, don't worry about.  I'll, I'll,
14  I'll gonna, I'll gonna tell, talk to people, and then...

15      "UNK 2: (inaudible)  Enough people.  (inaudible)
16  America, (inaudible).

17      "CS:  Let's see what, what happens when we get
18  there.  Right now, we making sense.  At least we getting
19  somewhere.

20      "MYRIE:  See my fiend over here?  If he sees us.
21  Cuz, I mean,I'm about making money.

22      "UNK 2:  Yeah.

23      "MYRIE:  Right?  But I can't be making bad
24  business decision...

25      "UNK 2:  No.

```
 1              "MYRIE:  That's gonna cost me more than, that
 2  (inaudible)  What I know.  Cuz, frankly, two hundred
 3  thousand (200,000) go to Africa and (inaudible) some
 4  diamonds.  Right over the (Inaudible) make four or five
 5  million dollars ($4 or $5,000,000).  Okay?  My fucking
 6  diamonds.  So I can't be thinking, I mean, on my life, the
 7  comfort level invested.  The guy want his boat to go
 8  somewhere and (inaudible),  and I tell him what I want, my
 9  interest.  Go ahead.  Ain't got no matches?
10              "CS:  Hello?  (inaudible-Spanish)
11              "UNK 2:  Go inside?
12              "MYRIE:  Yeah.  Let's go inside.  We won't have
13  this conversation inside.  That's why I'm trying..."
14              (Tape stopped.)
15  BY MR. PRESTON:
16  Q    A moment ago your phone rang; correct?
17  A    Yes, sir.
18  Q    And you took that phone call?
19  A    Yes, I did.
20  Q    Was that the part of another ongoing investigation?
21  A    No.
22  Q    Thank you.
23              (Tape played as follows:)
24              "MYRIE:  Yeah.  Let's go inside.  We won't have
25  this conversation inside.  That's why I'm trying...
```

```
 1              "CS:  We no finish.  We finish.

 2              "MYRIE:  Yeah.

 3              "CS:  We talk, we, we talk...

 4              "MYRIE:  You know me.  I'm trying to talk...

 5              "CS:  I know.

 6              "MYRIE:  The wind takes my advice and go with it.

 7  I'm not going to talk so...

 8              "CS:  No.  We no, no we finish.  We gonna go...

 9              "MYRIE:  And we can't smoke inside, eh?

10              (Non-transcribed conversation)

11              "MYRIE:  Listen.  I want to do a legitimate

12  business.  I want you to introduce to that seafood business,

13  yeah.  Legitimate.

14              "CS:  That's true.  Ahh, yeah, you told me!

15              "MYRIE:  Legitimately.  Beside this cocaina

16  bullshit we're talking about cuz I, I'm never going to jail.

17  I'll tell you that straight up.  I'm a never going to get

18  mixed up in anything.  Cuz what I do, is what I do.  I am

19  the best.  I stay on the outside, yeah?  If I can't find

20  people to, to do what I wanna do, and we pull work other

21  key, silently.  Cuz I'm a very cool guy.  You never even

22  call your the phone in the night disturbin' you peace.  I'm

23  not like that.  I'm not hungry.  Yeah?

24              "CS:  (inaudible).

25              "MYRIE:  I'm not desperate either!
```

```
 1            "CS:  I understand you.  And I respect you so
 2    much.  You don't know how much I respect you.  You have no
 3    idea...
 4            "MYRIE:  Who we're working together.  I, I mean,
 5    hey, things are not the greatest of things with me right
 6    now.  So for me to make irrational decisions and poorful
 7    decisions gonna take me some time.  Okay?  Worst is August.
 8    Is back to school.  You got kids man?
 9            "CS:  Yes.
10            "MYRIE:  When August comes around it's back to
11    fucking school.
12            "CS:  Yeah.
13            "MYRIE:  I could sell this shit if I gotta buyer,
14    right now.  I sell it.  There's a buyer right now.
15            "CS:  Yeah.
16            "MYRIE:  And if I don't have anyone in Spain to
17    sell my shit, what the fuck am I do, doing?  And if you
18    can't help me what the fuck am I doing?  I'm gonna buy this
19    money this thing with all this money...
20            "CS:  You got me...
21            "MYRIE:  And have to sell it now...
22            "CS:  You got.  I, I am with you now.  Now you
23    have made some of this stuff clear.  We needed to have this
24    conversation, you know that.
25            "MYRIE:  Well, you see, Papi, listen I...  May I
```

1   borrow your lighter?

2           "CS:  Thank you.

3           "MYRIE:  Takes eight (8) hours for you to get a

4   full sleep.  Eight (8) hours a day to get a full rest.  We

5   spoke for eight (80 hours.  Either we were dreamin or we

6   were having a heart to heart conversation.

7           "CS:  (laughing).

8           "MYRIE:  Now...

9           "CS:  We spoke for eight (8) hours and we drank

10  for eight (8) hours.  We were drinking for eight (80 hours.

11          "MYRIE:  There was a miscon (inaudible),  a

12  misperception, Junior, conversation.  We need to clear that

13  up, here, right now.  Cuz like I'm saying to you, word has

14  been out.  Yes?  Are you ready?  Gotta go soon.

15          "CS:  No, no, no.  I lookin' at the watch because

16  my wife called me.  I want to see what time she call me.  By

17  the time I get home I, I, I wanna tell her, you know, the

18  things (inaudible).  See, because, people are because.

19  Don't worry.  I hang out here with you for the night.

20          "MYRIE:  (inaudible)  Night, back at the house?

21  When am I going to meet the family?

22          "CS:  Soon, man, soon.

23          "MYRIE:  Good.

24          "CS:  But I like what you telling me.  It makes

25  sense now.  Because you have, now, make me change the way I

```
 1    thinking.  And I understand where you coming from.  You, you

 2    wanna be, not the, the people, the guy's who gonna go and

 3    look for people.  You wanna be the investor, I know that.

 4            "MYRIE:  (inaudible).  I'm in the, fucking, I stay

 5    in the trenches boss.

 6            "CS:  Yes.  Yes.

 7            "MYRIE:  I'm a low profile guy.

 8            "CS:  Absolutely.

 9            "MYRIE:  Never raise my hand, never wave to my

10    jewelry.  I like watches.  It's the only thing I like.

11    Watches, good watches.

12            "CS:  I, I, I (inaudible) cuz this is nice.

13    (inaudible).

14            "MYRIE:  (inaudible).

15            "CS:  Absolutely!

16            "MYRIE:  So, what I'm saying to you...

17            "CS:  I like that.

18            "MYRIE:  You don't wanna go (inaudible) is to

19    register.  (inaudible) I can do this (inaudible) do that.

20    (inaudible) I want to start small (inaudible).

21            (Non-transcribed conversation)

22            "MYRIE:  We're going to do something papa.  I'm,

23    I'm not asking for you to look out for me like a father,

24    just open your eyes.

25            "CS:  Brother, when you come to me Wednesday, I
```

```
 1    only want you to see the equipment that I have.

 2              "MYRIE:  (laughing)

 3              "CS:  (inaudible)  If I had (inaudible) in

 4    Suriname it's cheaper in Panama right now.  Suriname is

 5    (inaudible) my sit.  (inaudible) eighteen hundred dollars

 6    ($1,800).

 7              "CS:  Suriname for fifteen (15),  eighteen hundred

 8    dollars ($1,800).

 9              "MYRIE:  Yeah.  We can go to Columbia and buy 'em

10    (inaudible) for like...

11              "CS:  Can they...

12              "MYRIE:  Dirt cheap.

13              "CS:  Can they bring it up to me if I put my boat

14    in Suriname.

15              "MYRIE:  I don't know.

16              "CS:  You'll have to find that out.

17              "MYRIE:  The guy who's up in Suriname has been

18    playing soccer in London.

19              "CS:  Okay.  Take you time like you say.  No rush.

20    Don't rush but (inaudible)

21              "MYRIE:  (inaudible)  Understand?

22              "CS:  Yes.

23              "MYRIE:  So let me ask a question.

24              "UNK 2:  (inaudible)

25              "MYRIE:  Huh?
```

```
 1              "UNK 2:  (inaudible)

 2              "MYRIE:  By?  (inaudible)  To come to America.

 3  (inaudible).

 4              "CS:  How many?  Two hundred (200)?

 5              "MYRIE:  Yeah.

 6              "CS:  Two hundred (200)?

 7              "MYRIE:  (inaudible) less money.  Less money.  How

 8  much is it cost (inaudible),  twenty nine (29)?  Twenty

 9  (20).

10              "UNK 2:  Depends on how long.

11              "MYRIE:  What?

12              "UNK 2:  Depending on where it go.

13              "MYRIE:  How much is it (inaudible) Papi?

14              "CS:  Over here, eh, one (1) piece...

15              "UNK 2:  Right here in Miami.

16              "CS:  One (1) piece, one (1) piece is, Miami?

17              "UNK 2:  Yes.

18              "CS:  Twenty (20)...

19              "MYRIE:  (inaudible)  Twenty eight (28)?

20              "CS:  Twenty eight (28).

21              "UNK 2:  Right now?

22              "CS:  Thirty (30).

23              "UNK 2:  No.

24              "CS:  How many, how much?

25              "UNK 2:  Eighteen -- twenty (18-20).
```

1              "CS:  Really?

2              "UNK 2:  Yeah.  Check it.  Eighteen -- twenty

3     (18-20).

4              "CS:  (inaudible) but I don't think so.

5              "UNK 2:  Twenty two (22 (inaudible)  Miami?  Check

6     it.

7              "CS:  If you buy one (1) piece.

8              "UNK 2:  One (1) piece.  Between eighteen (18) and

9     twenty two (22).   New York...

10             "CS:  I don't sell what I can't...

11             "UNK 2:  New York twenty five (25).  Twenty

12    two-twenty five (22-25).  Check it.

13             "CS:  That's (inaudible) money.

14             "CS:  (inaudible)

15             "MYRIE:  That's a waste of time.

16             "CS:  Money's over there.

17             "MYRIE:  For the fucking penalty?  For the

18    penalty?

19             "UNK 2:  That's a waste of time.

20             "CS:  Yeah but...

21             "MYRIE:  Never, fucking, invest my money into

22    (inaudible) for that shit.  (inaudible)

23             "UNK 2:  Don't make sense.

24             "MYRIE:  Hey it's tough times.  Let me... (glass

25    breaking.)"

```
 1  BY MR. PRESTON:

 2  Q    Mr. Johnson, during your conversation, at one point the

 3  Defendant says, "The decision's going to take me some time,"

 4  and you later say, "Take your time, like you say.  No rush.

 5  No rush."  When was your next face-to-face meeting with the

 6  Defendant Myrie?

 7  A    It was in December of 2009.

 8  Q    Did you communicate with him between August and

 9  December?

10  A    Yes, I did.

11  Q    What did you understand he was doing between August of

12  '09 and December of 2009?

13  A    He said he was doing his business, his singing tours.

14  Q    Sorry.  What was that last word?

15  A    He was on his tours, singing.

16  Q    Tours?

17  A    Tours, yes.

18  Q    How did you maintain contact with the Defendant?

19  A    Over the phone.

20  Q    Did you make recordings of telephone conversations?

21  A    Yes, I did.

22  Q    Were those recordings transcribed?

23  A    Yes, they were.

24  Q    Did you review them in the same process we've

25  discussed?
```

```
 1   A     Yes, sir.
 2             MR. PRESTON:  Your Honor, the Government moves
 3   Government's Exhibits R3 and R3B, a recording and transcript
 4   from August 4th, 2009, at 7:33 p.m. into evidence at this
 5   time.
 6             (Government Exhibits R3 and R3B were received in
 7   evidence.)
 8             MR. PRESTON:  May we publish them?
 9             THE COURT:  Yes.
10             (Tape played as follows:)
11             "CS:  Hello.
12             "MYRIE:  Hello.
13             "CS:  Hello, hello.
14             "MYRIE:  Hey, what's up man?
15             "CS:  It's me man, how are you?
16             "MYRIE:  I'm all right but you're gonna have to
17   call me back, please I need to get some rest.  Bye.
18             "CS:  I will call you back, see you later.  Bye."
19             MR. PRESTON:  Government moves Government's
20   Exhibit R4, and R4B, a recording and transcript from
21   August 4, 2009, 7:04 p.m.
22             (Government Exhibits R4 and R4B were received in
23   evidence.)
24             (Tape played as follows:)
25             "CS:  (inaudible) food is on the table.  The boat
```

```
 1   is ready...

 2           "MYRIE:  Hello?

 3           "CS:  Hello, can you hear me?

 4           "MYRIE:  Yeah.

 5           "CS:  How are you brother?

 6           "MYRIE:  How are you, man?  I've been so busy man.

 7   I been taking care of (inaudible) stuff.  I keep leaving my

 8   phone at the house.

 9           "CS:  That's okay.  That's okay.  Hey, you the

10   busy one.  I just, I just set up the appointment for you...

11           "MYRIE:  I don't think I can make it up there,

12   boss.

13           "CS:  You coming?

14           "MYRIE:  I don't think I'm going to (inaudible).

15   I don't think I'm gonna make it up there, Junior, cuz I

16   gotta catch a flight later this evening.

17           "CS:  Oh, okay.  Okay, I hear you.

18           "MYRIE:  Right.  I gonna meet my band and do some

19   rehearsals up in New York.

20           "CS:  I understand, I understand...

21           "MYRIE:  You keep in touch, alright?

22           "CS"  We'll keep in touch.  You let me know when

23   you, you, when you get back.

24           "MYRIE:  Alright.

25           "CS:  I'll see you later.
```

```
 1              "MYRIE:  Alright (inaudible)

 2              "CS:  Alright, bye."

 3              (Tape concluded.)

 4              MR. PRESTON:  Next I would like to admit and

 5     publish, Your Honor, R5 and R5B, a recording and transcript

 6     from August 24, 2009, 12 -- 10:27 p.m.

 7              THE COURT:  Be admitted.

 8              (Government Exhibits R5 and R5B were received in

 9     evidence.)

10              (Tape played as follows:)

11              "CS:  Yes, Junior here.

12              "MYRIE:  What's up Junior?

13              "CS:  Oh man, you asleep.  I let you go.  We talk

14     tomorrow?

15              "MYRIE:  (inaudible)

16              "CS:  See you later.  Bye."

17              MR. PRESTON:  Now I would move to admit and

18     publish R8 and R8B, a recording from September 3, 2009, 2:39

19     p.m.

20              THE COURT:  Be admitted.

21              (Government Exhibits R8 and R8B were received in

22     evidence.).

23              (Tape played as follows:)

24              "CS:  Good, how are you?  Who's this?

25              "MYRIE:  This is the number you just called.
```

```
 1   What's up with you?
 2          "CS:  Yeah, I know but you sound different.
 3          "MYRIE:  Yeah, cuz I'm speaking.
 4          "CS:  Oh, okay.
 5          "MYRIE:  As opposed to chatting.
 6          "CS:  Huh?
 7          "MYRIE:  How are you?  You in Panama?
 8          "CS:  I in Panama yes, yes.  How are you?
 9          "MYRIE:  'Kay.  I'm trying to board a flight to
10   get outta here but, I, I can't even get on the plane!
11          "CS:  (inaudible)
12          "MYRIE:  Can you imagine that?  It's just pure
13   (inaudible) nation.
14          "CS:  Where you going?  Chicago or something?
15          "MYRIE:  (inaudible)  Let me call you back Junior.
16          "CS:  Call me back.  Call me back.  Call me back,
17   please."
18          MR. PRESTON:  At this time, I'd move to admit R9
19   and R9B, a recording and transcript from September 3rd,
20   2009, at 3:43 p.m.
21          THE COURT:  Be admitted.
22          (Government Exhibits R9 and R9B were received in
23   evidence.)
24          (Tape played as follows:)
25          "CS:  You on board yeah?
```

```
 1              "MYRIE:  Hey, what's up?

 2              "CS:  Hey man.  Good, good.  How are you?  Okay.

 3    Hey, I'm down here, I'm down here...

 4              "MYRIE:  (inaudible) on a plane (inaudible) I'm,

 5    (inaudible), four, I'm heading to London.

 6              "CS:  Wha, eh, where are you, London?

 7              "MYRIE:  Here.  Right around the corner right

 8    here.

 9              "CS:  Where, where are you?

10              "MYRIE:  From Ft. Lauderdale.

11              "CS:  Oh, okay.  Okay.

12              "MYRIE:  I'm going to London now, (inaudible),

13    call you back.

14              "CS:  Well, okay.  Call me when you get back.

15    Call me from London.  I'm going back tomorrow to the states.

16    And then on the fourteenth (14th) I will be in Madrid.  Call

17    me as soon as you can."

18              MR. PRESTON:  Next I move to admit and publishing

19    R6 and R6B, a recording and transcript from September 12,

20    2009, 3:35 p.m.

21              THE COURT:  Be admitted.

22              (Government Exhibits R6 and R6B were received in

23    evidence.)

24              (Tape played as follows:)

25              "CS:  Hello.  How are you my brother?
```

```
 1                 "MYRIE:  I'm fine.  How are you, man?

 2                 "CS"  Good man.  How was your trip?

 3                 "MYRIE:  Okay.  What's going on with you?  How was

 4      your trip?

 5                 "CS:  Good man.  I been to a couple, three (3)

 6      places.  And I leaving next Saturday.  I'm leaving for

 7      Madrid, again.

 8                 "MYRIE:  Okay.  Okay.

 9                 "CS:  When do I get to see you?

10                 "MYRIE:  I'm in Philadelphia.

11                 "CS:  Where are you?

12                 "MYRIE:  Philadelphia.

13                 "CS:  Oh my goodness!  Oh, okay.  When are you

14      coming this way?

15                 "MYRIE:  (inaudible)  Tonight, I don't.  I'm not

16      coming that way for now, homes.  I'm, I'm on tour now.  I'm

17      working.

18                 "CS:  Oh you working.  Oh, okay, okay, okay.

19                 "MYRIE:  Yeah, I'm on tour.

20                 "CS:  But we'll be in touch.

21                 "MYRIE:  (inaudible)

22                 "CS:  You call me something, okay.  Or I'll call

23      you (inaudible)

24                 "MYRIE:  Alright.

25                 "CS:  Take care brother.
```

1          "MYRIE:  Take care of yourself, Junior.

2          "CS:  Good luck.  Bye.  Bye.

3          "MYRIE:  Alright, you too."

4          MR. PRESTON:  The Government moves into evidence

5  and seeks to publish R7 and R7B, a recording and transcript

6  from October 14, 2009 at 11:06 p.m.

7          THE COURT:  Be admitted.

8          (Government Exhibits R7 and R7B were received in

9  evidence.)

10         (Tape played as follows:)

11         "CS:  My friend, I need two tickets to go and see

12  you on October 31st and to see you backstage.

13         "MYRIE:  (inaudible)  Los Angeles.

14         "CS:  Huh?

15         "MYRIE:  I am in California when I get closer I

16  will call you.  I'll call you back.

17         "CS:  Okay, I know, I know you are in California,

18  okay I want to go and see you on October 31st."

19         MR. PRESTON:  I move to admit and publish

20  Government's Exhibit R10 and R10B, a recording and

21  transcript from December 4, 2009 at 12:47 p.m.

22         THE COURT:  Be admitted.

23         (Government Exhibits R10 and R10B were received in

24  evidence.)

25         (Tape played as follows:)

1          "CS:  Sir, I left the phone in the car.  I am

2    sorry.

3          "MYRIE:  These (inaudible) are taking forever to

4    come to the fucking restaurant man (inaudible).

5          "CS:  I sorry?

6          "MYRIE:  I look, I look (inaudible) it says an

7    hour and a half away.

8          "CS:  I'm sorry?

9          "MYRIE:  I said the (inaudible) are taking a long

10   time to come to the details.

11         "CS:  That's okay.  I'll wait for you.  I, I, I

12   came over here so I can talk to you and, you know, and, and

13   have a, a get together.  That's all.  You know what I mean?

14   Just...

15         "MYRIE:  (inaudible)  It's an hour and a half

16   away.

17         "CS:  You gonna have to wait?

18         "MYRIE:  It's an hour and a half away!

19         "CS:  Oh no, it's gonna to be a little bit more

20   about, it's about two (2) hours, to be honest with you.

21         "MYRIE:  About two (2) hours.

22         "CS:  Yeah, yeah, yea, yeah.

23         "MYRIE:  I don't think I can make the drive today.

24         "CS:  You cannot?

25         "MYRIE:  No, it's, it's too late for me.  I got

```
 1  stuff to do later tonight.  I (inaudible) if I drive so far

 2  I know I'm gonna be tired.  That's four (4) hours of

 3  driving.

 4          "CS:  Oh.

 5          "MYRIE:  Can't do shit later.

 6          "CS:  (inaudible)  It's up to you man.  If can

 7  make it, you can make...

 8          "MYRIE:  When you come, when are you coming down

 9  here?

10          "CS:  (inaudible)  The key is to, to, for us to

11  meet.  (inaudible)  You know, make an effort.  It'll be all

12  worth it.  Make an effort to come.  I gotta (inaudible)

13          "MYRIE:  I, I'm making an effort.  I'm making an

14  effort, Junior.  I'm waiting for the vehicle.  It's not here

15  yet.  By the time they get here with the vehicle I don't

16  know what time is that.  Then I gotta drive two (2) hours to

17  see you.

18          "CS:  It's cool man.

19          "MYRIE:  It's stressful on me.  Okay?

20          "CS:  It's, I know but, well?  Call me when you

21  get you vehicle and see if you, still gonna come or not.

22  You know what I mean?  Of, if you not...

23          "MYRIE:  Okay.  (inaudible) you're coming down to

24  this side?

25          "CS:  No I am not because I, I, I gonna go for a,
```

```
1    for, for a, I gotta go to Houston, too, but.  I just wanted
2    to talk to you like we talk, uh, in the beginning so if you
3    come, it, it, it be different.  I can, I can, I can say that
4    for sure.  It, make, if you could really come, that would
5    change a lot of things and we can go and get started, you
6    know, into, uh, uh, into whatever we gonna be talking about.
7    But you gotta, uh, I gotta, I gotta talk to you...
8             "MYRIE:  Tell you what.  I'm gonna wait until you
9    get back from Houston cuz I don't think I'm gonna make it.
10            "CS:  You not gonna make it?
11            "MYRIE:  No.  Let be honest with you.  I'm still
12   waiting for the car, the car to come.  They told me ten (10)
13   minutes, I've been here a half an hour now.  They haven't
14   gotten here yet.
15            "CS:  Okay.  You wanna, you, you wanna come
16   tomorrow, but you, you know I only (inaudible), I only came
17   here today because of you.  You know what I mean?  That,
18   that, cuz... (inaudible)
19            "MYRIE:  Well I drive up early in the morning
20   then.
21            "CS:  So you, you think you.  When you get on the
22   road tomorrow you gotta call me, otherwise I leave.  You
23   know what I mean?
24            "MYRIE:  I comin in,if I can come tomorrow, I come
25   early in the morning.
```

1          "CS:  That's fine.  If you can come early in the

2   morning, come.  But you need to call me.  "Hey, I'm

3   definitely on my way".  So I can, you, you know, get, get up

4   and be ready.

