# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 8: 09-cr-572-T-30TGW

**MARK ANTHONY MYRIE,**

    **Defendant.**
_____/

## ORDER

This cause comes before the Court on [Dkt. 388] Government's Motion for Clarification, [Dkt. 396] Government's Addendum to Motion for Clarification, and Defendant's Response to Government's Addendum Motion for Clarification [Dkt. 397].

Upon consideration, it is ORDERED and ADJUDGED:

1. Government's Motion for Clarification [Dkt. 388] is GRANTED. The hearing scheduled for **TUESDAY, OCTOBER 30, 2012, at 9:00 a.m.** is for the sentencing of defendant as to Count Three of the Superseding Indictment.

2. The defendant's presence is required at the sentencing hearing. <u>In re United States</u>, 784 F.2d 1062 (11th Cir. 1986). The United States will make the necessary preparations to have the defendant present for the sentencing hearing.

**DONE** and **ORDERED** in Tampa, Florida on September 14, 2012.

                              */s/ James S. Moody, Jr.*
                              JAMES S. MOODY, JR.
                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cr-572.sentencing order.wpd