UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

CASE NO. 8:09-cr-572-T-30EAJ            DATE December 20, 2012

TITLE USA vs. Mark Anthony Myrie

TIME 9:30 - 11:50 a.m.                  TOTAL 2 hours and 20 minutes

Honorable James S. Moody, Jr.           Deputy Clerk Sara Boswell

Court Reporter Sherrill Jackson         Courtroom 13A

| Attorney for Government: | Attorney for Defendant Mark Myrie: |
|---|---|
| AUSA James Preston | Chokwe Lumumba |
|  | Imhotep Alkebu-lan |

**PROCEEDINGS:** **EVIDENTIARY HEARING** on [Dkt. 403] Second motion for new trial

Defendant Myrie is present for the hearing.

Testimony taken from: Christopher Sweeney, Terri Wright, Steven Boyce, Janice Benoit, and Frank Arnone.

The Court hears arguments from counsel. The Court reserves ruling on the motion for new trial. A written order will be issued at a later time.