# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.  TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __United States of America__ vs __Mark Anthony Myrie__

District Court No.: __8:09CR572-T-30TGW__  Date Notice of Appeal Filed: __07/04/2013__  Court of Appeals No.: _____ (If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

Check appropriate box(es) and provide all information requested:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Other | 10/30/12, 12/20/12 | Judge James Moody | Cherrie Jackson |
| | 02/19/13, 06/26/13 | Judge James Moody | Cherrie Jackson |

## METHOD OF PAYMENT:

☒ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __Imhotep Alkebu-lan__
Name of Firm: __same__
Street Address/P.O. Box: __P.O. Box 31107__
City/State/Zip Code: __Jackson, Mississippi 39286-1107__   Phone No.: __601-353-0450__

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: __07/05/13__  SIGNED: __s/Imhotep Alkebu-lan__  Attorney for: __Defendant Mark Myrie__

## PART II.  COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: __7-10-13__

☒ Satisfactory arrangements for paying the cost of the transcript were completed on: __7-16-13__
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: __4__  Estimated no. of transcript pages: __100__  Estimated filing date: __8-16-13__

DATE: __7-16-13__  SIGNED: __Cherrie L Jackson__  Phone No.: __813/301-5041__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.* All vols. previously filed bu 10-30-12.

This is to certify that the transcript has been completed and filed with the district court on (date): __8-26-13__

Actual No. of Volumes and Hearing Dates: __4 volumes (10-30-12, 12-20-12, 2-19-13 & 6-26-13)__

Date: __8-26-13__  Signature of Court Reporter: __Cherrie L Jackson__

Rev. 9/11