**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:09-cr-572-T-30TGW

MARK ANTHONY MYRIE

_____

**ORDER**

THIS CAUSE comes before the Court *sua sponte*. On November 7, 2013, at a Status Conference hearing held in open Court, the Court appointed Erik Matheney as the Special Prosecutor in the criminal matter involving juror Terri Wright. (See Clerk's Minutes at Dkt. #490). Accordingly, it is

ORDERED that:

1. Erik R. Matheney is appointed as the Special Prosecutor in the criminal matter involving juror Terri Wright.

2. The Clerk is directed to update its CM/ECF records accordingly.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Erik R. Matheney, 4301 W. Boy Scout Blvd. #300, Tampa, FL   33607-5716
        E-Mail:  ematheney@shutts.com

F:\Docs\2009\09-cr-572 appt Matheney.docx