UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                           CASE NO. 8:09-CR-572-T-30TGW

MARK ANTHONY MYRIE

**ORDER**

Upon consideration of the United States' motion (Dkt. #517) for order certifying that limited remand is warranted, this Court certifies that limited remand is warranted to permit this Court to accept the parties' agreement resolving the outstanding issues in this appeal and to dismiss Count Three of the Superseding Indictment.

DONE AND ORDERED at Tampa, Florida on this 1st day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-572 Myrie Dkt 517.docx