UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    NO: 8:09-cr-572-T-30TGW

MARK ANTHONY MYRIE

_____

**SPECIAL PROSECUTOR'S AMENDED WITNESS LIST**

Erik Matheney, appointed by this Court as the Special Prosecutor in the criminal matter involving juror Terri Wright, hereby files this Amended Witness List and identifies the following witnesses who may be called at trial:

1. Frank Arnone

2. Janice Benoit

3. Steven Boyce

4. Linda Citro

5. Lawrence "Larry" Daniel

6. Susan Devlin

7. Derik Hilbert

8. Marie Hodge

9. Yvette Odom-Wilkes

10. Brian Postlewait

11. Chris Sweeney

12. Georgina Wanders

2

13. Myrtle White

Dated: September 25, 2015                    Respectfully submitted,

By:     /s/ Erik R. Matheney
        Erik R. Matheney
        Florida Bar No. 5411
        SHUTTS & BOWEN LLP
        4301 West Boy Scout Blvd., Suite 300
        Tampa, Florida 33607
        Telephone: 813-229-8900
        Facsimile: 813-229-8901
        E-mail:ematheney@shutts.com
        *Special Prosecutor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served

through this Court's CM/ECF system on September 25, 2015 to:

Lori D. Palmieri
Lori D. Palmieri, P.A.
13055 W. Linebaugh Avenue
Suite 102
Tampa, FL 33626

/s/ Erik R. Matheney
Erik R. Matheney

TPADOCS 20757413 1

3