# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

Vs.                                                    CASE NO: 8:09-CR-572-T-30TGW

**MARK ANTHONY MYRIE**

Plaintiff(s): United States of America

Defendant(s): Terri Wright

\_\_\_\_ Evidentiary
_X_ Trial
\_\_\_\_ Other

## JUROR TERRI WRIGHT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/6/15 | 10/6/15 | | Transcript of Sweeney – Wright recorded telephone interview |
| 2 | 10/6/15 | 10/6/15 | Christopher Sweeney | Text Message of Wright to Sweeney dated 11-26-12 |
| 3 | 10/6/15 | 10/6/15 | | Subpoena |
| | | | | |

1