5          "MYRIE:  So, so when you landing, that's where you

6   landing?  You landing in Naples?

7          "CS:  No.  No, no, no.  I land, when I land, I

8   land in Miami and I took off early this morning.  Miami...

9   (inaudible)

10         "MYRIE:  (inaudible)  Forty (40)

11         "CS:  Miami International Airport.  I, I think I

12  arrived after one thirty (1:30) this morning.  I don't know

13  if you looked at the text message I sent you.  Say...

14         "MYRIE:  Yeah, I looked at it.

15         "CS:  Yeah, I call you when I, when I got the

16  phone because my (inaudible) I don't take that phone with

17  me.  You know.  I put that phone, here.  I, I keep it on

18  just in case anyone calls because (inaudible) someone

19  (inaudible) keeps in a charge for me.  But, uh, uh, when I

20  land there at one thirty (1:30) that's when I sent you the

21  text message.  Then I woke up early and I left.

22         "MYRIE:  How bout I see you tomorrow?  Cuz

23  (inaudible) all these, all these, all these guys haven't got

24  here with the cars so most definitely it's going to be

25  tomorrow.  If anything I'll split early in the morning and

1   get  up there.

2           "CS:  Alright.  Call me.  If you, you call me I...

3           "MYRIE:  I'll call you first thing in the morning.

4           "CS:  Alright.  Call me then, alright?

5           "MYRIE:  (inaudible)  Yeah.

6           "CS:  Alright (inaudible).  See you."

7   BY MR. PRESTON:

8   Q    Mr. Johnson, what two-hour drive are you talking about

9   at the beginning of this conversation?

10  A    Fort Lauderdale to Sarasota, Florida.

11  Q    Is that a two-hour drive, sir?

12  A    It's -- from Alligator Alley to Sarasota, two -- Exit

13  210, two and a half.

14  Q    Two and a half hours?

15  A    Yes, sir.

16          MR. PRESTON:  Your Honor, move in evidence

17  Government's Exhibit R11 and R11B, a recording and

18  transcript from December 8th, 2009, at 12:50 p.m.

19          THE COURT:  Be admitted.

20          (Government Exhibits R11 and R11B were received in

21  evidence.)

22          (Tape played as follows:)

23          "CS:  Okay.  I should be there momentarily.  Are

24  you at the restaurant yet?

25          "MYRIE:  No I'm not, (inaudible), you're not

```
 1   fucking there yet?

 2              "CS:  Huh?

 3              "MYRIE:  You're not there?

 4              "CS:  No, I'm, I'm driving.  I'm driving toward

 5   there right now.  I'll be right there.  That's why I'm

 6   calling.  Just to make sure that you find the place okay.

 7   I'll be right there.

 8              "MYRIE:  I don't know where you sending me to now.

 9   What you said the place is called.  I'm not going in no

10   place unless you there, homes.

11              "CS:  Oh man.  This.  You make a left on, on, on,

12   on the, uh, when you hit the exit.  And as soon as you go

13   on, on the highway you gonna see to your right.  You can

14   choose you place.  Whatever you want.  But there's one (1)

15   called Tropical Havana.  Okay.  Or you can keep on going and

16   go the, uh, uh Applebee's or go to the Longhorn.  Whatever

17   way you want.  Uh, Tropical Bahama, I mean, uh Havana is a

18   cool place.  Is, is a lovely place.  Okay.  I'll

19   (inaudible), we, we have a drink or something to eat and we

20   leave.  I'll be right.  I, I'll probably beat you to the

21   place.  You hear me?

22              "MYRIE:  (Inaudible)  Just get me behalf

23   (inaudible) Mobil gas station, yeah?

24              "CS:  I sorry?

25              "MYRIE:  I'm at a Mobil gas station across from
```

1    Bob Evans restaurant, okay?

2              "CS:  Oh!  You right.  Okay.  Look to you left.

3    There's a, a, a, a.  There's a, a Burger King, next to the

4    Burger King is the restaurant I talking about.  Okay?

5              "MYRIE:  (inaudible) Burger King.

6              "CS:  Right next to the Burger King.

7              "MYRIE:  Right next to the Burger King?

8              "CS:  Yeah, yeah.  Just go, you know, (inaudible)

9    in the restaurant and sit.  Uh, I, I'll be right there.  You

10   beat me to it.  I'll be there in (inaudible)...

11             "MYRIE:  I don't see no Burger King homes.

12             "CS:  Are you at, at the Mobil gas statin?

13             "MYRIE:  I'm at the Mobil gas station, man.

14             "CS:  Okay, okay.  There is a Burger King next to

15   the Mobil gas station.  You can't miss it.  Go and drive

16   through, through the gas station, okay.

17             "MYRIE:  Oh, I see it.  I see it.  I see it.

18             "CS:  Okay, (inaudible okay.  Next to the Burger

19   King there's a white building.  Okay.

20             "MYRIE:  Man I see it.  I'll wait on you outside.

21             "CS:  Ah, alright brother, bye.

22             "MYRIE:  Alright."

23   BY MR. PRESTON:

24   Q    Mr. Johnson, did you meet with the Defendant on

25   December 8th, 2009, after this telephone call?

```
 1   A     Yes, I did.

 2   Q     Where did you meet?

 3   A     At a Tropical Havana Restaurant in Sarasota, Florida.

 4   Q     Did you meet a person by the name of "Ian Thomas" that

 5   day?

 6   A     Yes, I did.

 7   Q     Was the person you learned to be Ian Thomas with the

 8   Defendant Myrie when you first met Defendant Myrie?

 9   A     No.

10   Q     Was anyone else with the Defendant when you first met

11   Mr. Myrie at the restaurant that day?

12   A     A lady, a female.

13   Q     Was there any change in the parties that you were

14   meeting with during the course of your time in the

15   restaurant that day?

16   A     I'm sorry, sir?

17   Q     I'll rephrase that.

18         When you first met Mr. Myrie, you indicated he was with

19   a lady?

20   A     Yes.

21   Q     Did she stay through your conversations with Mr. Myrie?

22   A     No.

23   Q     At some point, did she leave?

24   A     Yes, sir.

25   Q     Were you alone with Mr. Myrie at any point during the
```

1  meeting in the restaurant?

2  A    Yes.

3  Q    Did and you Mr. Myrie discuss Ian Thomas before you met

4  Ian Thomas?

5  A    Yes.

6  Q    Did that conversation involve drugs?

7  A    Yes.

8  Q    Can you tell the jury about that, please?

9  A    Yes.

10  Q    Go ahead, please.

11  A    He told me that outside was a friend of his who have

12  contacts to purchase multiple kilos of cocaine and he want

13  to bring it to the table to introduce him to me.

14  Q    Was the female present when Mr. Myrie told you about

15  this?

16  A    No.

17  Q    Were you provided with a recording device that day?

18  A    Yes, sir.

19  Q    When Mr. Myrie told you that Ian Thomas was there or

20  that he had a friend there who could -- who knew somebody to

21  move these kilos of cocaine, where was the recording device?

22  A    I forgot it in my car.

23  Q    Who introduced you to the -- to Ian Thomas?

24  A    The Defendant here, Defendant Myrie.

25  Q    Did you have an opportunity to discuss this issue --

1    the issue concerning the kilos with Mr. Thomas after the

2    introduction?

3    A    Yes.

4    Q    Was Mr. Myrie present when you had this conversation?

5    A    Yes.

6    Q    Was this part of the conversation recorded?

7    A    Yes.

8    Q    And how did you accomplish that if you left your

9    recorder in the car?

10   A    I have to -- when I realized the recorder was left

11   behind in the car, I excused myself, went to the car,

12   retrieved the recorder, and I came back to the table again

13   inside the restaurant.

14   Q    Have you listened to that recording and reviewed

15   portions of it for accuracy, along with the transcript?

16   A    Yes.

17          MR. PRESTON:  Government moves to admit at this

18   time R22, R22A, R22C, and R22B.  I'm sorry, Your Honor, that

19   would be the recording -- two clips from the recording and

20   the transcript of the recording that was referred to by the

21   witness.

22          THE COURT:  Be admitted.

23          (Government Exhibits R22, R22A, R22B, and R22C

24   were received in evidence.)

25          MR. PRESTON:  May we publish at this time?

```
 1            THE COURT:  Yes.

 2            (Tape played as follows:)

 3  BY MR. PRESTON:

 4  Q    Explain what you mean, "He has people."  Who had?  And

 5  explain that part of the conversation.

 6  A    I'm telling Mr. Thomas that I'm being told by Mr. Myrie

 7  that Thomas has contacts to sell kilos of cocaine.

 8  Q    Okay.  Thank you.

 9            (Tape played as follows:)

10            "CS:  I left money in my car.  (laughs).

11            "UM:  Do you guys want to order some U/I.

12            "CS:  No, no, we are good.  U/I two more.

13            "UM:  Two more Margaritas?

14            (voices overlap)

15            "CS:  U/I.

16            "CS:  And the check U/I.

17            "UM:  Ok.

18            "MM:  U/I.  Tell my U/I what you are talking about

19  so you can fill him in.

20            "CS:  Ok, I got goods, U/I we've known each other

21  for awhile and uh, he knows that I'm in this business, I

22  have really, some serious business about seafood and all

23  that stuff which I really have licenses to export to Europe

24  and, and bring it here and all kind of stuff.

25            "CS:  He tells me that you have people, ok, that
```

```
 1   could take some, some kilos.  I'm going to... and you know
 2   the price into the streets...
 3          "IT:  Huh hum.
 4          "CS:  I'm going to call this at twenty-six.  U/I
 5   tell you twenty seven and then cut down at twenty-six.  I'm
 6   going to go the bottom line so you guys can price it right
 7   and make you money, ok, and if you... I don't do no less
 8   than ten at that price, you want to do twenty?  We talk.
 9   U/I this is the big leagues now, this is not like huh like
10   we are going to be talking small stuff, we're going to, you
11   know, we're going to work, we are going to work right.  If
12   we cannot work, nothing change, we still buddies.  U/I.
13          "IT:  Right.
14          "IT:  U/I.
15          "CS:  U/I I'm going to tell you guys.  I got a
16   boat here that I wanted to show him, but I am waiting for
17   the guy to call me with the keys...
18          "IT:  Ok.
19          "CS:  ... ok, but will go to my office and u/i,
20   and then we go to lunch U/I...
21          (voices overlap)
22          "CS:  ... my seafood place, yeah.
23          "MM:  U/I.  What are you going to do man?
24          "IT:  U/I legit.
25          "IT:  See I got guys, I got some guys U/I take
```

```
 1   thirty in like a week.  But see the numbers, that's...
 2            "CS:  You come with thirty, I'll give you a better
 3   price, U/I but you got to tell me straight U/I...
 4            (voices overlap)
 5            "IT:  I'll talk to them, let me talk to them.
 6            (voices overlap)
 7            "CS:  Yeah, if you talk to them, you can...
 8            (voices overlap)
 9            "IT:  U/I in a minute.
10            "CS:  If, if they want thirty U/I...
11            "IT:  U/I.
12            "CS:  Bro, I let you U/I same ounces... same
13   amount.
14            (voices overlap)
15            "IT:  U/I thank you.
16            "CS:  I got some right here.  So that's it.  We
17   don't, you know, we don't talk on the phone cuz when he gets
18   ready, he's going to tell me.  I'm coming to see you Junior,
19   and he'll just give me a figure, that's all.  Hey, I'll see,
20   I'll see you in thirty street, I'll see you, know,
21   whatever."
22            (Tape stopped.)
23            THE COURT:  Turn the volume down a little, please.
24   BY MR. PRESTON:
25   Q   Who are you talking about when you say, "When he gets
```

```
 1   ready, he's going to tell me"?
 2   A    Ian Thomas.
 3              (Tape played as follows:)
 4              "CS:  Oh, no, no, I give you that price because,
 5   and I gave you a better price with the, if the quantity is
 6   good, only if the come here, U/I if I take to you to, to
 7   down south, I got to charge you what the price is down
 8   there, which is thirty, you know...
 9              "IT:  Yeah, yeah.
10              "CS:  I give you, believe me U/I...
11              "MM:  Don't worry Junior, we hear what you are
12   saying, we hear what you are saying.  Don't worry about it.
13              "CS:  Ok.
14              "CS:  U/I I think... you know, if you have the
15   right people, I have the right goods.  And I take no
16   vacation, and if I'm not here and you guys want to come back
17   again, I got an assistant, he knows.  But we are talking
18   about people that, I don't know you, but I know him, just
19   because he is a celebrity, doesn't make him any better than
20   anyone, but I know he is strict, you know, that's where we
21   are at.
22              "MM:  U/I.  Mick you know U/I he's my friend since
23   I was 19 years old... my friend and another guy... his
24   family U/I.
25              "CS:  Thank you.
```

```
 1              "UM:  (waiter) U/I.

 2              "CS:  See this kind of business, U/I I told you

 3    earlier, food over there, like a cafeteria and no cups, look

 4    at the time of the day, they U/I only two glasses.

 5              "IT:  Hum.

 6              "CS:  Kind of a fucking place is this?  I'm sorry

 7    I brought you to this place.

 8              "IT:  Don't worry man, we've been to better

 9    places.

10              "CS:  We've been to better places, that's right.

11              "IT:  U/I.

12              "MM:  U/I you know.

13              "CS:  You know the market, you know the goods, but

14    when the day comes, I want you and your friend to check

15    every single piece, ok.  You come here, this is the rules of

16    the game, so that I don't have no secrets.  You come into

17    town and exit right here, and we will meet here, or next

18    door is a breakfast place, ok, like a Denny's, it's called

19    Perkin's.  Or I can give you, U/I it's ok.  You follow me,

20    all I want to see, make sure whoever you are ringing has the

21    money, hey here's the money, ok, follow me, they come in

22    with me, they check every single piece, they're satisfied,

23    the I count the money, the the money, and we count the

24    money, and that's it, simple.

25              "UM:  U/I.
```

```
 1            "CS:   Thank you sir.

 2            "CS:   And huh, you guys get in your way and come

 3  back in a week.

 4            "MM:   Done deal, Junior.

 5            "CS:   Good."

 6            (Tape stopped.)

 7  BY MR. PRESTON:

 8  Q    Does the conversation from this meeting pick up at

 9  another location?

10  A    Yes, sir.

11  Q    Is that in the vehicle?

12  A    Yes.

13  Q    Whenever you left the restaurant, can you please

14  describe who was in what car or what took place when you

15  left the restaurant?

16  A    As we left the restaurant, Mr. Myrie rode in my car,

17  and his friend and the lady rode in the Range Rover.

18  Q    Did the Defendant walk directly to your car with you?

19  A    No.

20  Q    Could you tell us what happened?

21  A    He went and spoke to Thomas alone for a few minutes and

22  then came back to my car.

23  Q    Where did you go from there?

24  A    We drove to the undercover warehouse that is owned by

25  the Sarasota Police Department.
```

1   Q     During that drive, did you and Mr. Myrie have

2   additional conversation?

3   A     Yes, we did.

4              (Tape played as follows:)

5              "CS:  Alright, moving out.

6              "CS:  It's a nice truck.

7              "MM:  Yeah, it's my boy's truck U.I.

8              "MM:  U/I.

9              "CS:  U/I.

10             "MM:  Thank you very much for this opportunity

11  man.  Oh you have given me opportunity to be myself again.

12             "CS:  Ok.

13             "MM:  U/I you got to cut me something else.

14             "CS:  Ok U/I behind me, ok he is coming.

15             "MM:  Hmm.

16             "CS:  You need to quit smoking though...

17             "MM:  U/I.

18             "CS:  You are going to lose your voice.

19             "MM:  No, I can't, I smoke herbs man.  A lot of

20  Ganja.

21             "MM:  So how's the wife?

22             "CS:  Everybody's good, my family good.  How's

23  you, how's your African wife?

24             "MM:  She's beautiful.

25             "CS:  She here or she in Africa?

```
 1              "MM:  No, she's in Africa.

 2              "CS:  Ok.

 3              "CS:  What happened to her emeralds and stuff?

 4              "MM:  I couldn't get them going cause I wanted to

 5    U/I some from of my...

 6              "MM:  Tour.

 7              "CS:  Huh hum.

 8              "MM:  Earned some money U/I and I fucked up, I

 9    didn't, no money there.  (MM talking on the phone.

10              "MM:  What's up.  Huh, what's up Georgia.  I'm in

11    Sarasota.  I'm coming down.  Yes.  U/I.

12              "CS:  I'm doing this.  I'm taking you to one of my

13    places, I hope this guy is straight.

14              "MM:  That fucking U/I... like an arrow.

15              "CS:  Ok.

16              "MM:  That's the guy, that's the motherfucking guy

17    who brought some money and put some put some food in my

18    house.

19              "CS:  OK.

20              "MM:  U/I fucking Junior.

21              "CS:  Are you able to U/I... fuck this fucking

22    deal, about you, about having all these problems.

23              "MM:  Hey man, hey, I told you I'm a, I'm a

24    popular guy, but these people U/I.

25              "CS:  No, no, no, I remember yo told me about this
```

```
 1   but, you know...

 2            (voices overlap)

 3            "MM:  Yeah, you know what I man.

 4            "CS:  And I was in, in huh, I think in September

 5   or August I was in Los Angeles, and you were supposed to be

 6   coming in, and I read on a Saturday, I was there U/I for a

 7   weekend and I saw the article, I thought I had the article,

 8   I wanted to show it to you.

 9            "MM:  They're pushing me man.

10            "CS:  Yeah, but you screwed yourself and you told

11   them that you apologized and all that U/I.

12            "MM:  U/I.

13            "MM:  These guys are trying to run my under man, I

14   must...

15            (voices overlap)

16            "CS:  It must be somebody.

17            "MM:  It's a group of people, an organization

18   called GLAD.

19            "CS:  What's that supposed to mean GLAD?

20            "MM"  ... U/I...

21            "CS:  Huh, I see.

22            "MM:  U/I that's my friend, that's my friend from

23   when I was 19 years old.

24            "CS:  He lives where?

25            "MM:  He live in Orlando.
```

1          "CS:  Oh, he lives in Orlando.

2          "MM:  Yeah, I brought, I call him to come and see

3  me because things is bad in my house.

4          "CS:  Ok.

5          "MM:  My truck is in the shop and I can't get it

6  out and all that kind of shit.  I'm going to concentrate

7  though; things are going to be straight next year, huh?

8          "CS:  We can start tomorrow; I got goods over here

9  tomorrow.

10          "MM:  Yeah, but I need the guys, U/I, he's making

11  a call, he's going to call me on the phone and then tell me

12  when the guy is going to come.  He'll say that if the guys

13  are taking twenty, he would lower the price for them, so

14  he's taking twenty a week U/I."

15          (Tape stopped.)

16  BY MR. PRESTON:

17  Q    What did you understand the Defendant to be saying

18  about the figure 20 here?

19  A    Twenty kilos.

20          (Tape played as follows:)

21          "CS:  If they come on a twenty, together, not huh

22  like ten and ten U/I.

23          (voices overlap)

24          "MM:  No, no, no, he can give them for

25  twenty-five.

```
 1              "CS:  That's fin U/I.  I'll go."

 2              (Tape stopped.)

 3   BY MR. PRESTON:

 4   Q    When the Defendant says he can get them for 25, what

 5   does the 25 represent?

 6   A    The price.  It was -- am I selling him the kilo of

 7   25,000 kilos each.

 8   Q    Twenty-five kilos each?

 9   A    Dollars, sorry.

10              (Tape played as follows:)

11              "CS:  I'll give it to you.  I'll give it huh, you

12   know, you come with the money I give it to you, and, and

13   I'll tell you what I'll go for you don't tell him, hold on.

14              (voices overlap)

15              "MM:  U/I I'm going to charge my phone.

16              "CS:  Ok.  That's the phone you bought in Madrid?

17              "MM:  Yeah.

18              "CS:  Where's my charger?  My, my plug.  (Laughs)

19   remember? (laughs)

20              (voices overlap)

21              "MM:  Oh, U/I.

22              "CS:  I just kidding, hey, U/I once we get closer

23   U/I...

24              (voices overlap)

25              "MM:  Huh hum.
```

```
 1              "CS:  ... U/I, I'll help you out.  You give this

 2  guy.  Don't tell him yet...

 3              "MM:  Huh hum.

 4              "CS:  Five extra.

 5              "MM:  Huh hum.

 6              "CS:  So he can retail it and make some money.

 7              "MM:  Ok.

 8              "CS:  But, you'd be, not him, you are responsible

 9  for those.

10              "MM:  Ok, and I'll keep... about the price.

11              "CS:  Yeah.

12              "MM:  Yeah.

13              "CS:  Ok.

14              "MM:  Yeah.

15              "CS:  And only if he comes for to buy the twenty.

16              (voices overlap)

17              "MM:  Yeah.

18              "CS:  If he doesn't get twenty, I cannot excuse

19  myself with my friends.

20              "MM:  Oh, no, no.

21              "CS:  This is not mine, huh, I'm not alone.

22              "MM:  Junior, you don't, you didn't have to do

23  that for me, ok.  I'm not asking you for shit, but if you

24  are willing to do that for me, I'm willing to honor that.

25              "CS:  Ok.
```

```
 1              "MM:  As a man to a man.

 2              "CS:  Where is my CD and my video?

 3              "MM:  Junior, I am so fucking stressed out man, I

 4   don't...

 5              (voices overlap)

 6              "CS:  I know, but, you know huh...

 7              (voices overlap)

 8              "MM:  I'm so stressed out U/I.

 9              (voices overlap)

10              "CS:  I know, I kidding man.

11              "MM:  My kid's school fees need to be paid and all

12   that kind of shit man.  I'm fucking stressed out ok.

13              "CS:  U/I.

14              (voices overlap)

15              "MM:  Too much shit.

16              "CS:  You got your, your Europe huh tour lined up

17   for next year?

18              "MM:  Yeah.  Trying, you know what I mean, I got

19   to get out there Joe.  I got to get back out there boss.

20              "CS:  How about Australia?  Have you ever thought

21   Australia?

22              "MM:  But they don't pay no money.

23              "CS:  No.

24              "MM:  No I can't, I got 16 people in my band, I

25   can't take them to Australia for five grand.
```

```
 1            "CS:  Oh, no, that's a long way too.

 2            "MM:  It's a waste of time.

 3            "MM:  I've never been to this part before, this is

 4  normally a relaxing thing?

 5            "CS:  Yeah.

 6            "MM:  That's cool.

 7            "MM:  Last night you were at a party or what?

 8            "CS:  Sunday.

 9            "MM:  You were drunk.

10            "CS:  Yeah.

11            (voices overlap)

12            "MM:  Shit.

13            "CS:  U/I.

14            "MM:  U/I at home?

15            "CS:  Where, no, no, no, I was in somebody's

16  house.  Watching the, we watched the, soccer, we watched

17  football, American football, and everybody is fucked up by,

18  by eight o'clock at night.

19            "MM:  Shhh.

20            "CS:  (clears throat)

21            "MM:  For the five you are giving me, how much are

22  U/I, how much do you want for them?  For each?"

23            (Tape stopped.)

24  BY MR. PRESTON:

25  Q    When you're being asked about, "For the five you are
```

```
 1   giving me?" what did you understand the Defendant Myrie to
 2   be asking you at this point?
 3   A    For the five kilos I was going to give him.
 4   Q    What did that represent?
 5   A    Sorry?
 6   Q    What did you mean the 5 kilos that you were going --
 7   A    I was going to give him 5 kilos to purchase 20 kilos at
 8   one shot.
 9           (Tape played as follows:)
10           "CS:  How long are you going to take to pay me
11   back?
12           "MM:  U/I he's going to do the same thing with his
13   U/I, right away.
14           "CS:  Right away?
15           "MM:  Yeah.  U/I to pay you back, back up this
16   week U/I...
17           (voices overlap)
18           "CS:  Ok.  U/I, if they come for twenty, I'll let
19   it go at twenty-five, ok, and those five, I'll let you make
20   an extra dollar, huh."
21           (Tape stopped.)
22   BY MR. PRESTON:
23   Q    What does that mean, "I will let you make an extra
24   dollar"?
25   A    He can sell it for more and make more money.
```

```
 1   Q     A dollar more?

 2   A     No.   A thousand dollars, $2000, whatever price he can

 3   raise.

 4            THE COURT:   Let me stop you there and we'll break

 5   for lunch.   We'll recess for lunch until 1:30.

 6            COURT SECURITY OFFICER:   All rise.

 7            (Recess from 11:45 a.m. until 1:30 p.m.)

 8            THE COURT:   Bring in the jury, please.

 9            You have some issue to raise?

10            MR. PRESTON:   Yes, your Honor.   Good afternoon.

11            I have been provided with the Defendant's trial

12   exhibit list; and in that exhibit list, Item Number 4

13   addresses a transcript from the Andrew Smith trial.   That

14   transcript will be hearsay, number one.   Number two, I would

15   object to the relevancy of its contents.   I believe it's

16   during a sentencing of Andrew Smith where Judge Aldridge,

17   who was a visiting judge in the case, who actually got

18   reversed on that sentencing, made a comment during that

19   sentencing about not believing the confidential source or

20   who testified in that case.

21            Unless Mr. Johnson knows about that judge's

22   finding, he shouldn't be questioned about it unless he's

23   read the transcript and it could be used to refresh his

24   recollection.   He wasn't there for the sentencing, and I

25   would submit to the Court it's both hearsay and the
```

1   transcript itself should not be admitted to the jury in this

2   case.

3          THE COURT:  Response?

4          MR. MARKUS:  Your Honor, first, the judge, Judge

5   Aldridge, was not reversed on her credibility findings.  It

6   was a question of law.  But I think I can ask Mr. Johnson

7   whether another judge has found his testimony not credible

8   and how the Government has taken that, because he has agreed

9   to tell the truth in every proceeding he's testified before.

10          I can talk to him about why hasn't he told the

11   truth before, how the other judge found that he hasn't told

12   the truth, and how the Government has not -- has not done

13   anything about that.  He does know about it.  He's been

14   asked about it in other trials, and so he knows about it.

15   He's heard about it, that he's -- that he had a credibility

16   finding made against him by a judge and if he knows how the

17   United States Government dealt with that.

18          THE COURT:  Let me see the transcript.

19          MR. MARKUS:  It's at page 9, Your Honor, at the

20   bottom.

21          (The jury entered the courtroom and was seated.)

22          THE COURT:  You may proceed.

23          MR. PRESTON:  We'll just pick up where we left off

24   again, Your Honor.

25          (Tape played as follows:)

```
 1              "MM:  What are you talking about U/I how much?

 2   How much you want for them?  The extra five?  For each?

 3              "CS:  For each, I'm charging you at twenty-six

 4   right now.

 5              "MM:  Huh hum.

 6              "CS:  You tell me the guy wants U/I to negotiate

 7   the price.

 8              "MM:  Huh, hum.

 9              "CS:  And I'll, whatever I'll sell them for, I'll

10   give you a dollar less.

11              "MM:  Ok.

12              "CS:  But the money will come U/I together U/I.

13              "MM:  Yep."

14   BY MR. PRESTON:

15   Q    Mr. Johnson, while we're talking about the

16   conversation, at the bottom of the screen we saw that video

17   of an orange spot throughout the course of the video.  Could

18   you explain what that orange spot was on the video camera?

19   A    It was a video recorder and audio-recorder equipment

20   that worked out of the vehicle that picked it up and I have

21   to pick it up on my pocket in order to conceal it.

22   Q    So, we see the inside of your pocket during the course

23   of this recording; correct?

24   A    Yes, sir.

25              MR. PRESTON:  One moment, Your Honor.
```

```
 1                (Pause.)

 2   BY MR. PRESTON:

 3   Q    Where did this drive take you?

 4   A    To the undercover warehouse.

 5   Q    During the conversation, you heard -- we heard there's

 6   an indication that someone's following you.  What was that

 7   about?

 8   A    Ian Thomas was following us on his vehicle to the

 9   undercover warehouse.

10   Q    What happened at the undercover warehouse?

11   A    We came in, and Ian Thomas parked his vehicle on the

12   side of mine.  We all walked inside the warehouse, and we

13   were there by a Sarasota undercover agent -- detective.

14   Q    What happened after that?

15   A    We show both of these gentlemen kilos of cocaine, and

16   they cut into one.

17   Q    Were the events at the warehouse recorded?

18   A    Yes, sir.

19        MR. PRESTON:  Government moves Government's

20   Exhibit 23 into evidence, Your Honor.

21        THE COURT:  Be admitted.

22        (Government Exhibit R23 and R23B were received in

23   evidence.)

24        MR. PRESTON:  Move to publish it at this time.

25        THE COURT:  You may.
```

```
 1              MR. PRESTON:  Let me move forward to approximately
 2  the nine-minute mark, Your Honor.
 3              THE COURT:  For the record, that's R23.
 4  BY MR. PRESTON:
 5  Q    This is the inside of the undercover warehouse?
 6  A    Yes, it is.
 7              (Tape played as follows:)
 8              "CS:  Meet my friend here.
 9              "UC:  What's up.
10              "CS:  U/I Hola.
11              (voices overlap)
12              "UC:  U/I.
13              (voices overlap)
14              "MM:  Hola, hola, hola.
15              "UC:  U/I, Hablan in Ingles?  (U/I, They speak
16  English?)
17              (voices overlap)
18              "CS:  How you doing?
19              "IT:  Habla, habla Ingles un poquito.  (Speak,
20  speak, English a little bit.)
21              "CS:  (laughs)
22              "UC:  Mira, tenemos que U/I, porque yo me tengo
23  que ir. (Look, we have to U/I, 'cause I have to get going.)
24              "CS:  Ya voy a U/I.
25              "UC:  U/I.
```

```
 1              (warehouse door closing)

 2          "MM:  Where's the bathroom?

 3          "CS:  Hold on, U/I, oh, bathroom is out of

 4   service, I have to take you there, not here.

 5          "MM:  Let me go do it outside.

 6          "CS:  You going to... U/I, he's going to pee

 7   outside.

 8          "UC:  Esta bien, esta bien.  (it's ok, it's ok.)

 9          "CS:  Oh, U/I, abrele la puerta ahi.  (oh, U/I,

10   open the door for him there.)

11          "UC:  U/I.

12          "CS:  El bano sirve, el bano sirve, o no sirve?

13   (Is the bathroom working, is the bathroom working, or out of

14   order?)

15          "UC:  Huh?

16          "CS:  El bano sirve, o no sirve?  (Is the bathroom

17   working, or not working?)

18          "UC:  No, no, no, no, no, esta rota.)  No, no, no,

19   no, it is out of order.)

20              (warehouse door opening)

21          "UC:  De quien, de quien es este U/I?  (Who's is,

22   who's is this U/I?)

23          "CS:  No, una cosa de piscina, estoy llamando a, a

24   Gregorio.  (No, something with U/I, I'm calling to, to

25   Gregorio.)
```

```
 1              "CS:  I'm seeing U/I, who owns that, I don't know
 2  who's U/I, who's van that is.
 3              (car horn sound)
 4              (sounds overlap)
 5              "IT:  U/I.
 6              (sounds overlap)
 7              "CS:  U/I he's calling the people to go... to move
 8  it.
 9              "IT:  Oh, ok.
10              "UC:  Hola.  (Hello.)
11              "MM:  U/I take a shit.
12              "IT:  Me, too.
13              "MM:  No bathroom around here man, have to take a
14  shit.
15              "CS:  Oh no, we got to hurry up then and leave,
16  hold on, I don't have one.  U/I bullshit apart, don't
17  worry...
18              "MM:  Huh?
19              "CS:  I don't have a bathroom here.
20              "MM:  U/I.
21              "CS:  (talking on phone.)
22              "CS:  Oyeme, U/I, en la, I have a U/I, hold on...
23  that's ok, esta bien, esta bien, ya... bueno, buy, see you
24  later, I call U/I... I fix it already.  (Listen, U/I, in
25  the, I have a U/I, hold on... that's ok, that's ok, that's
```

```
 1  ok, that's it... ok bye, see you later, I call U/I... I fix
 2  it already.)
 3          "CS:  Yeah, he has it.
 4          "MM:  Uhm?
 5          "CS:  (laughs) I, I saw what you did.
 6          "UC:  U/I.
 7          (sound of door closing)
 8          "CS:  U/I I don't know broke in halfway of my
 9  gate...
10          "MM:  Yeah.
11          "CS:  Can't do that.
12          "US:  U/I had people waiting on those.
13          "CS:  Yeah, yeah, yeah.
14          "CS:  Ok, this is what I wanted to U/I, to take
15  care of you, now that you are here, I want to show you some
16  goods.
17          "MM:  Ok.
18          "CS:  Ok, so that you can take a look and see and
19  talk to your people.
20          "IT:  Ok.
21          "CS:  Ok.
22          "CS:  Hey, pongamoslo en la mesa, huh.  (Hey let's
23  put it on the table, huh.)
24          "UC:  Si esta bien.  Tu me ayudas con eso?  U/I...
25  Me tengo que ir rapido.  (Yes, that's ok.  You can help me
```

```
 1  with that?  U/I... I have to leave soon.)

 2          "CS:  Dale.  (Go ahead.)

 3          "UC:  Entiendes.  (Understand.)

 4          "UC:  U/I.

 5          "CS:  Ya esta abrierto oh esta cerrads?  (Is it

 6  open or is it closed?)

 7          "UC:  Ah, esperate.  (Oh, wait.)

 8          (sound overlap)

 9          "UC:  U/I.

10          "CS:  Ya?  (That's it?)

11          "CS:  U/I.

12          "UC:  U/I.

13          "CS:  Take any one you want.  Pick anyone.

14          (voices overlap)

15          "UC:  U/I estan enterado?  (U/I do they know?)

16          "CS:  U/I.

17          "UC:  Vete a la meas.  U/I, tengo un cuchillo

18  allla... (Go to the table.  U/I I have a knife over

19  there...)

20          (voices overlap)

21          "CS:  U/I.

22          "UC:  En las izquierda.  (On the left.)

23          "MM:  U/I)

24          "IT:  (phone ringing)  Yo, U/I right now, I am in

25  the middle of something...
```

```
 1              "MM:  U/I, let's see U/I.

 2              "UC:  Tu les explicaste que eso es todo para las

 3    otras personas... (You explained to them that this all for

 4    the other people... )

 5              (voices overlap)

 6              "CS:  U/I.

 7              "UC:  You know all of this U/I.

 8              (voices overlap)"

 9    BY MR. PRESTON:

10    Q    What was just was placed on the table?

11    A    That's a kilo of cocaine.

12    Q    And who is the gentleman in the white shirt in front of

13    the table?

14    A    Ian Thomas.

15    Q    Who is the gentleman in the background in the white

16    shirt?

17    A    The Defendant here, Mr. Mark.

18    Q    Mr. Myrie?

19    A    (Nods head.)

20    Q    Who's in the orange shirt?

21    A    That's me, myself.

22    Q    And closest to us on that video is who, please?

23    A    That's the undercover detective from the Sarasota

24    Police Department.

25    Q    Where did that kilogram of cocaine come from?
```

```
 1  A     From the Sarasota Police Department.

 2  Q     On that date, December 8th of 2009, where had it just

 3  come from?

 4  A     From inside of a concealed compartment out of that SUV.

 5            (Tape played as follows:)

 6            "UC:  U/I.

 7            "CS:  That's ok... he's saying that, this is...

 8  he's leaving right now because he has to take this to

 9  somebody.

10            "MM:  U/I.

11            "CS:  We all leave together, U/I.

12            "IT:  U/I."

13  BY MR. PRESTON:

14  Q     Could you tell us who's in this photograph, please?

15  A     From left to right is the detective from Sarasota;

16  Mr. Mark Myrie; the second -- third guy in the white shirt

17  is Ian Thomas; and myself, Alexander Johnson.

18  Q     What's happening at the table that the two gentlemen in

19  the middle are looking at?

20  A     Ian Thomas has cut already into the kilo of cocaine,

21  and they're looking at the quality of the cocaine, him and

22  Mr. Myrie.

23            (Tape played as follows:)

24            "IT:  U/I fish scale... you see it?

25            "MM:  Huh hum.
```

```
 1                "CS:  Huh?

 2                "IT:  Good product.

 3                "MM:  Huh hum.

 4                "CS:  I got tape, I got tape, I got tape.  Put the

 5   tape on.

 6                "CS:  Do you like it?

 7                "MM:  I like it.

 8                "IT:  U/I fish scale.

 9                "CS:  Fish scale huh.

10                "MM: Huh hum U/I.

11                (voices overlap)

12                "UC:  U/I si, si, si.  (U/I Yes, yes, yes.)"

13   BY MR. PRESTON:

14   Q    What has Mr. Thomas just handed Mr. Myrie?

15   A    The knife that he used to cut into the kilo of cocaine.

16   Q    Did you just hear the term "fish scale"?

17   A    Yes.

18   Q    Does that mean anything to you?

19   A    Yes.

20   Q    Could you please explain what "fish scale" was when

21   Mr. Thomas said that?

22   A    When you clean the fish, the fish scale is supposed to

23   be shiny and very clear.  That means with the kilos of

24   cocaine are called "fish scale," that the quality is very

25   high.
```

1   Q    So, the -- let me make sure I've got that.  A fish

2   scale when you clean a fish is clear and shiny?

3   A    Shiny and clear; and when the cocaine is not clear and

4   looks -- shiny, it looks good.

5   Q    How does that relate to a kilo of cocaine?

6   A    Someone that knows, who came up with a term like "fish

7   scale," that means it's good product.

8   Q    Does the cocaine appear that way when they're talking

9   about that, like shiny?

10  A    Yes.

11          (Tape played as follows:)

12          "CS:  Te acuerdas?  (You remember?)

13          "CS:  Ok so...

14          "IT:  Alright, let me talk to my boy now, he just

15  called me...

16          (voices overlap)

17          "CS:  That's him?

18          "UC:  U/I tu me abrea la, la puerta... (U/I you

19  open the, the door for me... )

20          "CS:  Espera, espera.  (Wait, wait.)

21          "UC:  ... que me yoy.  (I'm leaving.)

22          "CS:  Dale.  (Go.)

23          "CS:  Want another one?

24          "US:  Huh U/I?

25          "CS:  Take one more.  Take one, take anyone.

```
1              "IT:  No, that's ok.

2              "MM:  Junior stop it.

3              "UC:  Quieren, quieren usar la trampa tambien?

4    (Do they, do they want to use the trap also?)

5              "CS:  He's going to go, let me open the door for

6    him, hold on.

7              "IT:  Let's go.

8              UC:  U/I.

9              "IT:  Alright.

10             "CS:  Uh, we can go too, let's go, let's go, we'll

11   talk in the car... U/I.

12             (sound of door opening)

13             "UC:  U.I.

14             "CS:  U/I.

15             "UC:  U/I.

16             "CS:  U/I come on in, Buju U/I.

17             "CS:  His U/I...

18             "MM:  Yeah.

19             "CS:  You know.

20             "(sound of door closing)"

21             (Tape stopped.)

22             MR. PRESTON:  Your Honor, can we approach for a

23   moment?

24             THE COURT:  All right.

25             MR. PRESTON:  Judge, after this part of the video,
```

```
 1   there's going to be a portion of the video where there's
 2   conversations that take place between Mr. Johnson,
 3   Mr. Myrie, Mr. Thomas.  Now, this part of the video, the
 4   conversation wasn't as important, although there were some
 5   words in there obviously, but I'm -- I don't know why we
 6   can't get better sound right now, because I have watched the
 7   video.  I just watched it at my office at lunchtime.  I know
 8   the sound is there.  I just don't know if there's anything
 9   that can be done to -- with the system here to get our sound
10   up, because the jury's just not going to hear that
11   conversation that the -- at the level it is right now.  I
12   don't know what to suggest or to do at this point in time,
13   but --
14            THE COURT:  Does your computer adjust the sound?
15            MR. PRESTON:  I don't believe so.
16            MR. MARKUS:  I just talked to the paralegal about
17   that, and we tried to put a microphone to the speaker to the
18   computer.  Perhaps we could get speakers to hook into our
19   computer and hook up a microphone to an exterior speaker off
20   of our computer, but I need a few moments to get somebody to
21   run over from my office with portable speakers to attempt to
22   do it that way, but I'm -- I'm not a real technology guy,
23   Judge.  I just know that we're having difficulty here, and
24   they're just going to see three people sitting on a sofa if
25   we don't get the sound up here.
```

1          THE COURT:  Okay.  Sara, have we got the sound as

2   high as we can go?

3          THE CLERK:  We can have -- maybe something is

4   interfering.  I can work on it.

5          THE COURT:  Why don't you get Jorge Sanz up here.

6   I will give the jury a break.

7              *(Bench conference concluded.)*

8          THE COURT:  We're having problems with the sound,

9   getting the sound up loud enough so that you can hear the

10  words that people are saying.  We'll take a 15-minute break,

11  and we're going to get a technical person up here and see if

12  we can get our equipment to work better and perhaps even get

13  some external speakers or something.  So, we'll take a

14  15-minute break.

15         COURT SECURITY OFFICER:  All rise.

16         (The jury exited the courtroom.)

17         THE COURT:  Mr. Preston, you want to send somebody

18  to get some speakers?

19         MR. PRESTON:  I'm sorry, Your Honor?

20         THE COURT:  You want to send someone to get some

21  speakers?

22         MR. PRESTON:  Yes, sir.

23         (Pause.)

24         THE COURT:  All right.  Let's use this time to

25  address the issue about the transcript.  Let's use this time

1   to talk about the issue of the transcript.  You say other

2   courts have admitted this?

3           MR. MARKUS:  Other courts, Judge, allowed the

4   witness to be questioned about it.  They didn't -- they

5   didn't try to admit the transcript in that case, Your Honor,

6   but they allowed the lawyer to question the witness about

7   the credibility finding.  One other Court did.

8           THE COURT:  Well, as I read this transcript, it's

9   a sentencing of Mr. Smith, and the issue is whether or not

10  Mr. Smith is going to get a safety-valve treatment to go

11  below the statutory minimum, and one of the issues to get

12  safety-valve treatment is that he had to debrief with the

13  Government truthfully.

14          MR. MARKUS:  Correct.

15          THE COURT:  And the sentencing judge said that she

16  thought Mr. Smith had told everything that he knew.

17  Apparently the Government was taking the position he's told

18  us some things but he hasn't told us everything he knows.

19  So, the judge made the finding that Mr. Smith had told

20  everything he knew, and then she goes to Mr. Johnson and

21  says that she finds it not entirely truthful based upon his

22  extensive criminal history, his career of defrauding others,

23  his financial incentives to provide testimony favorable to

24  the Government, and his demeanor during his testimony.  She

25  doesn't say that she finds any one particular thing to be

1   untruthful.

2       It appears to me that she's finding that Mr. Smith

3   is entitled to the safety valve, and all of these factors

4   that the judge states can be used by this jury, and this

5   should be used by this jury to judge his credibility.  But

6   I'm going to grant the Government's motion in limine that

7   you're not to use this in cross-examination.

8       MR. MARKUS:  I don't want to violate the Court's

9   order, so I want to make sure I understand.  Can I ask him

10  whether he needs to be truthful when testifying and that he

11  knows that a judge has found him not credible and the

12  Government has overlooked that, the Government has allowed

13  him to continue -- to continue to cooperate with them

14  despite this finding?

15      MR. PRESTON:  Judge, I don't think that's an

16  accurate view of what Judge Aldridge is doing in this.

17  That's taking it to its --

18      THE COURT:  The problem is we have rules about

19  impeachment of credibility, and you can ask him if he's been

20  convicted of a felony or crimes involving moral turpitude,

21  not whether some judge has looked at his demeanor and his

22  financial incentives and come to the conclusion Mr. Smith

23  was telling everything he knew.

24      MR. MARKUS:  Right.  No.  I agree for that purpose

25  it wouldn't be admissible.  I think the reason I can ask it,

```
 1   Judge, is because I ask the effect it's had on his

 2   Government enablers, because one of our theories is that he

 3   continues to violate -- he doesn't pay his taxes; he's filed

 4   for bankruptcy; he's testified falsely and the Government

 5   continues to let him run around the street still, and I

 6   think this is part of that.  Another judge has found him to

 7   have done something --

 8           THE COURT:  So what you're saying is you want to

 9   use it not to impugn Mr. Johnson but to impugn the

10   Government, that the Government is somehow a bad actor for

11   even using Mr. Johnson?

12           MR. MARKUS:  That Mr. Johnson has been allowed to

13   continue to cooperate even though he's been found to have

14   lied; right.

15           THE COURT:  So, it doesn't go to his credibility;

16   it goes to the Government's credibility in using him?

17           MR. MARKUS:  That's part of it, yes, Judge.

18           THE COURT:  What I will let you ask is, "Isn't it

19   true that in some of your trials you've testified and other

20   witnesses have testified differently who have been found to

21   not be credible and yet the Government still uses you?"

22           MR. MARKUS:  Okay.

23           THE COURT:  Not that he's lied or not that the

24   judge has found him to have lied.

25           MR. MARKUS:  Thank you, Your Honor.
```

```
 1              THE COURT:  All right, let's take five minutes.

 2              (Recess from 2:05 p.m. until 2:20 p.m.)

 3              THE COURT:  All right, Frank, bring in the jury,

 4    please.

 5              MR. PRESTON:  Judge, I think we pretty well got

 6    the problem cleared up.  The headphones that the jurors have

 7    could further enhance their ability to hear, if they want to

 8    use those.

 9              THE COURT:  All right.

10              (The jury entered the courtroom and was seated.)

11              THE COURT:  Okay.  We've added some external

12    speakers to the computer which we think helps solve the

13    problem.  Sara tells me, though, if you wear your earphones,

14    that enhances the sound even more.  So, you can do whichever

15    you choose.

16              Proceed.

17              MR. PRESTON:  Thank you, Your Honor.

18              (Tape played as follows:)

19              "IT:  What's up baby?

20              "IT:  Yeah man where you at?  You got the other

21    phone turned off?

22              "IT:  Yeah call me on this, yeah.

23              "IT:  Thirty, I need to talk to... right, right,

24    right... you know... yeah.

25              "MM:  Yeah.
```

```
 1              "MM:  U/I.

 2              "CS:  Alright, you, U/I, you tell me when.

 3              "MM:  I'll give you his number.

 4              (voices overlap)

 5              "IT:  U/I.

 6              "MM:  U/I nine one seven, U/I.

 7              "CS:  Hold on, I'll, I'll write it, I don't have

 8    the phone here U/I... I left in the car, put it in pen and

 9    piece of paper, here...

10              (voices overlap)

11              "MM:  Alright.

12              "CS:  I don't have a pen U/I.

13              "IT:  (on the phone)

14              "IT:  Yo man.

15              "IT:  What's going on man?

16              "MM:  What's in the fridge to drink?

17              "CS:  U/I.

18              (voices overlap)

19              "IT:  I've been trying to U/I call you like crazy

20    man U/I.

21              (voices overlap)

22              "MM:  U/I wine.

23              (voices overlap)

24              "IT:  U/I calling.

25              "CS:  Yeah drink it, drink it.
```

```
 1              "MM:  What is this?

 2              "CS:  U/I that's good.

 3              "IT:  Ok, ok.

 4              "CS:  No, we going U/I, we going U/I something

 5    else.

 6              (voices overlap)

 7              "IT:  U/I.

 8              "IT:  Uh, I'm good right now U/I.

 9              "IT:  Yeah.  Looking good, real good.

10              "IT:  Yeah, he'll pick me up.

11              "IT:  Yeah, yeah, U/I.

12              "IT:  Yeah, yeah.

13              "CS:  U/I.

14              (voices overlap)

15              "IT: U/I, I am here right now, like you know, done

16    like right now you need to call me right back.

17              "IT:  I mean I'm saying I'm here right now, so I

18    mean I just need to know what, you know how you are looking

19    with you know with how many blah, blah, blah, blah.

20              "IT:  Uh?

21              "IT:  That's what I'm saying, you going to be able

22    to come up.

23              "IT:  Yeah, man come on up and uh, we could talk.

24              "IT:  Yeah, come up to talk.

25              "IT:  Man you want to come, you, you want to come
```

1  this evening, man I am here to see me man, I'm here, cause

2  U/I right now I'm, I'm comfortable, over my mother.

3          "IT:  If you come this evening call me.

4          "IT:  In the morning, alright in the morning then,

5  put it together for the morning and we meet up lock my

6  number in.

7          "MM:  U/I.

8          (voices overlap)

9          "MM:  You... find how much U/I wants."

10         (Tape stopped.)

11 BY MR. PRESTON:

12 Q    Who was that voice in the background saying, "Yeah,

13 find out how much he wants"?

14 A    That's Mark Myrie.

15         (Tape played as follows:)

16         "CS:  He wants thirty.

17         "IT:  U/I exactly, do that.

18         "IT:  (hangs up phone)

19         "IT:  U/I.

20         "MM:  U/I.

21         "IT:  This guy man, this guy buys thirty a week

22 man.

23         "CS:  U/I thirty, U/I, not thirty a week U/I, he

24 was talking to me...

25         (voices overlap)

```
 1              "MM:  Yeah.
 2              "CS:  U/I saying that you could take twenty in one
 3  shot, no?
 4         (voices overlap)
 5              "CS:  Twenty in one shot.
 6              "IT:  Oh yeah, oh yeah.
 7              "CS:  Ok.
 8              "IT:  That's what I'm saying.
 9              "CS:  But now, I give you a better price, I don't
10  care how much you charging.
11              "IT:  Yeah.
12              "IT:  U/I alright, I'm going to be honest with
13  you.
14              "CS:  If he comes with the money U/I...
15         (voices overlap)
16              "IT:  U/I.
17              "CS:  U/I take your money out.
18         (voices overlap)
19              "IT:  That's, that's how it is man, just straight
20  cash man, U/I that's why we got to ask you about the
21  shipment and all this stuff.
22              "IT:  I got, we got a guy we were doing some
23  business with, you see, the guy was giving it to me at
24  twenty-three and he, he we take it up to Georgia, see, this,
25  this guys is in Georgia.
```

```
 1              "CS:  Ok.

 2              "IT:  You see what I'm saying.  But this guy, this

 3    guy U/I see the guy, he can't supply him U/I... this guy, he

 4    can get a hundred a week at a price and U/I, it's gone...

 5    that's how, that's how he moves, I'm telling you, this guy

 6    is serious...

 7              "CS:  Ok.

 8              "IT:  U/I is all about numbers with him you see

 9    what I'm saying, if the numbers don't make sense U/I...

10              (voices overlap)

11              "CS:  U/I you pretty much will call, call the

12    price if you come for a hundred let's put it that way, if

13    you want to, you know, take it...

14              (voices overlap)

15              "MM:  You name the price.

16              "CS:  I can produce a hundred.

17              "IT:  U/I.

18              "MM:  You name the price U/I.

19              "CS:  I can produce a hundred for you, if you come

20    for the hundred, at twenty-three, no problem.

21              "IT:  Ok.

22              "CS:  At a hundred.

23              "IT:  U/I this guy buying it.

24              (voices overlap)

25              "CS:  You think that guy will come for a hundred?
```

```
 1              "IT:  Man...

 2              (voices overlap)

 3              "CS:  U/I.

 4              "IT:  He's not going to buy it all at the same

 5   time.

 6              "CS:  Oh.

 7              "IT:  You know U/I.

 8              (voices overlap)

 9              "IT:  Like I'm saying, if you have, like for

10   instance if you can get thirty today ok, and you can give

11   him thirty tomorrow U/I...

12              (voices overlap)

13              "CS:  Alright, this is...

14              (voices overlap)

15              "IT:  And thirty for tomorrow...

16              "CS:  Perfect.

17              "IT:  He can do, he can get rid of them, cause see

18   the thing with him, he don't watch numbers on his side, you

19   see, as long as he gets the product, he can move the

20   product.

21              "CS:  Well this is what we'll do.

22              "IT:  Yeah.

23              "CS:  This is what we'll do.

24              "IT:  Yeah.

25              "CS:  I'll gibe it to you at twenty-three.
```

```
 1              "IT:  Yeah.

 2              "CS:  But this is how we will do it.  He comes up

 3    for thirty, he, he will pay me at twenty-five...

 4              "IT:  Uh, huh.

 5              "CS: you come in for the next thirty, you pay me

 6    at twenty-five.  The next thirty that would make the

 7    hundred, then he, we'll deduct two-thousand dollars out of

 8    sixty.

 9              "IT:  Yeah.

10              "CS:  That a deal?

11              "IT:  No, say that again, say that again...

12              "CS:  (laughs)

13              "IT:  U/I you say that so fast.

14              "CS:  Ok.  First, he comes for thirty tomorrow...

15              "IT:  Yeah.

16              "CS:  And you told him.

17              "IT:  Yeah.

18              "CS:  He comes back and gets done with those

19    thirty, and goes back with another thirty, he pays me at

20    twenty-five of those thirty.

21              "IT:  Right.

22              "CS:  He comes back now, and now he's proven

23    himself for the next thirty.

24              "IT:  Yeah.

25              "CS:  That's ninety.
```

```
 1              "IT:  Yeah.

 2              "CS:  I want him to pay me minus the three

 3    thousand dollars I already charged him, the U/I two

 4    thousand.

 5              "IT:  Right.

 6              "CS:  Per, per, no.

 7              "CS:  If he takes sixty from me at twenty-five.

 8              "IT:  Right.

 9              "CS:  I will gain credit for two thousand times

10    sixty when he comes back for the thirty.

11              "IT:  Man U/I...

12              (voices overlap)

13              "IT:  U/I that's that's a good deal.  I mean, if,

14    as long everything is straight man, trust me, it can happen.

15              "MM:  Junior, Juan you can trust him.

16              "IT:  You see, cause that's, that's my thing, as

17    long as you are good...

18              (voices overlap)

19              "CS:  U/I.

20              "IT:  I know he's good, he know I'm good.

21              "CS:  Ok U/I.

22              "IT:  I know that guy is good because you know

23    what, you're not going to see him, all you're going to see

24    is me.

25              "CS:  Ok.
```

```
 1              "IT:  You are not going to nobody but me.

 2              "CS:  Perfect, perfect, perfect, perfect, U/I and

 3    I'm going to take care of you and you take care of me...

 4              (voices overlap)

 5              "IT:  Ok.

 6              "CS:  You cover my back, I cover you back.

 7              "IT:  You are not going to see him.

 8              "CS:  Yeah, yeah, yeah.

 9              (voices overlap)

10              "IT:  U/I he'll come tomorrow, you know, come here

11    and bring me the money and then I got to come and see you,

12    he don't see nobody.

13              "CS:  That's it.

14              "IT:  Ok.

15              "CS:  You take care of your business and we do,

16    and I'll, I'll do it right.  And I am going to give you, he

17    talked to you about what I'm taking care of him with...

18              (voices overlap)

19              "MM:  U/I.

20              "IT:  We don't even need no five man, cause, cause

21    we don't keep nothing, I don't break nothing down, I don't

22    do that.

23              "CS:  Ok.

24              "IT:  Just one two.

25              "CS:  Ok.
```

```
 1              "IT:  You know what I mean U/I cause I don't want
 2  to have to sit with another U/I.
 3              "CS:  You are, you are a man.
 4              (voices overlap)
 5              "IT:  U/I.
 6              "CS:  You are U/I of you business; you know what
 7  you are doing...
 8              (voices overlap)
 9              "IT:  Yeah, yes, yes.
10              "CS:  You know.
11              "IT:  I don't break, I don't do all that, I just
12  one two, boom, boom, boom."
13              (Tape stopped.)
14  BY MR. PRESTON:
15  Q    Who's doing all this talking here?
16  A    Ian Thomas.
17              (Tape played as follows:)
18              "CS:  Ok.
19              "MM:  Boss man said about giving me five, you
20  can't say I don't want five U/I...
21              (voices overlap)
22              "CS:  Yeah give it to him, I give it to you,
23  doesn't matter.
24              (voices overlap)
25              "MM:  U/I.
```

```
 1              "IT:  U/I oh, it'll work out, U/I.

 2              (voices overlap)

 3              "IT:  U/I good.

 4              "CS:  No, I know what he is saying, you don't need

 5    that because he is paying me case.

 6              "IT:  Yeah.

 7              "CS:  You know.

 8              "IT:  Yeah, U/I, you know what I mean.

 9              "CS:  Yeah.

10              "IT:  Yeah.

11              "MM:  You guys didn't exchange numbers Junior.

12              "IT:  Yeah, we going to do it tomorrow.

13              "CS:  Hold on.

14              "(sound of door opening and closing)"

15              (Tape stopped.)

16    BY MR. PRESTON:

17    Q    Who said, "You name your price"?

18    A    Mr. Myrie.

19    Q    The Defendant?

20    A    The Defendant, sir.

21    Q    Who said, "Junior, you can trust him"?

22    A    Mark Myrie, the Defendant.

23    Q    Who is Junior, Juan?

24    A    That's me.  That's the other name I use.

25    Q    What were you talking about when he talked to you about
```

```
 1    "What I am taking care of him"?

 2    A    Talking about the conversation that has previous in the

 3    vehicle, Mr. Mark Myrie with the five kids.

 4    Q    What was Mr. Myrie's concern here about the five?

 5    A    Because Mr. Thomas says, "Don't worry about the five."

 6    I don't know the exact words he used, but he said, "No, I

 7    want those five."

 8              MR. MARKUS:  Objection, Your Honor.

 9              THE COURT:  Approach the bench.

10              (Bench conference as follows:)

11              MR. MARKUS:  That's not what he said.

12              THE COURT:  Well, apparently that's his

13    interpretation.

14              MR. MARKUS:  The problem is here we don't have the

15    transcripts in front of the jury, so I think it's -- it's --

16    he's allowed to say what he thinks they said without the

17    transcripts.  That's not what was said, Your Honor.  I just

18    ask that that answer be stricken and instruct the jury that

19    they heard the tape for themselves.

20              THE COURT:  The proper way to cover it is on

21    cross, to let you play it back and ask him again what was

22    really said and such.

23              MR. MARKUS:  Thank you, Judge.

24              THE COURT:  Okay.

25              (Bench conference concluded.)
```

```
 1   BY MR. PRESTON:

 2   Q    Who made the final comment about exchanging numbers

 3   there?

 4   A    Ian Thomas and Mr. Myrie in exchange to Ian Thomas.

 5   Q    Were numbers exchanged after leaving the warehouse?

 6   A    Yes.

 7          MR. PRESTON:  At this time, I move into evidence a

 8   copy of the transcript of that recording, Your Honor,

 9   Government's Exhibit 23B.

10          THE COURT:  Be admitted.

11          (Government Exhibit 23B was received in evidence.)

12          THE COURT:  That's the transcript of the

13   conversation we just heard?

14          MR. PRESTON:  Yes, sir.

15          THE COURT:  All right.  Be admitted.

16   BY MR. PRESTON:

17   Q    Where did you go from the warehouse?

18   A    We drove to a restaurant.

19   Q    Did the female who was present earlier accompany you to

20   the restaurant?

21   A    Yes, she did.

22   Q    Do you recall if cocaine was discussed at that

23   restaurant?

24   A    Not in front of her.

25   Q    Do you recall any specific conversations from the
```

```
 1   restaurant?

 2   A    I did talk to him or both of them more about the

 3   transaction we were about to do, and Ian Thomas moved out of

 4   the table for some time over a long time while Mr. Myrie and

 5   the lady and myself remained at the table talking on various

 6   subjects.

 7   Q    Did you have any phone -- did you meet with Ian Thomas

 8   the next day?

 9   A    Yes, I did.

10   Q    Did you have any phone communications with him prior to

11   that meeting?

12   A    Yes, I did.

13            MR. PRESTON:  Government moves R13B and R13,

14   Your Honor, at this time.

15            THE COURT:  Be admitted.

16            (Government Exhibits R13B and R13 were received in

17   evidence.)

18            MR. PRESTON:  That last exhibit, if I forget to

19   use the prefix number, that was R20, 23B.

20            May we publish 13 with the use of 13B, a call

21   between -- a call from August -- sorry, December 8, 2009, at

22   5:32 p.m?

23            THE COURT:  You may.

24            (Tape played as follows:)

25            "CS:  (Laughing)... I'm calling, are you okay?
```

1       "THOMAS:  Yeah I'm okay man.  I just got my

2   (inaudible) delivered (inaudible) a little messed up a

3   little bit, but I'm okay.

4       "CS:  Alright, I was calling Mark but he didn't

5   answer.

6       "THOMAS:  Yeah he's on the phone over there

7   arguing with somebody.

8       "CS:  Okay, as, as usual.  Right?  (giggle)

9       THOMAS:  Yeah, he's good though.

10      "CS:  Well I didn't get to say bye to you.  How we

11  doing?  Are we staying here tonight or we going back?

12      "THOMAS:  No we gotta go back cuz no change of

13  clothes, nothing man.  So, um, ya know we gotta run

14  (inaudible) but tomorrow, tomorrow should be good, okay?

15  First thing, uh, I call yo later, let you know what's what.

16  Ya know.

17      "CS:  Okay.  Well, what time tomorrow?"

18      THE COURT:  Stop it just a minute.

19      Now that we've got that external speaker, I can't

20  control the volume any more, so you're going to have to

21  lower the volume.

22      MR. PRESTON:  Judge, I think for these calls we

23  can go back to the other part of the system and unplug the

24  external speakers.

25      THE COURT:  Okay.  I don't know about the jury,

1    but that was hurting my ears.

2              (Tape played as follows:)

3              "THOMAS:  That's what I'm saying, uh, I'll call

4    you tonight and let you know cuz those guys...

5              "CS:  Let me know.  Alright, see you later.  Bye.

6              "THOMAS:  Yeah."

7    BY MR. PRESTON:

8    Q    Mr. Johnson, in that call you indicate, "I didn't get

9    to say bye to you," to Mr. Thomas.  Why didn't you get to

10   say bye to him?

11   A    Because I was talking to him -- why I didn't say bye to

12   him?

13   Q    You're talking about leaving the restaurant.  "Well, I

14   didn't get to say bye to you."

15   A    I understand.  Because I was instructed by DEA to leave

16   the restaurant because Ian Thomas has --

17             MR. MARKUS:  Objection, Your Honor, hearsay.

18             MR. PRESTON:  Doesn't go to the truth of the

19   matter, Your Honor.

20             THE COURT:  Overruled.

21             THE WITNESS:  Ian Thomas left the table for a long

22   time, and surveillance lost him, and they were concerned

23   about my safety.

24   BY MR. PRESTON:

25   Q    So, you didn't see Ian Thomas when you left the

```
 1  restaurant?

 2  A    No, I did not.

 3           MR. PRESTON:  Government moves Government Exhibit

 4  R14 and R14B at this time.

 5           THE COURT:  Be admitted.

 6           (Government Exhibit R14 and R14B were received in

 7  evidence.)

 8           MR. PRESTON:  May we publish this conversation

 9  from December 8th at 9:08 p.m., Your Honor?

10           THE COURT:  All right.

11           (Tape played as follows:)

12           "CS:  Hello... (giggle)

13           "THOMAS:  Yes my friend.

14           "CS:  Como estas?

15           "THOMAS:  Hello?

16           "CS:  Como estas, como estas?

17           "THOMAS:  Bien, gracias, y tu?

18           "CS:  Okay, bien, bien, bien, (inaudible).  I

19  call, I, I, I call by him first but doesn't answer.

20           "THOMAS:  Yeah, yeah, yeah he's um, he was in the

21  bathroom.  He just...

22           "CS:  Okay, you guys make it home okay?

23           "THOMAS:  Oh yeah, everything good, yea.

24           "CS:  What time tomorrow?  Or what?

25           "THOMAS:  I still, I still have a time yet.  Gimme
```

```
 1   a minute.  They putting together cuz I'm working on some

 2   other, ya' know?

 3             CS:  Oi, call me, call me tonight, alright?

 4             "THOMAS:  I'm, I will.

 5             "CS:  Bye."

 6             MR. PRESTON:  Move to admit Government's Exhibit

 7   R15 and R15B, a recording and a transcript from

 8   December 1st, 2009, 6:34 a.m.

 9             THE COURT:  Be admitted.

10             (Government Exhibits R15 and R15B were received in

11   evidence.)

12             (Tape played as follows:)

13             "THOMAS:  Good morning sir.

14             "CS:  Good morning man.  I call him early only

15   because I want to know if I should get in motion.  Ya know?

16             "THOMAS:  Yeah.  They're in the motion now.  I'm

17   actually, I'm on my way to take my boy to get his truck from

18   the shop cuz we didn't get it last night when we got up.

19             "CS:  Okay.

20             "THOMAS:  And then I'll, and then I'll heading up.

21   But, um, them guys supposed to be coming down.  But I'm

22   waiting to hear back from them.

23             "CS:  Okay.  So you don't know yet at what time?

24             "THOMAS:  No, they didn't give me a specific time

25   cuz (inaudible) they're trying to get the rest of the paper
```

```
 1   together and then, then, ya know, (inaudible) yeah but.

 2   They're gonna call me this morning though.  As soon as I

 3           "CS:  Okay, okay, okay.  You know that I, I

 4   (inaudible) early riser.  Just want to get, get enough time

 5   so when you get here I'm ready.  You know what I mean?

 6           "THOMAS:  Yeah, yeah.  So what I was (inaudible) I

 7   call and let you know.

 8           "CS:  Very good.  Alright.  Take car.  Bye bye.

 9           "THOMAS:  Alright (inaudible.)"

10   BY MR. PRESTON:

11   Q    When the term "paper" was used in that conversation,

12   what did you understand that to mean?

13   A    Money.

14           MR. PRESTON:  Move to admit Government Exhibit R16

15   and R16B, a recording and transcript, December, 12:32 p.m.

16           THE COURT:  Be admitted.

17           (Government Exhibits R16 and R16B were received in

18   evidence.)

19           (Tape played as follows:)

20           "THOMAS:  (inaudible) running behind but here's

21   the deal man.  Uh, he's not (inaudible) uh, can you, um, I

22   know it's not what we had talked exactly but when I see you

23   I tell you, I explain to you what's what.  But, um, can you

24   (inaudible) shoot (inaudible) probably about, in about, cuz

25   I just got to, um, Orlando.  Okay?
```

```
 1            "CS:  Okay.

 2            "THOMAS:  (inaudible) a couple a, uh, just gimme a

 3  couple of hours.  I got a guy up there in, in Tampa, waiting

 4  on me to come by and see you.  Now, you wanted to talk

 5  (inaudible) about them girls.  You know what I mean?

 6            "CS:  Oh, about that.  What's he talking about?

 7  In...

 8            "THOMAS:  Huh?

 9            "CS:  About.  What number is he talking about?

10  How many people?

11            "THOMAS:  Five (5), five (5), five (5) of them

12  people, five (5) of them girls.  Yeah.

13            "CS:  Oh.

14            "THOMAS:  But when I talked to you about the other

15  one man I talked to you about the other fifteen (15).

16  (inaudible) that, that's somebody else, you know?  I will

17  talk to you when I see you.  You know?

18            "CS:  Okay.  Alright.  Well but (inaudible) is

19  other people coming too or no?

20            "THOMAS:  Huh?  Yeah, they're coming but I need to

21  (inaudible) see I talked to you, yeah.

22            "CS:  Okay.  When are they coming?  The other

23  guys?

24            "THOMAS:  They're coming this afternoon too.

25  (inaudible)  The ting about it, let me tell you cuz,
```

1   remember I told you he had got, um, he had put something

2   together for, for yest, for Monday right?

3          "CS:  Okay?

4          "THOMAS:  So basically what he's trying to do,

5   he's trying to get rid of what he have now to put all the

6   paperwork together so he can come get, you know, you will

7   actually be seeing twenty (20).  You know what I mean?

8          "CS:  Okay.  That's fine.  So he's coming this

9   afternoon and, and, and you take care of both of them.  I

10  don't want to see the, the, the two (2) guys.  You

11  (inaudible) I want to see you.  Okay?

12         "THOMAS:  That's that's what I'm saying, you, I'm

13  coming to see you in a little bit for, for the five (5) and

14  then, then the other guys, (inaudible) it's two (2)

15  different people.  I got, I got "Tampa" now waiting on me,

16  and that guy's coming later from the other side.  You

17  understand what I'm saying?

18         "CS:  Okay, uh, but list (inaudible), what we'd

19  like to do id, let's wait until you other guy gets here and

20  we do all at one (1) shot.  Is that cool?

21         "THOMAS:  Yo, yo cuz see this other guy been

22  sitting there waiting form me from this morning man.  That's

23  the thing.  He came all the way down from, from Palatka.  Ya

24  know?

25         "CS:  Oh.

```
 1              "THOMAS:  (inaudible) five (5) guy.

 2              "CS:  Ah hah.

 3              "THOMAS:  Yeah, he came all the way from Palatka.

 4   He been waiting on me.  I just, cuz I had to take my boy to

 5   get his truck and take him to the doctor because he didn't

 6   get the truck.  Ya know what I mean?  So he's, he's sitting

 7   there waiting and I don't want to disappoint him cuz I tell

 8   him I be there.  I was supposed to meeting up with him at

 9   twelve (12) thirty (30) but, I just got here.  Now I gotta

10   jump in the other car to come that way.  Ya know what I

11   mean?

12              "CS:  Okay.  And what (inaudible) so that I know,

13   so that I, I understand you right.  They, you friends, you

14   see because I, I just thinking about the, the, the, the

15   price, the, the, quote I give you.  Okay?  Uh, th, that's

16   what I'm thinking about.  If we can do this, al at one (1)

17   shot I, I save a dollar.

18              "THOMAS:  Come (Inaudible)

19              "THOMAS:  I understand, I understand what your

20   saying man but what I'm saying.  When I see you I talk to

21   you in person about the other guys.

22              "CS:  Uh, lets (inaudible) come on, let's talk,

23   okay?

24              "THOMAS:  Yeah, yeah.

25              "CS:  Alright, I'll see you there.  Call me when
```

```
1    you get in.  Bye.

2              "THOMAS:  Yeah.

3              "CS:  Bye."

4              (Loud noise in courtroom.)

5              THE COURT:  Stop just a minute.  That buzzing

6    sound is feedback from someone's cellphone.

7              MR. MARKUS:  I think it's on the tape, Your Honor,

8    itself, because when I listened to these tapes, they had

9    that feedback, too.

10             THE COURT:  Okay.  Be sure your cellphones are

11   turned off.

12             MR. PRESTON:  Move to admit R17 and R17B from

13   December 9, 2009, 1 p.m.

14             THE COURT:  Be admitted.  You may publish.

15             (Government Exhibit R17 and R17B were received in

16   evidence.

17             (Tape played as follows:)

18             "CS:  Called you back but you didn't answer.

19             "THOMAS:  I know I was getting some gas.  What's

20   going on?

21             "CS:  Okay.  What time you think you gonna be

22   here?  Because my guy.  Because you, you told me this

23   morning they haven't left.  I gotta get him in pocket to,

24   to, to help me.  To take care of business.

25             "THOMAS:  Huh?
```

1      "CS:  I sai, what time you planning on being here?"

2  (telephone ringing in background)

3      "THOMAS:  It's one (1) o'clock now.  I figure by

4  two (2) thirty (30), three (3) o'clock the latest cuz I'm in

5  Orlando and I gotta drive all the way to Tampa to come to

6  you.

7      "CS:  Take you time.  Take you time.  Okay?  Take

8  you time, uh.  This way we'll give time to you... hold on,

9  hold on a minute.  Don't go away, please.  One (1) minute.

10 (answers phone)

11     "CS:  Ya te llamo enseguida.  Ya te llamo

12 enseguida.

13     "CS:  Okay, I'm sorry.

14     "THOMAS:  (inaudible) you guys gotta go

15 (inaudible)

16     "CS:  I'm sorry, I'm back.  Okay?

17     "THOMAS:  Uh huh, yeah.

18     "CS:  Are, are you there?

19     "THOMAS:  Yeah I'm here, I'm listening.

20     "CS:  Okay.  So, what I'm saying is that uh, uh,

21 take you time and, maybe, like I say, my guy, I got him out

22 of pocket, towing a boat.  I, I gotta, I'm calling him he

23 (inaudible) I need to get him back in place over here.  So

24 take you time.  It's one (1) o'clock now, ya know

25 (inaudible) four (4) o'clock will be okay but, about what

```
 1    time the other people from uh, uh Atlanta be in, be here?

 2              "THOMAS:  Well wee that's what I'm saying.  I

 3    don't know man (inaudible) like I'm telling you man they're

 4    trying to put the things together  they don't have all the

 5    money together yet...

 6              "CS:  Oh, I see okay, okay, okay.

 7              "THOMAS:  That's what I'm trying to tell you man.

 8    I mean...

 9              "CS:  Alright (inaudible)

10              "THOMAS:  (inaudible) happen.  Huh?

11              "CS:  Alright, then, uh, go ahead and uh call me.

12    Lets talk.  Alright?

13              "THOMAS:  Alright.  Okay.

14              "CS:  Bye."

15              MR. PRESTON:  Next move to admit R18 and R18B from

16    December 9, 2009, 2:55 p.m.

17              THE COURT:  Be admitted.

18              (Government Exhibits R18 and R18B were received in

19    evidence.)

20              (Tape played as follows:)

21              "THOMAS:  Yea papi.

22              "CS:  I'm sorry man I can't answer the phone

23    because I'm, I'm a little bit busy.  What, what you doing?

24    Where you at?

25              "THOMAS:  Well I'm, I'm try, I was on my way down
```

1  there but I didn't know what to do cuz I was calling you.  I

2  was getting anxious.

3          "CS:  Oh, you still in Orlando?

4          "THOMAS:  No, no, no I'm in, in between Tampa.

5  I'm in Brandon.

6          "CS:  You're in Brandon.  Ah, okay.

7          "THOMAS:  Yeah.

8          "CS:  Okay.  Well, listen.  So that we, I can meet

9  with you.  I don't want to meet you, you friend.  I just

10  want to talk to you.  (inaudible), when you get, give me a

11  list, let me finish what I'm doing, okay?  It won't be for

12  a, listen, til' about a, at the minimum four (4) thirty (30)

13  Okay?

14          "THOMAS:  Oh, okay.

15          "CS:  Alright because I, I, I, believe me.  You

16  know I, I, I'm busy as you know.  You know I, I, I'm busy

17  right now but let, le, le, let me, that's what I told you

18  earlier when you call me from Orlando that I needed so, some

19  time.  But uh, (inaudible) I see you by the exit at four (4)

20  thirty (30).  Okay?

21          "THOMAS:  Oh, okay.

22          "CS:  Alright because I, I, I, believe me.  You

23  know I, I, I'm busy as you know. you know I, I, I'm busy

24  right now but let, le, le, let me, that's what I wold you

25  earlier when you call me from Orlando that I needed so, some

```
 1  time.  But uh, (inaudible) I see you by the exit at four (4)

 2  thirty (30).  And I tell you one (1) thing.  Remember that

 3  place we went there yesterday?  No go there.  Go to you

 4  left, okay?  To the Applebee's.

 5          "THOMAS:  Okay, okay.

 6          "CS:  Alright?

 7          "THOMAS:  Alright.

 8          "CS:  (inaudible)  You know we talk real quick and

 9  a, a, we, we, we, we'll see our next move.  And call you

10  people from up there man.  I talk to you soon.  Ya hear me?

11          "THOMAS:  That's what I'm saying when I talk to

12  you man.  Cuz, I mean (inaudible) I'll talk the rest of ya.

13          "CS:  Alright, bye.

14          "THOMAS:  Yah."

15  BY MR. PRESTON:

16  Q    Mr. Johnson, did you meet Ian Thomas at the Applebee's

17  on December 9th, 2009?

18  A    Yes, sir, I did.

19  Q    Did you meet anyone else at that time?

20  A    Yes, I did.

21  Q    Who was that?

22  A    The person who now I know as "James Mack."

23  Q    James Mack.  Who did you have contact with first?

24  A    With Ian Thomas.

25  Q    Was James Mack present when you first met with Ian
```

```
 1   Thomas?
 2   A    No, sir.
 3   Q    How did you meet James Mack?
 4   A    Ian Thomas told me that he was outside sitting on his
 5   car and that he wanted me to speak to the guy because the
 6   guy was ready to do business.
 7   Q    Where did you meet James Mack?
 8   A    Out at the parking lot of the Applebee's.
 9   Q    Were these events recorded?
10   A    Yes, sir.
11            MR. PRESTON:  Government moves into evidence,
12   Your Honor, at this time Government's Exhibit R24, the
13   recording of the meeting; R24C, a clip of that recording;
14   and R24B, a transcript of the portion which was excised from
15   the full tape -- or full recording.
16            THE COURT:  Be admitted.
17            (Government Exhibits R24, R24B, and R24C were
18   received in evidence.)
19            MR. PRESTON:  May we publish?
20            THE COURT:  You may.
21            (Tape played as follows:)
22            "CS:  I'm telling you.  I wa, I wasn't sure that
23   was you.
24            "THOMAS:  Yeah.
25            "CS:  How are you?
```

```
 1              "THOMAS:  Good, good, good.

 2              "CS:  Everything good?

 3              "THOMAS:  Yes sir, yes sir.

 4              "CS:  You, you traveling a lot today, huh?

 5              "THOMAS:  Huh?

 6              "CS:  You traveling a lot today.

 7              "THOMAS:  Yeah, I'm so tired man.

 8              CS:  What time you went to bed?

 9              "THOMAS:  About two thirty (2:30) this morning.  I

10   was up at five (5).

11              "CS:  Well I call you earlier, at six, almost at

12   six...

13              "THOMAS:  I was on the road to Miami when you

14   called.

15              "CS:  Yeah, yeah.

16              "THOMAS:  Cuz Mark, you know, he had his truck in

17   the shop.

18              "CS:  Yeah.

19              "THOMAS:  He had his x-ray for his foot, you know,

20   that we took?

21              "CS:  Uh huh.

22              "THOMAS:  So I had to take him over to try to get

23   the x-ray.  But we got there and it was in the car.

24              "CS:  Huh.

25              "THOMAS:  So we had to take him back to the x-ray
```

```
 1  place to get another one (1).  Cuz, you know, (inaudible)
 2  gonna do surgery.
 3            "CS:  I know.  Yeah, yeah.
 4            "THOMAS:  Yeah so, uhh.  From there, take him
 5  there to doctor's office, take him to the surgeon.  Drop him
 6  back off at the, well, I had to get a rent-a-car.  Which he
 7  couldn't get because the place wasn't open.
 8            "CS:  Uh huh.
 9            "THOMAS:  So then I had to drive back to Orlando.
10            "CS:  Huh.
11            "THOMAS:  But here's the situation, alright?
12            "CS:  What happened to the, to you guys' friends?
13  The girl from yesterday?
14            "THOMAS:  Huh?
15            "CS:  The girl.  The girl from yesterday?
16            "THOMAS:  That's Mark's girl.
17            "CS:  Oh yeah.
18            "THOMAS:  Yeah, he brought her from, um, she came
19  up from Jamaica to visit him.
20            "CS:  Oh, okay.
21            "THOMAS:  But she left today.
22            "CS:  Oh, good, good.
23            "THOMAS:  Yeah, she went back down, yeah.  It's a
24  crazy thing.  He met her like, what six (6) years ago on a
25  plane to England.
```

```
 1              "CS:  Yeah, he was saying that yesterday.

 2              "THOMAS:  Yeah.

 3              "CS:  Yeah.

 4              "THOMAS:  And she, that was the first (1st) time

 5    they go together in six (6) years.

 6              "CS:  No kidding.

 7              "THOMAS:  Yeah.  They talk on the phone all this

 8    time.  Cuz she, she used to be married.  But now she's, um,

 9    she's sep, you know separated.

10              "CS:  Yeah, yeah.

11              "THOMAS:  (inaudible) she come.  But yeah, she

12    left.  Cuz that, that's why I run so late cuz after we got

13    back to Ft. Lauderdale, I had to take her to Walmart, Ross,

14    you know, she had to buy stuff to take back to Jamaica.

15              "CS:  Yeah, yeah.

16              "THOMAS:  Everybody, you come to America everybody

17    give you a list.

18              "CS:  (laughing)  What they want.

19              "THOMAS:  Yeah.

20              "CS:  I know, I know.

21              "THOMAS:  Yeah.  So that's what happened.  What

22    (inaudible) here now?  You remember we talked yesterday.

23    Huh?

24              "CS:  Yeah.

25              "THOMAS:  The guy wanted fifteen (15).
```

```
1              "CS:  Right.

2              "THOMAS:  Alright.  See, what his problem is.

3   He's outside, you see?

4              "CS:  The guy with the fifteen (15)?

5              "THOMAS:  Yeah, he's outside.  But let me explain.

6   What he said he want to do.  You're the, the, um, the la

7   familia guys in that last thing, right?

8              "CS:  Yep.

9              "THOMAS:  That's who we used to work with before.

10  Old pachino.  They dropping hundred - two fifty (100 - 250)

11  a week.

12             "CS:  Um hm.

13             "THOMAS:  That's (inaudible) you to do.  But you

14  know what happened to them.  So right now, he's got his

15  money to buy fifteen (15).  Since they got mixed up in

16  middle of October.  Said he went to Miami with some, um,

17  Bahamian guys he was doing some business with.  And he

18  bought fifteen (15) from the Bahamian guys.  No good.  Bad

19  stuff.  Ya' see?  So what he want you to do now, (inaudible)

20  said he wanted to buy five (5).  Make sure everything is

21  good.  Purity, you know?

22             "CS:  Oh, but the, that's not what we talk about

23  yesterday.

24             "THOMAS:  No, but see...

25             "CS:  Unless I give you a.  This is what I like to
```

1  do.  You tell him...

2       "THOMAS:  Um hm.

3       "CS:  Ke, keep his word and I keep my word.  Buy

4  the fifteen (15), it, I, I can, I see the money, and he sees

5  the goods.

6       "THOMAS:  Um hm.

7       "CS:  Cash and carry.  But he, I want you, him to

8  check, or you, every single piece.

9       "THOMAS:  Well, see, that's the thing.  Because,

10  see, I talk, I call and you talk to him.  Because, see, the

11  thing about it is, he said the money...

12       "CS:  Is he, is the money here?

13       "THOMAS:  Huh?

14       "CS:  Is, is he here with the money now?

15       "THOMAS:  Yeah.  But he said money for five (5).

16  That's what he say, he gonna buy five (5).  But then

17  tomorrow, he might get twenty five (25).

18       "CS:  So, I, I, I wait until he gets ready for the

19  fifteen (15).  Because I can not go, se my.  Every time I'm

20  go in to the place I gotta pay.

21       "THOMAS:  Yeah.

22       "CS:  Yeah, you know.  I can't do things like

23  that.  I can't go one (1) time, and then ...

24       "THOMAS:  I let you talk to him because, see...

25       "CS:  Where's he at, where's he at?

 1              "THOMAS:  Hm?

 2              "CS:  Is he in the car?

 3              "THOMAS:  No his people right there.  The guy who

 4  come to pick it up.  See he's in Georgia.

 5              "CS:  Oh.

 6              "THOMAS:  Because, because the thing with him.

 7  What his problem is, is like oh we doing business with this

 8  guy first (1st) time.  You don't know who, who the fuck,

 9  (inaudible), you see?

10              "CS:  Yeah.

11              "THOMAS:  They spend money.

12              "CS:  Yeah.

13              "THOMAS:  You know.  But the problem is... (phone

14  call to "IKE")  Hey.  I got, I got my guy here man.  You

15  talk to him cuz, see, right now, right, basically what he's

16  telling me, or he's saying that the, the deal we had

17  yesterday is not the same...

18              "CS:  Hold on.

19              "THOMAS:  Deal now.

20              "CS:  Different price and all that, you know.

21              "THOMAS:  You see.  Hold on, hold on one (1)

22  second.  He's sitting right here with me.  So I'm a let you

23  talk to him you know, you hear me?  Alright (passes phone to

24  CS).

25              "CS:  Hello man.  How are you?  Well, um, my

SHERRILL L. JACKSON, RPR, FPR
Federal Official Court Reporter, U.S. District Court
Middle District of Florida, Tampa Division

```
 1   friend, yesterday, out friend told me that, uhhhh, he needed
 2   the, the amount (inaudible) things you already know.  Okay.
 3   And that's what I prefer myself to do.  And now he changed
 4   the, the, the game plan a little bit.  But, believe me.  If
 5   you have you person here I don't want none of you, uh, uh,
 6   uh part until you said a five (5) with my part.  But I,
 7   until then, I want you to feel like you need to be able to
 8   get it, to give a nothing, fella nothing.  You (inaudible),
 9   you guy here, we talk about one - five (1 - 5).  He should,
10   he, he cost me more, a list with that money, and we work
11   here.  Whatever price you guys discuss is okay with me.  But
12   I give him a good price so we could all make it here.  But I
13   cannot go, and I want, a good price because they told me,
14   uh, pick 'em out.  The, the guy told me, here, uh,  three -
15   zero (3 - 0) at the beginning.  But then he said, it went
16   down to fifteen (15).  I am willing to do the fifteen.  But
17   I will not do any that, less than that because it costs me,
18   to pay the guy, to move it, to do things.  Everything costs
19   money.  You know that.  So, please, if you wanna, if, if you
20   wanna really, you need to trust me because you don't know
21   me.  But if you wanna trust you guys, that they know what
22   they are doing, and (inaudible) want robbed or nothing, I, I
23   know that type.  I see you person here with business and all
24   that.  Uh, you know, and I'll do it if you guys are willing.
25   I, I love to open the door, to open a new door with you guys
```

```
 1   and work continuously.  Because I am a continuous guy.  It's
 2   not like I can, uh, you show me today, then I see you
 3   three-four (3-4) months or six (6) months or, no.  I, I am a
 4   stable guys and I can, I can tell you I can, always, you
 5   know, I able to take care of business.  The problem, no he,
 6   you need to give him the okay to do the fifteen pieces, uh,
 7   right now.  With the, with the money.
 8              "THOMAS:  But he didn't send the money for the
 9   fifteen (15).  (inaudible).
10              "CS:  (inaudible)  He, he, I, I'm sorry?  Yeah,
11   yeah.  Talk to him please.  Cuz I really don't like to, you
12   know, you guys, he can explain to you better, what's going
13   on.  But I am ready for that.  Hold on a second sir, hold
14   on.  (passes phone back to Thomas).
15              "THOMAS:  Same thin.  Hello?  No because yesterday
16   when I spoke him alright.  The prob, the the.  Well, see,
17   when the, the, the, the.  Remember when I told you, you said
18   you could probably do the fifteen (15) or possibly twenty
19   (20).  I told him fifteen (15).  Because I'm telling, so why
20   don't this thing go and you, you decide (inaudible) early,
21   you know, down there every week.  Ya know what I mean?  So
22   basically what I said to him was, I said, well, alright.
23   When I spoke to you yesterday, and you said, okay, you'd do
24   the fifteen (15), and you call me back and said alright,
25   possibly twenty (20).  But then when you called me back
```

1   later on, what you said?  You said, well, you'll do the

2   three (3) to five (5) because, you know, to br, just to

3   break the ice.  That's, well I'm explaining to him.  I mean

4   this...

5           "CS:  Yeah but...

6           "THOMAS:  This what I'm saying man.  These people

7   good people man.  This ain't, you ain't gotta worry 'bout

8   nothing like that.  You know what I mean?  Well that's

9   basically what he saying because, see, it costs him to go

10  get it where it's at from wherever...

11          "CS:  And the price I give you, you making you

12  money but I give you good price too.  You know that.  I

13  can't go, that price is no good.

14          "THOMAS:  (inaudible)  And the, and then, again,

15  what he's saying again, for the price.  You see. what you

16  doing right is what he's giving me.  I'm not nothing out

17  that if I, if I get the five (5).  Not a cent.  You see.

18  I'm just doing it to break the ice so we can get this thing

19  going.  Not a pitch.  Bitch, that's what he's saying.  Cuz

20  he's saying, I told him fifteen (15).  And that's what he

21  saying to me right now.  So, well, he's not going to go, you

22  know, we, we, I should keep my word because I told him that

23  and that's what he put together.  And for him to go... well

24  that's what, that's exactly what I explained to him.  That's

25  exactly what I explained to him.  Ya know what I mean?

1   That's...

2          "CS:  Tell him to send the money for the fifteen

3   (15) and I work with him all day long, every day.  Everyday.

4          "THOMAS:  That's what he saying cuz he, he, this

5   guy came all the from Georgia.

6          "CS:  I, I, (inaudible) another guy.

7          "THOMAS:  He saying, huh?  Ya, I mean, I

8   understand you point, too, I understand your point and I

9   understand his point.  I'm just caught... yeah.  Huh?  Yeah,

10  well alright.  That's true, that's true.  I got you point,

11  alright.  I'll check back with you in a minute.  Alright?

12  Alright.

13         "CS:  (inaudible)

14         "THOMAS:  So basically what he, what he saying,

15  well, if you're not willing.  So, basically, what he trying

16  to do.  I'm telling you.  Basically what he saying he trying

17  to break the ice.

18         "CS:  I heard that.  I heard that.

19         "THOMAS:  He's not gonna put all that money out

20  there, man.  So he saying if your not going to do, forget

21  then.  He just leave it at.  Be ready for his people to come

22  back.  Cuz all he saying was money come back.  That's all he

23  said.  And he said that he's willing, you know, trust me,

24  man.  This what I'm telling you.  This guy spends money man.

25  This guy ain't no joke.  This guy is serious money.

1              "CS:  The Jamaican or no?

2              "THOMAS:  No, no he's an American guy.  They, they

3     live out in Los Montana, called Valdosta, Georgia.

4              "CS:  Okay.

5              "THOMAS:  I'm tellin you, man.  I used to be with

6     this one (1) guy, (inaudible), Colombian guy.  Down in, I, I

7     met him in Miami.  Now this guy, (inaudible) a week, every

8     week.  The man's so good, (inaudible) where'd you find this

9     guy from?  This guy go, small guy, no big timer.  He go

10    Bolivia?

11             "CS:  Yeah.

12             "THOMAS:  Bolivia.

13             "CS:  Yeah.

14             "THOMAS:  He tell me to (inaudible).  I went all

15    the to Venezuela with him, yeah!

16             "CS:  Really?

17             "THOMAS:  (inaudible) man, in, man was like where

18    you find this guy?  (inaudible)  Every week, consistently.

19    (inaudible)  He pay cash every time.  You see?  This guy was

20    giving some good price.  See, the price you give me, twenty

21    five (25)?  That's what he was getting for.  I tell him

22    twenty seven (27).  He was willing to pay twenty seven (27).

23    Cuz that's all I tell him, you give me twenty five (25), I

24    give twenty seven (27).  (inaudible)  Boom, boom, boom,

25    boom, boom.  He don't you know, he don't break nothing down.

```
 1   He'll sell it twenty eight (28), twenty eight fifty (2850),

 2   twenty nine (29).  That's why he move volume like that.

 3            "CS:  So, he, how much, how much money he got

 4   right now?

 5            "THOMAS:  He got money for five.  That's all he

 6   said.  And, basically, what he saying, he wanna break the

 7   ice, man.  Trust me.  This is a break, (inaudible) because

 8   the man will get (inaudible).

 9            "CS:  No, no because, because I, you see.  Be...

10            "THOMAS:  And I understand what you sayin'.

11            "CS:  Believe it or not I already.  When you told

12   me this...

13            "THOMAS:  Yeah.

14            "CS:  I negotiated already with, uh, with...

15            "THOMAS:  You people, yeah.

16            "CS:  My people, okay?

17            "THOMAS:  Yeah.

18            "CS:  You, you know...

19            "THOMAS:  And I respect that.

20            "CS:  Yeah.

21            "THOMAS:  It's okay.

22            "CS:  I go make a phone call.

23            "THOMAS:  Okay.

24            "CS:  Okay?

25            "THOMAS:  Okay.
```

1              "CS:  Get me a, a, a, if you could a, a Corona

2 beer.

3              "THOMAS:  Okay.

4              "CS:  What you want to drink?

5              "THOMAS:  No I just ate.  Actually, I was sitting,

6 we been sitting here for two (2) hours (inaudible).

7              "CS:  Hi.  (to waitress)

8              "CS:  I gonna.  They gonna locate my guy down

9 south.

10              "THOMAS:  Mm hm.

11              "CS:  For a, for a, a big amount.  Now I only

12 gonna tell him I have one (1) cuz I, (inaudible) much, give,

13 I have to not touch the other one (1) because otherwise I

14 lie about, to pay him right away.

15              "THOMAS:  Mm hm.

16              "CS:  I can't tell him because, otherwise, he want

17 me to pay him down there.

18              "THOMAS:  Yeah.

19              "CS:  You know what I mean?

20              "THOMAS:  Yeah.  I...

21              "CS:  Give me a few minutes.

22              "THOMAS:  Yeah but (inaudible), he just got here,

23 man, trust me.  When...

24              "CS:  Is, is the money here with you now?

25              "THOMAS:  Yeah, for the five (5).

```
 1              "CS:  Okay.

 2              "THOMAS:  Yeah.

 3              "CS:  Your guy here.  We, we, they, they tie me

 4   up...

 5              "THOMAS:  Huh?

 6              "CS:  My friend call me from Colombia, tell me

 7   okay we can do it right now.

 8              "THOMAS:  Yeah!

 9              "CS:  If not, tomorrow morning but...

10              "CS:  No, no.  Right now.

11              "CS:  Okay.

12              "THOMAS:  He sitting, he's sitting out there.

13              "CS:  So, so the guy been here a while waiting for

14   you?

15              "THOMAS:  Who, this guy?

16              "CS:  Yeah.

17              "THOMAS:  Yeah.  He's been here since, like, about

18   eleven (11).  And I didn't get back up here 'til, when, when

19   I call you the first (1st), when I called you a couple times

20   and missed you?  That's when I got here.  Yeah.  He was

21   sitting up there at the other place.  Not, you know, up, uh,

22   there, Sam, is it Sam's?

23              "CS:  Sam's.

24              "THOMAS:  Yeah.  He sitting up there cuz he went

25   in and bought a couple, little, stuff and all that stuff.
```

1  But, these guys man.  If you can get along with these guys,

2  trust me.

3           "CS:  I, I not afraid to open the door.  You know

4  me.

5           "THOMAS:  Yeah.  And, see, the thing about it is,

6  I got other people, too, I gotta make contacts.  See, I

7  need, I didn't know what I.  Yesterday I came with Mark, he

8  didn't say nothing.  He said, I gotta go meet a friend of

9  mine.

10           "CS:  So, this is the same people from Atlanta you

11  were talking about yesterday?

12           "THOMAS:  Huh?

13           "CS:  The, the guy I talked to he, he lives in

14  Atlanta.

15           "THOMAS:  Uh huh.

16           "CS:  The guy is in Atlanta, right?

17           "THOMAS:  Yeah, yeah, yeah.  What, you say,

18  Atlanta?  It's outside Atlanta.  A little town called Barney

19  fer, Barney Charger.  Which is, you know, Valdosta, maybe an

20  hour and a half from Valdosta.  You know, same guy.  Um hm.

21  They used to work with them guys.  They used to work with

22  them guys up there in, um, in Atlanta, la (inaudible).

23           "CS:  You used to live in Atlanta?

24           "THOMAS:  My mom live there.  I never live there

25  but I go a lot.  I'm up there a lot.  My mother live up

```
 1   there for twenty six (26) years now.

 2             "CS:  But are you Jamaican, or no?

 3             "THOMAS:  Yeah, I'm Jamaican yeah, yeah.

 4             "CS:  You don't notice you accent a lot.

 5             "THOMAS:  (inaudible) (laughing).

 6             "CS:  (laughing).

 7             "THOMAS:  I grew up here, you.  I been here since

 8   I was eleven (11). and I'm forty three (43) now.  And I been

 9   here since I was eleven (11).  So, been to school and

10   everything here, you know, been to Army here and everything.

11   Yeah.  (inaudible) man, if we can open the door with these

12   guys, you won't be disappointed.  Trust me.  Because these

13   guys.  They been saying the same thing.  There a whole flock

14   of them.  Georgia, North Carolina, South Carolina, Virginia,

15   all up in the coa, near coast.  What they do they pool their

16   money.  You see?  They'll pool their money and they'll come.

17   I say them come and get sixty four (64) one time before.

18   Sixty four (64), one (1) time.

19             "CS:  I like that.

20             "THOMAS:  Tat's what I'm trying to tell you.  Once

21   he see what he wants.  That's why the other guy.  Who know,

22   who know this guy Val, out of Miami.  Who couldn't.  You

23   know, cuz every two (2) weeks he go, he come back.  The

24   small guy, nothing buy, you know.  And everything come up.

25   And that's another thing they would think of, you see.  He
```

```
 1   used to go to them.  He had a girl, drive it to Mi, to, to
 2   Georgia.  (inaudible) say look, see my man here (Inaudible)
 3   see that little car out there, see like, it gotta secret
 4   compartment.  Can hold up to six (6) keys.  In the car.  You
 5   know?
 6            "CS:  Do you see the money?  Not yet?
 7            "THOMAS:  Yeah.  He came by, I saw.  I sat out
 8   there.  I didn't take no money, I just (inaudible).
 9            "CS:  Okay.
10            "THOMAS:  You know?  But they got the money and
11   everything out there, man.
12            "CS:  I, I, I, I...
13            "THOMAS:  One hundred thirty five thousand
14   (135,000).
15            "CS:  Hundred and thirty five (135)?
16            "THOMAS:  Yeah, because I told him twenty seven
17   (27).  You told me twenty five (25).
18            "CS:  Yeah.
19            "THOMAS:  And, yeah.  (inaudible.)
20            "CS:  Last year, you part of you part.
21            "THOMAS:  Hum?
22            "CS:  Over there, after he leaves, I give you
23   yours, okay?
24            "THOMAS:  Yeah.
25            "THOMAS:  But, anyway, let me get this going with
```

1    these guys.

2            "CS:  Si, si, yeah.  No, no.  One thing I know is

3    that you are the man to, to work with.

4            "THOMAS:  Yeah.

5            "CS:  Okay.  I have to, that I have to tell you.

6            "THOMAS: yeah.

7            "CS:  Because, is, if we, it was all mine I would

8    not be (inaudible) with you.

9            "THOMAS:  Right, right.  You can do you thing...

10           "CS:  Yeah.  I have, people, that, that need to, I

11   need to be responsible for.

12           "THOMAS:  Yeah.

13           "CS:  I don't know.  And, you know, I don't wanna

14   let these guys go by.  I, I, I hope.  You know.

15           "THOMAS:  Yeah, yeah, yeah.

16           "CS:  Cuz then you lose credibility (inaudible).

17           "THOMAS:  You see.  Well...

18           "CS:  Excuse me.

19           "THOMAS:  I mean, he more naturally.  Cuz when I

20   talked to him yesterday, he's all excited, yeah, yeah, yeah,

21   yeah.  Everything good (inaudible) good, everything, you

22   know.  So then he called me back last night and he said...

23           "CS:  You should have tole me last night, that.

24           "THOMAS:  No, no.  When he called me last night he

25   said everything was good until this morning.  That's when he

```
 1    called, he said have you ever done any (inaudible) with this
 2    guy before?  And I said, oh, that's my friend people.  You
 3    know.  My friend know him real good.  And he's like, well,
 4    you know, I know, man."
 5              (Tape stopped.)
 6    BY MR. PRESTON:
 7    Q    Who did you understand Ian Thomas to be talking about
 8    when he told you that he told the other individual that,
 9    "He's my friend, people"?
10    A    The guy that was outside working -- waiting for us.
11    Q    Ian Thomas is telling you that he told the other
12    individual, "Have you ever done anything with this guy
13    before?  You never -- had you ever dealt with Ian Thomas
14    before this?"
15    A    No, sir.
16    Q    When Ian Thomas tells you that he told that individual,
17    "Oh, I said that's my friend, my friend, know him real
18    good," who did you understand him to be talking about?
19    A    He was talking about Mark Myrie.
20              (Tape played as follows:)
21              "CS:  Coral way?
22              "THOMAS:  Coral, Coral...
23              "CS:  Coral Springs?
24              "THOMAS:  Coral Gables.
25              'CS:  Coral Gables.
```

```
 1              "THOMAS:  Yeah.  He went to Coral Gables like two

 2   (2) weeks ago and bought twelve (12).  When he went back he

 3   said, maaaaan, garbage, nothing.  It took too long to dry,

 4   whatever they do.  You know?

 5              "CS:  Yeah.

 6              "THOMAS:  The guy still called him.  So he feel

 7   like the guy he bought it from, somebody else screwed him.

 8   You know?  Because he had twelve (12) for him and the guy

 9   who gave him six (6) to get rid of for him.  And everything

10   no good.  So now that's what he thought about.  He, like.

11   Cuz I'm a tell you, you know.  I know these guys.  I give

12   'em connection before but, really, that's not really my, you

13   know?  That's not my thing.  You see, you see.  I know a

14   lotta guys, lotta guys, marijuana at least.

15              "CS:  Yeah, yeah, yeah, yeah.  I like that.

16              "THOMAS:  Arizona.

17              "CS:  Yeah.

18              "THOMAS:  The, the, the, Arizona.

19              "CS:  Yeah, yeah.

20              "THOMAS:  Hot?

21              "CS:  Yeah.

22              "THOMAS:  Ooh, mira.

23              "CS:  Good.

24              "THOMAS:  Abundance.

25              "CS:  Yeah.
```

1        "THOMAS:  Yeah.  That's my thing.

2        "CS:  You been to Arizona?

3        "THOMAS:  Huh?

4        "CS:  You been to Arizona?

5        "THOMAS:  Yeah.  I just came back from Tucson.

6        "CS:  Really?

7        "THOMAS:  Yeah.  Tucson, Phoenix.  I had a guy

8  over there in Tucson, Jamaican guy.  Fifteen hundred (1,500)

9  a week, you know?

10        "CS:  That's a lot.

11        "THOMAS:  But that's, that's my thing.  And, see,

12  that's how I know most of these guys.  Most these guys, they

13  don't mess with it.  Cuz, see, he (inaudible).  The guy in

14  Georgia you just talked to?  He call, the marijuana,

15  (inaudible).  Cocoa?

16        "CS:  Brother, you put me in a big spot.

17        "THOMAS:  Oh God.

18        "CS:  I got, yeah.  I'll, I'll do the five (5).

19        "THOMAS:  Hm?

20        "CS:  Let's, let's work on the five (5).  But I

21  cannot do til' tomorrow morning.  Cuz it's too late now.

22        "THOMAS:  You can do it?

23        "CS:  I, tomorrow morning I can do it.

24        "THOMAS:  You can't do tomorrow morning?

25        "CS:  No.  Tonight I can't do it because, I just

```
 1    make two (2) phone calls.  One (1) phone call came...

 2              "THOMAS:  Um hm.

 3              "CS:  (inaudible) and I made another call locally

 4    here.

 5              "THOMAS:  Um hm.

 6              "CS:  And I, I try to do it tonight, but this

 7    important.  The guy who you met yesterday...

 8              "THOMAS:  Yeah.

 9              "CS:  I get him, keep hi, I get him tonight...

10              "THOMAS:  Yeah.

11              "CS:  And we can do this as early as possible

12    tomorrow morning.

13              "THOMAS:  Okay.

14              "CS:  Okay?  And then the guy change into a hotel.

15    You go the hotel with him, please.  Ask him to come here so

16    I can, so at least I can talk, wee who is here.  You know.

17    We can meet.  And, tomorrow, all you gotta do is come with

18    me.  Do you think the guy who?

19              "THOMAS:  Huh?

20              "CS:  Tell you boy that he's gonna have to hold on

21    til' tomorrow.  Cuz there was a big change.

22              "THOMAS:  Yeah.  (inaudible) whatever (inaudible).

23              "CS:  And I hate this...

24              "THOMAS:  Hm?

25              "CS:  I hate this, that it's happening.  Be,
```

```
 1   believe me it's not my fault.

 2           "THOMAS:  No, no, no.  I know it's not your fault.

 3           "CS:  I didn't know that it was...

 4           "THOMAS:  Yeah, yeah.

 5           "CS:  The other guy, he wants to, he can have a

 6   drink with us over here for a minute.  So he can...

 7           "THOMAS:  He gotta sick, he sick to his stomach to

 8   his stomach.  He ate, he right out there.

 9           "CS:  Well tell him to come over.

10           "THOMAS:  Maybe he'll eat.

11           "CS:  If you want to.  So we can, know, you know,

12   so he can see me, I can see him.  Maybe he saw me already, I

13   guess.

14           "THOMAS:  Uh uh.  He didn't.  (places phone call).

15           "CS:  You see.  Everybody gets nervous, right?

16           "THOMAS:  That's what I'm saying, man.

17           "CS:  And you know why?  Because, he, you need to

18   explain to the guy that this is, I just came to this...

19           "THOMAS:  Yeah.

20           "CS:  Now.

21           "THOMAS:  Yeah.

22           "CS:  I didn't know this was happening like that.

23           "THOMAS:  Yeah.

24           "CS:  All you like to do is make it happen but

25   it's...
```

```
 1          "WAITRESS:  Did you decide on something else?

 2          "CS:  What are you going to have?

 3          "THOMAS:  I'm good, I'm good.

 4          "CS:  Uh, let me have ah house cabernet.

 5          "WAITRESS:  Cabernet.

 6          "THOMAS:  They say he gonna talk to that guy.  See

 7   if that guy wanted to stay for tonight.  But see, he, he

 8   drove down this morning.  Thinking he'd be back already.

 9   That's what he kept yelling at...

10          "CS:  Well, call him back and explain...

11          "THOMAS:  Well, no, he gonna call me back.  He

12   talking to the guy outside, see if he wants to stay.  Say if

13   that guy don't wanna stay then forget it.

14          "CS:  Yeah.

15          "CS:  (inaudible)  If you woulda told me this

16   morning, I, I woulda been ready...

17          "THOMAS:  Well that's what I was saying.  I say I

18   got sweated for the five (5), but, see I get, I didn't wanna

19   get all in detail over the phone.

20          "CS:  (inaudible)

21          "THOMAS:  (inaudible)  I just talk when I see you,

22   because.  Trust me man.  These guys are some good guys, man.

23   They...

24          "CS:  I gonna do it.

25          "THOMAS:  (inaudible)  They'll move, they'll move,
```

```
 1  they'll move...

 2           "CS:  If you want to go, go and talk to your guy

 3  outside.

 4           "THOMAS:  No, he's talking to him.  Cuz I really

 5  don't, you know, I really said much to him, you know?  Cuz

 6  this is my guy.  That's his driver.  He's just a driver.

 7  You know?  He just bring the money and pick it up.  You know

 8  what I'm saying?  I talked to him, he just sat there and had

 9  lunch.  I mean had dinner right there...

10           "CS:  Where's, where's the guy?

11           "THOMAS:  He's sitting outside, out in the car.

12  You wanna go out there?

13           "CS:  Where?

14           "THOMAS:  See that, not this van right there, that

15  black car.

16           "CS:  (inaudible)

17           "THOMAS:  Come on, let's go outside...

18           "CS:  No, no.  We owe this money.  This small car?

19           "THOMAS:  Huh?

20           "CS:  This small car?

21           "THOMAS:  Yeah, that smaller black car.

22           "CS:  You want to wait until he's finished talking

23  to him?  (inaudible) that woman come with the red wine.

24           "THOMAS:  Let's walk out (inaudible)."

25           THE COURT:  Stop the tape.  Let's go ahead and
```

1    take a ten-minute break.

2              THE COURT SECURITY OFFICER:  All rise.

3              (The jury exited the courtroom.)

4              THE COURT:  Did you get a chance to compare the

5    jury instructions?

6              MR. MARKUS:  Yes, Your Honor.

7              MR. PRESTON:  Yes, Your Honor, and I also have --

8    haven't gone through them yet, but I have another set of

9    proposed jury instructions prepared that would comply with

10   the 2010 pattern jury instructions, and I didn't get a

11   chance to compare those with Mr. Markus' instructions, but I

12   understand his are more up to date than mine on the pattern

13   jury instructions.

14             THE COURT:  All right.

15             MR. MARKUS:  Judge, I think there's going to be a

16   couple of issues on the instructions on aiding and abetting,

17   and I filed a proposed aiding and abetting Count 2

18   instruction this morning because the Government's theory on

19   that is a little off on the aiding and abetting the carrying

20   of a firearm, so we can -- I don't know if Your Honor wants

21   to talk about that now or some other time.

22             THE COURT:  How about if we do it first thing

23   tomorrow morning?

24             MR. MARKUS:  That's fine, Judge.

25             MR. PRESTON:  8:45?

```
 1            THE COURT:  I want to tell the jury to be here at

 2    8:45.  Why don't we be here by 8:15.

 3            MR. PRESTON:  Yes, sir.

 4            THE COURT:  Let's take a break.

 5            (Recess from 3:30 p.m. until 3:45 p.m.)

 6            THE COURT:  We'll probably quit today at about

 7    4:30, and tomorrow morning I don't want Mr. Preston to miss

 8    his beauty sleep, so the attorneys can be here at 8:30, and

 9    I'll have the jury be here at 9.

10            All right.  Bring in the jury, please.

11            MR. MARKUS:  There's a Fifth Amendment issue we

12    can raise tomorrow morning, too, Judge.

13            THE COURT:  Okay.  The attorneys will need to be

14    present.

15            MR. MARKUS:  I will e-mail the Public Defender.

16            (The jury entered the courtroom and was seated.)

17            THE COURT:  You may continue.

18            (Tape played as follows:)

19            "THOMAS:  Trust me man.  These guys are some good

20    guys.  They...

21            "CS:  I gonna do it.

22            "THOMAS:  (inaudible)  They'll move, they'll move,

23    they'll move...

24            "CS:  If you want to go, go and talk to you guy

25    outside.
```

1            "THOMAS:  No, he's talking to him.  Cuz I rally

2    don't, you know, I really said much to him, you know?  Cuz

3    this is my guy.  That's his driver.  He's just a driver.

4    You know?  He just bring the money and pick it up.  You know

5    what I'm saying?  I talked to him, he just sat there and had

6    lunch.  I mean had dinner right there...

7            "CS:  Where's, where's the guy?

8            "THOMAS:  He's sitting outside, out in the car.

9    You wanna go out there?

10           "CS:  Where?

11           "THOMAS:  See that, not this van right there, that

12   black car.

13           "CS:  (inaudible)

14           "THOMAS:  Come on, let's go outside...

15           "CS:  No, no.  We owe this money.  This small car?

16           "THOMAS:  Huh?

17           "CS:  This small car?

18           "THOMAS:  Yeah, that smaller black car.

19           "CS:  You want to wait until he's finished talking

20   to him?  (inaudible) that woman come with the red wine.

21           "THOMAS:  Let's walk out (inaudible)."

22           (Tape stopped.)

23   BY MR. PRESTON:

24   Q   What's happening right here, Mr. Johnson?

25   A   Mr. Thomas and myself walked out to the parking lot.  I

```
1   met with Mike.

2           (Tape played as follows:)

3           "THOMAS:  (inaudible)  That's Junior.

4           "CS:  How are you?  I didn't want to come in until

5   you guys talked.  I, you know.  If you call me, I come see

6   you.  This is the situation I was trying to explain to your

7   friend, over there.  They told me different from the go, but

8   it's okay now.  Now I know better.  But I told you,also,

9   this morning when, when, when you didn't show up early in

10  the morning that my friend was pulling a, a boat.  That, eh,

11  he, my buddy knows I have a boat.  To West Palm Beach.  By

12  the time he gets back here it's too late to, to go into the

13  business.  So, if you, please, if you can stick around 'til

14  morning I promise you we can do it as early as possible.

15  It's up to you, you know.  If you wanna leave, that's fine

16  with me.  But, I cannot do it right now because I cannot do

17  it myself, period.

18          "MACK:  (inaudible)

19          "CS:  Alright?

20          "MACK:  I understand.  So, we do want to break the

21  ice, but...

22          "CS:  Is, huh?

23          "THOMAS:  He said he do want to break the ice, you

24  know, as far...

25          "CS:  Well, if you guy, if you wanna break the
```

```
 1   ice, okay?  Believe me, I am willing.  Only because, someone
 2   that you know, or you might don't know is vouching for, for
 3   you only.  And that person means a lot to me.  Okay?  That's
 4   the only reason why I am doing you because the same losses
 5   you can in, can get, I can get the same losses.  If we get,
 6   (inaudible) do it right.  And the person who recommended you
 7   guys is him, another friend of mine, tell me that, go where
 8   yo guys go.  And that's what I'm doing.  That's why I came
 9   to, so you can see me.  And, that's just, I'm the man.
10   (inaudible) I not crazy, a young guy, punk or nothing, you
11   know.  All I do is drink and make my money.
12            "MACK:  I understand.
13            "CS:  Alright, so you guys put yourself together,
14   discuss it, you tell me when you ready.  I call you in the
15   morning, and we do it as early as possible.
16            "MACK:  Okay.
17            "CS:  Alright?  I wait for you inside.
18            "THOMAS:  Okay.
19            "CS:  Alright?  Good talking to you.
20            "THOMAS:  Yeah, sorry about that.
21            "CS:  Oh, ok.  So what's the, what's the, he
22   staying or is he leaving?
23            "THOMAS:  Yeah, he's gonna stay.
24            "CS:  Okay.
25            "THOMAS:  He's gonna go (inaudible).  His baby
```

```
 1    mama live in Tampa.  So he's gonna go to Tampa.

 2              "CS:  Okay.

 3              "THOMAS:  And what I'll do is, shoot, I decided to

 4    stay too.  I'm a stay in Tampa.  So first (1st) thing in the

 5    morning then, the sooner the better, you know.

 6              "CS:  Yeah, yeah, yeah, yeah.  I call you some, I,

 7    I, I see my guy here I call you, okay?

 8              "THOMAS:  Yeah, (inaudible) thin, I gotta go grab

 9    me some personal stuff.  Cuz I didn't bring no change or

10    nothing.  I didn't bring no clothes, you know?  I live, I

11    live in Orlando, see.

12              "CS:  You can go to, you, you said you need

13    somewhere and, and, in Orlando area?  Tampa?  Is that what

14    you told me this morning?

15              "THOMAS:  Huh?

16              "CS:  Did you Tampa or Orlando?

17              "THOMAS:  Orlando.

18              "CS:  Go, go home.

19              "THOMAS:  Yeah, but then I have to come back early

20    if I go home.  What, what time you figure in the morning

21    would be good?

22              "CS:  Early.  Let me see, this guy, eight o'clock

23    (8:00 a.m.), you know.

24              "THOMAS:  Eight (8)?

25              "CS:  Eight (8), nine (9) o'clock.  No later than
```

```
 1   that.

 2              "THOMAS:  Alright.

 3              "CS:  I let you know for sure.

 4              "THOMAS:  You, you not gonna disappoint me.  You

 5   not gonna be disappointed.

 6              "CS:  Is, is that the same guy I talked to on the

 7   phone?  Or this a different...

 8              "THOMAS:  No, no, no that's driver.  I told you

 9   that's just driver.  Cuz he the one (1).  Cuz, the other

10   guy, man, he left, he already left.

11              "CS: He's gone?

12              "THOMAS:  Yeah.  So, basically the guy on the

13   phone, now, he's the man.  He's the one (1) who's bringing

14   the money.

15              "CS:  Okay.

16              "THOMAS:  This guy's just the driver.  You see?

17              "CS:  Okay.

18              "THOMAS:  So, basically, what he saying, the one

19   on the phone, basically that's what he saying.  Like I say,

20   you and I even discuss that.  He do want the fifteen (15).

21              "CS:  Yeah.

22              "THOMAS:  You see?

23              "CS:  Yeah.

24              "THOMAS:  And probably more.  You see what I'm

25   saying?  But he just want to make sure it is what it is.
```

```
 1   Because he got burnt.  That's all he saying.  You know?
 2   But, he say, once, man.  Once I get down there and see what
 3   it is, I'm telling you, man.  This guy will call.  I sat
 4   there outside his car.  Hey man, um, if you could make five
 5   hundred dollars ($500) in one (1), he'll call everybody he
 6   knows.  That day when he made that six (6), when he made
 7   that sale for six (6) and a quarter?  There's a guy I met in
 8   Atlanta.
 9           "CS:  Huh?
10           "THOMAS:  And he used somebody with it, the
11   product.  And I call him.  And he call up his people and,
12   before you know it, they all came, put their money in a pool
13   and got sixty four (64).  And, you know, he make, everyone,
14   he make, maybe two hundred fifty dollars ($250), five
15   hundred dollars ($500), up to a thousand (1,000) on each.
16   And that's when it was, that's when it was, um, that's when
17   the price was thirty one (31), when that happened.  Remember
18   when there was a drought two (2) years ago?  Year and a half
19   ago?
20           "CS:  Yeah.
21           "THOMAS:  Thirty one (31)?
22           "CS:  Well, that's what it costs in Atlanta.
23   Atlanta's gotta be, right now, like thirty three (33) or
24   thirty four (34).
25           "THOMAS:  In Atlanta now?  Yeah?
```

1          "CS:  You know.  I guarantee you, you know.

2          "THOMAS:  Yeah.

3          "CS:  In Miami, how much is it in Orlando now?

4          "THOMAS:  I don't know.  Like I tell you, I mean,

5    I don't...

6          "CS:  Okay.

7          "THOMAS:  I mean.  I make little move like that.

8    But I don't, it's not my everyday thing.

9          "CS:  Yeah, yeah.

10         "THOMAS:  You see?

11         "CS:  Because you, you, you broke the deal.

12         "THOMAS:  Yeah.  I put deals together, I'm the,

13   I'm the middle man.  I put 'em together and make it happen.

14   But this guy?  I told you, man, this guy...

15         "CS:  You known him for a long time?

16         "THOMAS:  This guy?  Yes, long time.  Twelve (12)

17   years.  Been doing thing quiet for twelve (12) years.

18         "CS:  And he's still there?

19         "THOMAS:  And he's still there.  He never got

20   caught in nothing.  Two (2) brothers, twins.  Two (2) a dem,

21   identical twins, two (2) of them.

22         "CS:  Oh really.  And they work together?

23         "THOMAS:  Yeah. that's what I'm trying to tell

24   you...

25         "CS:  What's his name?

```
 1              "THOMAS:   Ike.

 2              "CS:   Ike?

 3              "THOMAS:   Yeah.   Two (2) brothers, Ike and Tyke.

 4    Tyke, T-Y-K-E and I-K-E.   That's them.

 5              "CS:   (giggling) Ike and Tyke.

 6              "THOMAS:   Identical twins.

 7              "CS:   Okay.

 8              "THOMAS:   Serious guys, man.   But you don't see

 9    them.   They don't, they like the ghosts.   You know?   They

10    like the phantom.   They don't come out.   You know?   All,

11    yeah, you hear the voice?   That's all you hear the voice on

12    the phone.   And they'll make me, just like that.

13              "CS:   He likes you because you got the direct

14    access...

15              "THOMAS:   That's what I'm saying...

16              "CS:   You call him direct...

17              "THOMAS:   Anytime.   Yes! (inaudible).

18              "CS:   (inaudible).

19              "THOMAS:   Me and this guy go.   You know.   Let me

20    tell you something.   It two thousand and seven (2007)...

21              "CS:   What is this?

22              "THOMAS:   It's dandelion, romantic.

23              "CS:   (laughing)

24              "THOMAS:   (inaudible) like I said.   You know, I

25    work, I'm in the Towne car business in Orlando, you know.
```

```
 1   The Towne car?  You know, the limousine service.

 2             "CS:  Limo, oh yeah?

 3             "THOMAS:  Yeah, Towne car.

 4             "CS:  That's what you do?

 5             "THOMAS:  Yeah, I'm in the Towne car business,

 6   seven (7) Towne cars.

 7             "CS:  You now have seven (7)?

 8             "THOMAS:  Yeah.

 9             "CS:  You own it?

10             "THOMAS:  Yes.  Lincoln Towne car.  You know

11   Lincoln?

12             "CS:  Yeah, yeah.

13             "THOMAS:  Extended Towne car.  And, you know, like

14   I said.  My little, my little...

15             "CS:  Tyke, huh?  T-I-K-E.

16             "THOMAS:  Yeah.  T-Y-K-E.

17             "CS:  T-Y-K-E.

18             "THOMAS:  Yeah.  And I-K-E, yeah.

19             "CS:  Like this, right?

20             "THOMAS:  T-Y-K-E.  E.  Yeah.  And the other one

21   is I-K-E.  Yeah.  Yeah.

22             "CS:  And I work for the familia.

23             "THOMAS:  Yeah.

24             "CS:  I gotta a lot of Mex, I used, I was, last

25   week I was in Mexico.  I told you that...
```

```
 1              "THOMAS:  Yeah, yeah, yeah.  Yeah.  Well, see,
 2     that's the big...
 3              "CS:  (inaudible)
 4              "THOMAS:  (inaudible) La familia being in Atlanta.
 5     Yeah.  You know, you see, you see, if you see it, you, did
 6     you see the bust on the news in Atlanta?  The big Gucci bag,
 7     did you see the big Gucci bag on the news with all that
 8     money?  Huh?
 9              "CS:  No, I didn't see it.
10              "THOMAS:  Yeah.  They're the one who just gave it,
11     the Gucci bag.  They came, their, their people went to pick
12     it up from him.
13              "CS:  (inaudible)
14              "THOMAS:  Said one point six million (1.6 million)
15     in it.  Yeah!
16              "CS:  Wow.
17              "THOMAS:  And he saw it on the news but it was on
18     the news.  But it went in the house, you know?  He saw it on
19     the new and, like, man, that's my Gucci bag.
20              "CS:  (laughing)
21              "THOMAS:  Yeah.  I swear.  Yeah.  But these guys
22     here, man, they real.  It's like two (2) (inaudible) of 'em.
23     But then they have cousins, and uncle, and nephew all over
24     the place.  You know janitor.  That's what I was saying, two
25     thousand seven (2007).  You know I buy a little weed.  You
```

```
 1  know.  That's my thing.  Two (2), three (3) four (4) hundred
 2  here a week sometime.  And I send my money to L.A.  I got a
 3  guy in L.A. I was doing business with.
 4            "CS:  I, I, do you own, do you own you, what you
 5  do with you Towne cars?  You limo service?
 6            "THOMAS:  I pick up, I pick up people at the
 7  airport.  I contract with a company over there in Or, in
 8  Orlando called Carry.  You heard of Carry limousines?
 9            "CS:  You, you, you have, can give you some
10  business in Orlando.
11            "THOMAS:  Yeah?
12            "CS:  Yeah.
13            "THOMAS:  I don't know, might not be now, but I
14  mean...
15            "CS:  What's the name of you company?
16            "THOMAS:  It's Yush Transportation.
17            "CS:  Just?
18            "THOMAS:  Yush, Y-U-S-H.
19            "CS:  Write that for me.  Cuz, uh, I put you with
20  someone...
21            "THOMAS:  Yeah?
22            "CS:  Okay.  For sure.
23            "THOMAS:  For sure.
24            "CS:  Serious...
25            "THOMAS:  They got people coming in...
```

```
 1              "CS:  Hey, I'm telling you.

 2              "CS:  Put it here.

 3              "THOMAS:  Yeah, I see another pen over there."

 4  BY MR. PRESTON:

 5  Q    Mr. Johnson, did you have a follow-up call to that

 6  meeting to talk about the next morning?

 7  A    Yes, sir.

 8  Q    That was with Ian Thomas?

 9  A    Yes, sir.

10         MR. PRESTON:  Government would move R19 and R19B.

11  We move to publish this recording with the aid of a

12  transcript from December 9th, 2009, at 10:28 p.m.

13         THE COURT:  It will be admitted, and you may

14  publish it.

15         (Government Exhibits R19 and R19B were received in

16  evidence.)

17         (Tape played as follows:)

18              "THOMAS:  Hello?

19              "CS:  Did I wake you up?  (giggle)

20              "THOMAS:  No, no, no (inaudible)

21              "CS:  Hey, uh, everything good.  Okay.  Tomorrow

22  morning, you know the gas station?  Where you guys came

23  yesterday?

24              "THOMAS:  Yeah.

25              "CS:  Alright, I'll see you there at ten (10).
```

```
 1              "THOMAS:  Okay.

 2              "CS:  Alright?

 3              "THOMAS:  Okay.

 4              "CS:  Alright.  Bye."

 5   BY MR. PRESTON:

 6   Q    Did you meet in the area of that gas station the next

 7   day on December 10th, 2009?

 8   A    Yes, I did.

 9   Q    Where specifically did you meet Ian Thomas on that day?

10   A    Where?

11   Q    Yes, sir.

12   A    At the gas station by the restaurant.

13   Q    Which restaurant?

14   A    It's a breakfast place.  I can't place the name right

15   now.

16   Q    Who did you meet there?

17   A    Ian Thomas and the guy who I know as "Mack."

18   Q    Did you confirm that the money was there?

19   A    Yes, I did.

20   Q    How did you do that?

21   A    I asked to see the money.  James Mack reached out to

22   the back of the car by the passenger left-side seat.

23   There's a wall of the car, and it was moved out of place.

24   He pulled it back, showed me the money, and then I asked him

25   to follow me to the warehouse.
```

```
 1   Q    Did you count the money at that time?

 2   A    No, sir.

 3   Q    What sort of car was James Mack in when this money was

 4   shown to you?

 5   A    It was a Japanese car, a Honda.

 6   Q    Was Ian Thomas in the car with him or did he have his

 7   own car?

 8   A    He had his own car.

 9   Q    What kind of car was that?

10   A    A BMW.

11   Q    Where did you go after the money was shown to you?

12   A    We all went -- went in individual vehicles to the

13   back -- actually, to the warehouse.

14   Q    You say "individual vehicles."  How many cars went to

15   the warehouse?

16   A    Three cars.

17   Q    What happened at the warehouse?

18   A    At the warehouse, the door was opened.  Mack was

19   instructed to bring his vehicle inside the warehouse.  Ian

20   Thomas was instructed to leave his car outside next to mine.

21   We all walked inside the warehouse.

22   Q    What happened inside the warehouse?

23   A    We proceeded to conclude the drug transaction with

24   them.  Mack was asked to get the money out.  He got the

25   money, brought it to the table.  The undercover detective is
```

1   there.  Actually before that, the introduction was done

2   between the undercover detectives to meet Mack, who he had

3   never seen before.  The drugs were pulled out of the

4   vehicle, brought to the table.  The special detective looked

5   at the money, made like he see that it was there.  He put it

6   away and proceeded to show them the kilos of cocaine.

7   Q    Were they arrested after that?

8   A    They got arrested after that.

9   Q    Was that event video-recorded?

10  A    Yes.

11  Q    And have you watched that video?

12  A    Yes.

13       MR. PRESTON:  Your Honor, I move to admit

14  Government's Exhibits R25, a video recording; R25C, a clip

15  of the video recording; and R25B, a transcript.

16       THE COURT:  Be admitted.

17       (Government Exhibit R25, R25B, and R25C were

18  received in evidence.)

19       MR. PRESTON:  We would publish R25C at this time.

20       THE COURT:  You may publish.

21       (Tape played as follows:)

22       "CS:  (inaudible)  Good.

23       "CS:  (inaudible)

24       "CS:  (inaudible) how are you?

25       "THOMAS:  Yeah papi, papi, papi.

```
 1              "CS:  Yeah man.

 2              "THOMAS:  Let's make this thing happen, right.

 3              "CS:  Where's my CD?

 4              "THOMAS:  Huh?

 5              "CS:  Where's...

 6              "UC:  (inaudible) (conversation in Spanish)

 7              "CS:  (inaudible) (conversation in Spanish)

 8              "UC:  (inaudible)  You good?

 9              "THOMAS:  Yeah mon.

10              "UC:  What hap, what happen, (inaudible) big?

11              "THOMAS:  Yeah but see listen, he tryin' to break

12   the ice.  Ya know?  They gonna come back tomorrow

13   (inaudible) get the paperwork tomorrow.

14              "CS:  Oh, okay.  (inaudible) I don't even know you

15   name.

16              "MACK:  Spencer.

17              "THOMAS:  But see what, what it is, they wanna get

18   first (inaudible) ya know?

19              "CS:  Yeah, yeah, yeah.

20              "THOMAS:  Then, you know, ice a, eat and see.

21              "UC:  Right, right, right, right.

22              "THOMAS:  So, basically, what he wanna do now is

23   see.  And then, from there, they come.

24              "UC:  Everything gonna be good.

25              "THOMAS:  Yeah.
```

1         "CS:  Don't feel bad on the way I do business the

2   first time.  But I take care of you.  You take care of me, I

3   take care of you.

4         "MACK:  I understand.

5         "CS:  He will be, he will be, for Christmas I go.

6   Okay?

7         "MACK:  Okay.

8         "CS:  I go back to Colombia.

9         "MACK:  Um hm.

10        "CS:  Okay?

11        "CS:  He gonna be here.  You need to get with him,

12  okay?

13        "THOMAS:  No, me, not him (laughing).

14        "CS:  You.  No, no, yeah, yeah, okay.  No, but I

15  meant when you come back you need to know where your coming.

16        "MACK:  (inaudible)

17        "THOMAS:  (inaudible)

18        "UC:  How soon, ehhh, you come back to...

19        "THOMAS:  Probably tomorrow.  We'll probably see

20  you tonight.

21        "UC:  How many you gonna need tomorrow?

22        "MACK:  I'll call my brother.

23        "THOMAS:  Probably ten (10) tonight.  Cuz he

24  wanted he wanted a fifteen (15)...

25        "MACK:  He just wanted to break the ice!  Cuz we

```
 1  was scared.  We had just got burnt last year with 12 of 'em.
 2          "UC:  No, no, no, no.  This, this business.  Good
 3  business.
 4          "MACK:  Um hm.
 5          "THOMAS:  (inaudible)
 6          "CS:  Looks good.  Hundred (100) dollar bills, I
 7  like it!
 8          "MACK:  (laughing)
 9          "UC:  (inaudible) okay homes.  You want.  You, uh.
10  I draw, I draw seven (7).
11          "MACK:  Um hm.
12          "UC:  I draw seven (7).  You, you pick, uh, you
13  five (5), you want.  And eh...
14          "CS:  Take whatever.  Check it.
15          "THOMAS:  (inaudible)
16          "UC:  Pick, pick, eh.  Pick, eh, whatever five (5)
17  you want and I bring you more tomorrow and you call me."
18          (Tape stopped.)
19  BY MR. PRESTON:
20  Q    Could you identify the four people that we see in these
21  segments on the video?
22  A    From the top right or the four people was the sergeant,
23  the detective from Sarasota PD, Ian Thomas.  The other one
24  to the left screen there is Mack and myself.
25  Q    What color shirt did Ian Thomas have on?
```

```
 1   A     Yellow-gray shirt.

 2               (Tape played as follows:)

 3               "MACK:  I don't have to check it, man.

 4               "UC:  You want check you can.  (inaudible)

 5               "MACK:  Yeah, let me check one.  Let me...

 6   (inaudible)

 7               "UC:  (inaudible) whatever you want.  You got you

 8   knife?

 9               "CS:  (inaudible)

10               MACK:  I don't (inaudible) a knife, too risky.

11               "CS:  (inaudible)  Ever seen that before?

12               "THOMAS:  Hm?

13               "CS:  Marfil?  You seen this thing before?

14               "THOMAS:  Nah.  Hell nah.  It's the real thing,

15   huh? (laughing)  That's a (inaudible) everybody (inaudible)

16   negro.

17               "UC:  What happen to you friend?

18               "THOMAS:  Oh no he's the boss.

19               "CS:  Buju.  Buju you mean.

20               "THOMAS:  No, Buju.

21               "UC:  Oh, Buju, Buju.  Okay.

22               "MACK:  Yeah.

23               "UC:  Huh?

24               "MACK:  Yeah.

25               "UC:  You like?
```

```
 1              "MACK:  Yeah.

 2              "CS:  Mira.  See that tape... (inaudible Spanish).

 3              "MACK:  You know how long we been waitin'?

 4              "THOMAS:  Don't worry, man, we got it covered.

 5              "UC:  (inaudible) you will pick, you will pick

 6   you, eh, five.  You, you want, eh, you want a duffel bag?

 7              "MACK:  Nah.  (inaudible)

 8              "UC:  Okay, I'll bring you a duffel.  (inaudible)

 9   I got one (1) here in the bathroom.

10              "CS:  (inaudible)."

11              (Tape stopped.)

12   BY MR. PRESTON:

13   Q    Were Mr. Thomas and Mr. Mack arrested at that point?

14   A    That's correct.

15   Q    After those arrests, were you asked to place a call to

16   the Defendant Myrie?

17   A    Yes.

18   Q    Was that call recorded?

19   A    Yes.

20              MR. PRESTON:  Government moves into evidence

21   Government's Exhibits R12 and R12B, a telephone conversation

22   from December 10th, 2009, at 1:20 p.m.

23              THE COURT:  Be admitted.

24              (Government Exhibits R12 and R12B were received in

25   evidence.)
```

```
 1              (Tape played as follows:)

 2         "MYRIE:  Hello?

 3         "CS:  You came through brother.

 4         "MYRIE:  Hey, what's up.

 5         "CS:  Everything good, everything good, all right.

 6    Your guys, uh, came to the, a, they were, for real I really

 7    appreciate it.  I want, I want to come and see you.  I'm

 8    gonna head that way, uh, soon, okay?  You gonna to be

 9    around?

10         "MYRIE:  Yeah, I'm home.

11         "CS:  You home?

12         "MYRIE:  Yeah.

13         "CS:  Alright.  Let me call you when I (inaudible)

14    probably, (inaudible) I'm gonna be driving a, a couple

15    hours, okay.  Have you spoken to them?

16         "MYRIE:  No, I haven't spoken to him.

17         "CS:  Well, since when?  They left here a couple,

18    at least two (2) hours ago.

19         "MYRIE:  I haven't spoken to him since morning.

20         "CS:  Since this morning?

21         "MYRIE:  Yeah, I was talking to him.

22         "CS:  Okay.  Did he call (inaudible) what did he,

23    well, maybe he's going to call you later on.  You want to

24    shoot a call to him?  Call him and call me back?  See how

25    he's doing?
```

 1          'MYRIE:  No man I'm just resting up.  I'm laying

 2  down (inaudible) I'm not feeling so well.

 3          "CS:  Oh, okay.  Alright, well I'll call you back,

 4  okay, when I get close to you.  It'll be a few hours.  Take

 5  care, bye."

 6  BY MR. PRESTON:

 7  Q    Mr. Johnson, during any of your meetings with the

 8  Defendant Myrie, did he ever tell you, "I was just drunk.

 9  That was just crazy talk"?

10  A    Never did.

11          MR. PRESTON:  May I have a moment, Your Honor?

12          THE COURT:  Yes.

13          (Pause.)

14          MR. PRESTON:  I have no further questions of the

15  witness at this time.

16          THE COURT:  Approach the bench, please.

17          *(Bench conference as follows:)*

18          THE COURT:  We're going to break about 4:30.  I'll

19  give you a choice.  You can start cross and stop; or if you

20  want to do it all continuously, we'll break now and you can

21  start tomorrow morning.

22          MR. MARKUS:  Maybe I'll go for a little bit now,

23  Judge, just to get in some time so we can use the court

24  time.

25          THE COURT:  That's fine.

1              MR. MARKUS:  Thank you.

2              *(Bench conference concluded.)*

3              THE COURT:  Cross?

4                      *CROSS-EXAMINATION*

5    BY MR. MARKUS:

6    Q    Good morning, ladies and gentlemen.

7         Hello, Mr. Johnson.

8    A    Hello, sir.

9    Q    My name is "David Markus."  We haven't met before.  I

10   represent Mark Myrie.

11   A    Yes, sir.

12   Q    I'm going to ask you some questions.  Okay?

13   A    Okay.

14   Q    Let's start at the very end, that last call that you

15   made.  Is this a call that you made from whose phone, sir?

16   A    That's a phone that belongs to the Sarasota Police

17   Department.

18   Q    You didn't call from your phone?

19   A    No, sir.

20   Q    In fact, after that warehouse meeting on December 8th,

21   every time you used your phone to try to call Mark Myrie, he

22   did not take your call; correct?

23   A    I don't recall.  I think he spoke to me as many times

24   as I called him that day.  Actually, I -- let me add I was

25   calling Mr. Thomas instead of Mr. Myrie.

```
 1   Q    Mr. Johnson, you tried to call Mark Myrie both on the

 2   8th and the 9th, and he didn't take your calls, did he?

 3   A    I don't recall.

 4   Q    Do you recall telling Ian Thomas that you tried calling

 5   Mark Myrie first before you called him and he didn't take

 6   your call?

 7   A    I recall he told me he was in the bathroom.

 8   Q    You called Mark Myrie a number of times, and he didn't

 9   take your call, did he?

10   A    I don't take it like that.  I called, and he didn't

11   answer the phone.  That was it.  I was dealing with Thomas.

12   Q    Okay.  I'm just going to see if I can get an answer to

13   my question, which is when you called Mr. Myrie on the 8th

14   and the 9th, he did not take your calls?

15             MR. PRESTON:  Objection, Your Honor.

16             THE COURT:  Sustained.

17   BY MR. MARKUS:

18   Q    On the 10th, he took your call when you called with the

19   phone of the Sarasota Police Department; correct?

20   A    He did.

21   Q    And you told him on this call, "You want to shoot a

22   call to him.  Call him and call me back.  See how he's

23   doing."  What you're saying to Mr. Myrie there is, "Do you

24   want to call Ian Thomas?"  Correct?

25   A    I want him to call Ian Thomas.
```

```
 1   Q    You wanted him to call Ian Thomas because you told him

 2   that a drug deal just happened; right?

 3   A    No.  I wanted him to call Ian Thomas so he could verify

 4   what I was telling him.

 5   Q    And what did Mr. Myrie say?

 6   A    He says here that he was resting and he was laying

 7   down.

 8   Q    What's the first word that came out of his mouth?

 9   A    "No, man.  I'm resting."

10   Q    He didn't call Ian Thomas, did he?

11   A    I don't know.

12   Q    You and Mr. Myrie did a whole lot of talking, didn't

13   you, Mr. Johnson?

14   A    We spoke.

15   Q    A lot?

16   A    We spoke (nodding head).

17   Q    You spoke on that airplane for eight hours?

18   A    We did.

19   Q    You spoke the next day at the Bova Prime restaurant in

20   Fort Lauderdale?

21   A    We did.

22   Q    You spoke on the phone?

23   A    We did.

24   Q    You spoke at a Marriott Hotel?

25   A    We did.
```

```
 1   Q     You spoke about investing?

 2   A     Say the question again.

 3   Q     You spoke about Mr. Myrie investing money; correct?

 4   A     He told me he wanted to invest money a different way.

 5   Q     Mr. Myrie told you he could invest money; right?

 6   A     He did.

 7   Q     He didn't invest any money, did he?

 8   A     In turn, he decided to do a short drug deal to make

 9   quick money.

10   Q     Okay.  Mr. Johnson, did Mr. Myrie invest

11   one dollar into any drug deal?

12   A     With me, no.  Some other times, I don't know.

13   Q     Okay.  Do you have any knowledge or evidence as to

14   whether Mr. Myrie invested one penny into any drug deal?

15   A     I don't know the answer to that because I'm not the

16   investigator of the case.

17   Q     Okay.  The investigator would know, wouldn't he?

18   A     I would assume.

19   Q     Okay.  You also talked to Mr. Myrie about transporting?

20   You told him that you only transport, correct --

21   A     That's correct.

22   Q     -- and he would have to pay you a fee for that?

23   A     Not me.  He has to pay a transportation charge in order

24   for me to transport his drugs.

25   Q     And how much did he pay for that?  How much
```

1  transportation fee did he pay?

2  A    We discussed a price.  He didn't pay anything.

3  Q    The bottom line is, Mr. Johnson, you talked about a lot

4  of things that Mr. Myrie did not do; is that correct?

5  A    I spoke to the procedures of doing a transportation

6  deal with Mr. Myrie.

7  Q    And he never did one?

8  A    It was a transportation case.  It turned out to be a

9  purchase of cocaine from me.

10 Q    He never did a transportation deal, did he?

11 A    Because he brought another customer, a friend of his,

12 to do a short drug deal in Sarasota.

13 Q    He never did a transportation deal, did he?

14 A    He brought someone else to do a different deal, a drug

15 deal still.

16 Q    We're going to talk about that in a minute,

17 Mr. Johnson, but my question to you is, did he do a

18 transportation deal?

19 A    We did a drug deal.

20 Q    Is there a reason you don't want to answer my question?

21 A    I answered the questions the best I can, sir.

22 Q    My question is, did he do a transportation deal with

23 you?

24 A    No.

25 Q    Let's talk about the things that you two discussed.

```
 1        One of the things you discussed is picking up cocaine

 2   from St. Martin?

 3   A    He brought up that subject.

 4   Q    That's something that Mr. Myrie brought up with you?

 5   A    Yes.

 6   Q    So, he talked about it with you?

 7   A    Yes.

 8   Q    Did he ever do that with you?

 9   A    No.

10   Q    So, on this first mark here, I put (changing overhead

11   exhibit), "Pick up cocaine from St. Martin." Did Mr. Myrie

12   talk about it?  We can put "yes"; right?

13   A    If you feel responsible [sic], go ahead.

14   Q    Is that what you say?  He talked about --

15   A    He did.

16   Q    Did Mr. Myrie do that?  You would agree he did not do

17   that with you; correct?

18   A    No.  Again, we went to do something different.

19   Q    We'll talk about that in a minute, but I'm talking

20   about, did he pick up cocaine from St. Martin with you?  Did

21   he ever do anything like that?

22   A    No.

23        MR. PRESTON:  Your Honor, I object to the use of

24   this, because the questions are did he do it with the

25   informant, and he just says, "Did Mark Myrie do it?"
```

```
 1   BY MR. MARKUS:
 2   Q    I'll put "with the informant."  A. J. is Alexander
 3   Johnson?
 4   A    That is correct.
 5   Q    You talked about financing a drug deal; correct?
 6   A    Yes, we talked about finance.  He wanted to finance a
 7   drug deal.
 8   Q    He brought that up with you?  He talked about it?
 9   A    He did.
10   Q    Okay.  So, for number two, financing a drug deal -- did
11   Mr. Myrie talk about it?  Can I write "yes" down there?
12   A    He talked about it.
13   Q    Okay.  And he talked about it, asking you about whether
14   he could finance a deal with you; right?
15   A    He did.
16   Q    Did he ever finance a deal with you?
17   A    At the end, no.
18   Q    He brought up taking drugs to Europe, didn't he?
19   A    He did.
20   Q    That's one of the things he spoke about with you;
21   correct?
22   A    That's correct.
23   Q    Did you guys (writing) bring drugs to Europe?
24   A    Nope.
25   Q    He talked about coming to see your boat; correct?
```

```
 1   A    We did (nodding head).

 2   Q    Did he ever come see your boat?

 3   A    No.

 4   Q    He spoke to you about paying you 25 percent of the deal

 5   for transporting drugs.  Do you remember that?

 6   A    I do.

 7   Q    Okay.  Did he ever pay you 25 percent of a deal for

 8   transporting drugs?

 9   A    No, because he decided to do a different drug deal.

10   Q    And we're going to talk about that different drug deal

11   in a second, sir.  You're talking about the one where he was

12   falling asleep at his home in Tamarac?

13            MR. PRESTON:  Objection, argumentative.

14            THE COURT:  Sustained.  Move on, please.

15   BY MR. MARKUS:

16   Q    You spoke -- he spoke to you about buying drugs in

17   Colombia, didn't he?

18   A    He did.

19   Q    Did he ever buy any drugs with you in Colombia?

20   A    I told him I couldn't buy drugs for him.

21   Q    So, the answer is no?

22   A    The answer is they couldn't buy it, no.

23   Q    I think we discussed he talked to you about investing

24   money with you to buy drugs; correct?

25   A    He wanted to buy drugs.
```

```
 1   Q    Did he ever invest one dollar with you to buy any
 2   drugs?
 3   A    No.
 4   Q    He spoke to you about paying you to transport between
 5   500 and a thousand kilos, didn't he?
 6   A    I wanted to give him time.
 7   Q    Sorry?
 8   A    I wanted to give him time.  We spoke about different
 9   amounts of cocaine that we'd transport.
10   Q    He never transported 500 or a thousand kilos, did he,
11   sir?
12   A    Nope.
13   Q    You spoke about funneling money threw a United States
14   bank account; correct?
15   A    I did.
16   Q    Was any money ever funneled through a United States
17   bank account with Mr. Myrie?
18   A    Nope.
19   Q    You spoke about registering a company name and spoke
20   about, "We are fishermen"?  Do you remember that?
21   A    I don't remember saying "register a company name."  I
22   think we discussed that I had a company that I have a
23   license to transport frozen seafood.
24   Q    Okay.  I will cross this one out if you don't remember
25   that one.
```

```
 1        You spoke about having your manager speak to
 2  Mr. Myrie's manager about organizing a tour?
 3  A    My manager?  I don't have any managers.
 4  Q    Do you remember asking Mr. Myrie's manager to contact
 5  you?
 6  A    No.
 7  Q    You don't remember that.  I will cross that one out as
 8  well.
 9        You remember talking to Mr. Myrie about you would be
10  able to help him organize a tour?
11  A    I never mentioned the word -- I don't think I -- a
12  tour.  I told him I might have people in Los Angeles,
13  because I was playing my role.
14  Q    You were playing the role of what, sir?
15  A    Of a transporter on behalf of the United States
16  Government to try to see the conspiracy that Mr. Myrie was
17  discussing with me to do -- move multiple kilos of cocaine.
18  Q    And, sir, when you said you were playing a role, you
19  mentioned that you knew people in L.A.  That's not part of
20  your role, is it?
21  A    It is.
22  Q    That you could help him with his music career?
23  A    That was just a sentence I threw out just to be on the
24  side that he will continue negotiating with me.
25  Q    You thought you had to throw that out there so that he
```

1   would continue to negotiate with you?

2   A    It was a casual conversation, and I -- we just talked

3   about various items, and that was one.

4   Q    That was one you just threw out there?

5   A    Not that I threw out there.  I went -- at the time, and

6   the reason why I said that is because I was in California.

7   He knew I was in California, and I told him I might know

8   some people that might be interested in doing business with

9   him.  None of that materialized like you have on that list.

10  Q    We'll talk about that actual conversation in a moment.

11  A    Okay.

12  Q    So, instead of saying "organize a tour," would it be

13  better to say you had people in L.A.?

14  A    Yes, sir.

15  Q    He never got in touch with you about meeting people in

16  L.A. after that?

17  A    There was never an interest on either part about that.

18  We were talking about a drug deal.  I'll wasn't a promoter.

19  Q    We'll talk about that in a minute.  Number 13 was you

20  spoke to him about wiring money to him, did you not?

21  A    We talked about that.

22  Q    Did he ever wire any money to you, or did you ever wire

23  any money to him (writing)?

24  A    Nope.

25  Q    And did you talk about purchasing drugs in Panama?

1  A   He insisted -- he insisted many times for me to buy

2  drugs, and I keep on saying, "I don't buy drugs.  I

3  transport drugs."

4  Q   He talked about purchasing drugs in Panama, didn't he?

5  A   We did.

6  Q   Did he ever purchase any drugs in Panama?

7  A   Not with me.

8  Q   He spoke to you about paying $1,350 per unit for the

9  transfer of drugs; correct?

10 A   Yes, sir.

11 Q   Did he ever pay you that money (writing)?

12 A   No, sir.

13 Q   He spoke about putting the drugs in a 40-foot

14 container.  Do you remember that?

15 A   Yes, I do.

16 Q   Never did that, did he?

17 A   No, sir.

18 Q   You spoke about bringing the drugs from Panama and

19 sending them to Spain; correct?

20 A   Yes.

21 Q   Never did that (writing)?

22 A   Nope.

23 Q   You spoke about giving money to you to pay off customs

24 and the police.  Do you remember that?

25 A   I do.

```
 1   Q      Did he ever do that?

 2   A      No.

 3   Q      Talked about bringing drugs from Spain to England;

 4   right?

 5   A      Take drugs from America to England.

 6   Q      Okay.  Never did that; right (writing)?

 7   A      No.

 8   Q      You guys talked a lot about things you didn't do,

 9   didn't you?

10   A      I'm sorry?

11   Q      You spoke about a lot of things that you did not do,

12   didn't you?

13   A      Because he decided to go a different direction.

14   Q      And we're going to talk about that in a minute.

15          Number 20, spoke about selling cocaine in Europe for

16   30,000 Euros, right, for a total of $50 million.  Do you

17   remember that?

18   A      I do.

19   Q      Did you ever do a $50 million drug deal (writing)?

20   A      No.

21   Q      You spoke about doing 200 kilos of cocaine a month;

22   correct?

23   A      We did.

24   Q      Did you ever do that?

25   A      No.
```

1  Q    (Writes.)  Again, you spoke about selling the drugs in

2  Europe, and you told him that's not what you do?

3  A    That's correct.

4  Q    He told you that you guys could split your expenses;

5  correct?

6  A    He did.

7  Q    Never did that, did he?

8  A    Nope.

9  Q    He told you he would give you 50 kilos out of the 200;

10 correct?

11 A    He did.

12 Q    Never did that, did he?

13 A    Nope.

14 Q    You actually talked about some legitimate business,

15 too, the seafood business?  Do you remember that?

16 A    We talk about the seafood business.  I don't know we

17 talk strictly about putting it together.  I really don't.

18 But that never happened.

19 Q    Spoke about the seafood business?

20 A    Yes.

21 Q    Did you ever get into the seafood business with him?

22 A    No.

23 Q    Did you speak about purchasing drugs in Surinam for

24 between 1500 and 1800 bucks?

25 A    He did.

```
 1   Q      He brought that up with you?

 2   A      Yes, sir.

 3   Q      Did he ever do that with you?

 4   A      Not with me.

 5   Q      He spoke about putting drugs on your boat from Surinam,

 6   correct, to transport?

 7   A      Yes, sir.

 8   Q      Never did that?

 9   A      No, sir.

10   Q      And he spoke about taking 5 extra kilos if a 20-kilo

11   deal occurred?  Do you remember?

12   A      I do.

13   Q      Did that 20-kilo deal ever occur?

14   A      No, sir.

15   Q      So, he never took 5 kilos, did he?

16   A      He never did.

17          MR. MARKUS:  Judge, can I mark this as a defense

18   exhibit?

19          THE COURT:  You may mark it as an exhibit.

20          MR. MARKUS:  Thank you.  I'd mark it, Your Honor,

21   as -- what number are we up to? -- Number 23, Your Honor.

22   And I'd move to admit.

23          THE COURT:  Denied.

24   BY MR. MARKUS:

25   Q      Now, it's important, Mr. Johnson, in a drug deal to
```

```
 1   talk about who the different players are; correct?

 2   A    It's important --

 3   Q    Let's talk about the different players in a drug deal.

 4   There's the seller; right?

 5   A    Yes.

 6   Q    In this case, you were acting as the seller?

 7   A    That's correct.

 8   Q    There's the buyer; correct?

 9   A    That's correct.

10   Q    In this case, the buyers were -- the buyer was the

11   people from Georgia -- Ike, Tyke, and James Mack -- correct?

12   A    Yes.  Might I say something to that question?

13   Q    Say whatever you want.

14   A    Thank you.  If you want to structure the operation of

15   selling cocaine, I am the seller, and there is a person who

16   is brokering the deal for me to sell those drugs to whoever

17   contacts he might have.

18   Q    I was going to get to the broker in a moment, but the

19   buyers are the people from Georgia; correct?

20   A    They were.

21   Q    Okay.  They brought the money?  This gentleman, James

22   Mack, brought $135,000; correct?

23   A    Yes, sir.

24   Q    He was sent by two people named "Ike" and "Tyke"?

25   A    Yes, sir.
```

1   Q     You actually spoke to Ike on the telephone?

2   A     Yes, I did.

3   Q     All right.  And there's, I think you mentioned, a

4   broker; correct?

5   A     In this case, two brokers.

6   Q     Who is the person talking to Georgia, talking to Ike

7   and Tyke and James Mack?

8   A     Ian Thomas.

9   Q     Who is the person putting those people from Georgia in

10  touch with you?

11  A     The last word that I got on the phone was Ian Thomas,

12  but the two persons I discussed doing this venture for this

13  deal to go through was two individuals.  One was Mark Myrie,

14  and the other one was Ian Thomas.

15  Q     When did Mark Myrie ever speak to the buyers?

16  A     I don't know.

17  Q     In fact, Ian Thomas himself says that he's the broker

18  of the deal?  Do you remember that?

19  A     Not in particular; but if he says that and it says that

20  on there as a record, he might have been said it, yes, sir.

21  Q     You don't remember that?

22  A     Not exactly, no.

23        MR. MARKUS:  One moment, Your Honor.

24        (Pause.)

25  BY MR. MARKUS:

```
 1   Q    I want to show you what's already in evidence as

 2   Defendant's Exhibit -- I'm sorry, as Government's Exhibit

 3   24B.

 4              THE COURT:  R24B.

 5              MR. MARKUS:  Yes, Your Honor.

 6   BY MR. MARKUS:

 7   Q    (Changes overhead exhibit.)  Do you see the highlighted

 8   portion there, sir?

 9   A    I do.

10   Q    You see where he said, "You broke the deal"?

11   A    Yes, I see it.

12   Q    You're speaking to Ian Thomas there?

13   A    Yes.

14   Q    This is on December 9th after Mr. Myrie had gone home;

15   correct?

16   A    I don't see that, but I'm pretty sure it's

17   December 9th.

18   Q    What did Mr. Thomas say back to you?

19   A    What his reasons were that he put a deal together.

20   Q    He's the middleman; he's the broker?  Correct?

21   A    Yes, sir.

22              MR. MARKUS:  One moment, Your Honor.

23              (Pause.)

24   BY MR. MARKUS:

25   Q    Shortly after that portion of the transcript and the
```

1  tapes that were played, you asked Ian Thomas if you could

2  use his phone to call Mr. Myrie?  Do you remember that?

3  A     No, sir.

4  Q     You don't remember using Mr. Thomas' phone to call

5  Mr. Myrie?

6  A     No.

7         MR. MARKUS:  Judge, this is going to be

8  Defendant's Exhibit 19.

9         May I approach, Your Honor?

10        THE COURT:  Yes.

11 BY MR. MARKUS:

12 Q    Mr. Thomas, take a look at -- I'm sorry, Mr. Johnson,

13 take a look at that and tell me if you remember saying those

14 things.

15 A     Yes.

16 Q     Do you remember?

17 A     Yes.

18 Q     Is that an accurate transcript of what you said?

19 A     If you have it here, it's got to be an accurate

20 transcript.

21        MR. MARKUS:  Judge, I move Defendant's Exhibit 19.

22        THE COURT:  Be admitted.

23        (Defense Exhibit 19 was received in evidence.)

24 BY MR. MARKUS:

25 Q     (Changes overhead exhibit.)  At that December 9th

```
 1   meeting with Mr. Thomas, you said, "Let's call him.  Let's
 2   say hello to him."  Do you remember that?
 3   A    I read it, yes.
 4   Q    And you actually use Mr. Thomas' phone and get
 5   Mr. Myrie on the line?  Do you remember?
 6   A    No, I really don't, and I don't see here where I asked
 7   him to make the phone call.
 8   Q    You say --
 9   A    "Let's call him," but I don't know if I used his phone
10   or not.  It might have been really honest about that.  I
11   just don't remember.
12   Q    Okay.  Do you see where you say, "My friend, my
13   brother.  How are you feeling?  I heard you're a little bit
14   sick."  You see where you're talking about that?
15   A    Yes, sir.
16   Q    "Things will be good by tomorrow morning.  I spoke to
17   his friend and a friend of his friend.  We're going to do
18   our thing tomorrow morning.  You hear me?  I will let you
19   know.  Okay, all right, take care, brother.  Get better.
20   Bye," and you got off the phone; right?
21   A    Yes, sir.
22   Q    He said, "Okay, okay.  Okay, okay."  That's all that
23   Mr. Myrie said?  He got off the phone, didn't he?
24   A    That's the way he usually talks, very short.
25   Q    What did Ian Thomas tell you?
```

1   A    Can you read that for me, at 117?

2   Q    Yes, sir.

3   A    "He does not want to do nothing, man.  Talk to me, you

4   know, that's not him.  You know, music, eat, sleep, shit,

5   every day, pee in the bathroom."

6   Q    What Ian Thomas is telling you is that he doesn't want

7   a part of this.  You should talk to him, Ian Thomas, and not

8   Mark Myrie, because Mark Myrie is about the music.  That's

9   what Ian Thomas is telling you on December 9th?

10  A    You're assuming that he's saying that.  He's telling me

11  different words.  You can't explain it to those words, which

12  is not what the words say.

13  Q    Let's look at the exact words.  "He does not want to do

14  nothing man."  Right?  What does that mean to you,

15  Mr. Johnson?

16  A    Nothing.  A statement from Mr. Thomas telling me that

17  Mr. Myrie didn't want to do anything.  Read it.

18  Q    And what he tells you is, "Talk to me"; right?

19  A    I read it, yes, sir.

20  Q    "That's not him"; right?

21  A    I see it.

22  Q    What he says is, "He's about the music.  Music.  He

23  eat, sleep..."  Right; that's what he talks about?

24  A    That's what he says there.

25        MR. MARKUS:  Judge, I think this is a good point

1    to break before I go to the next area.

2            THE COURT:  All right.  We'll recess for the day

3    until tomorrow morning.

4            THE COURT SECURITY OFFICER:  All rise.

5            (The jury exited the courtroom.)

6            THE COURT:  We'll see the lawyers at 8:30 tomorrow

7    morning.

8            MR. MARKUS:  Can I raise one issue, Your Honor?

9            THE COURT:  All right.

10           MR. MARKUS:  And I apologize, but I -- I'd like to

11   use that exhibit in closing.  I don't know if you want me to

12   address this now, but it's the one where I had him say what

13   Mr. Myrie talked about and what he didn't do.  I know it's

14   not in evidence, but am I allowed to use that in closing,

15   Your Honor?

16           THE COURT:  You can address it prior to closing.

17           MR. MARKUS:  Address it with the Court?

18           THE COURT:  Yes.

19           MR. MARKUS:  Thank you, Your Honor.

20           (Recess at 4:28 p.m.)

21                      - - - - -

22

23

24

25

CERTIFICATE OF REPORTER

I, SHERRILL L. JACKSON, Federal Official Court Reporter for the United States District Court, Middle District of Florida, Tampa Division,

DO HEREBY CERTIFY, that I was authorized to and did, through use of Computer-Aided Transcription, report in shorthand the proceedings and evidence in this cause, as stated in the caption on page 1 of this transcript, and that the foregoing pages numbered 1 to 238, inclusive, constitute a true and correct transcription of my shorthand report of said proceedings and evidence.

IN WITNESS WHEREOF I have hereunto set my hand this 1st day of December, 2010.

*s/Sherrill L. Jackson*

_____

SHERRILL L. JACKSON, RPR, FPR
Federal Official Court Reporter